**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

560 SEVENTH AVENUE OWNER
PRIMARY LLC,

              Debtor.

Chapter 11

Case No. 23-11289-PB

**FINAL ORDER (I) AUTHORIZING THE USE OF CASH COLLATERAL;**
**(II) AUTHORIZING THE PREPETITION SENIOR MORTGAGE LENDER**
**TO MAINTAIN EXISTING ACCOUNTS; (III) GRANTING ADEQUATE**
**PROTECTION TO THE PREPETITION SENIOR MORTGAGE LENDER;**
**AND (IV) GRANTING RELATED RELIEF**

Upon the *Debtor's Omnibus Motion Seeking Authorization For Interim Use Of Cash Collateral And Continuing Cash Management And A Lock-Box Arrangement Currently In Effect* (the "Motion"), seeking entry of an order (the "Final Order") (i) authorizing the use of Cash Collateral (as defined herein); (ii) authorizing the Prepetition Senior Mortgage Lender (as defined herein) to directly or indirectly administer and maintain the Existing Accounts (as defined herein) as such accounts were administered and maintained prior to the Petition Date; (iii) granting replacement liens and adequate protection to the Prepetition Senior Mortgage Lender relating to the use of Cash Collateral; and (iv) granting related relief (collectively, the "Requested Relief"), and the Debtor having requested on the record at the final hearing (the "Final Hearing") that the Court enter this Final Order, *inter alia*:

        (a)      authorizing the Debtor to use Cash Collateral;

        (b)      authorizing the Debtor to grant adequate protection to the Prepetition Senior Mortgage Lender to the extent of any diminution in value of its interest in the Prepetition Collateral (as defined below); and

(c)    waiving any applicable stay with respect to the effectiveness and enforceability of this Final Order (including under Rule 6004 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>")).

The Court having considered the relief requested in the Motion, the exhibits attached thereto, the *Declaration of Sethian Pomerantz Pursuant To Local Bankruptcy Rule 1007-2* (the "*Pomerantz Declaration*"), and upon all of the pleadings filed with the Court and the evidence proffered or adduced at the Final Hearing and at prior hearings on the Motion; and the Court having heard and resolved or overruled any and all objections to the Requested Relief; and it appearing that the approval of the Requested Relief, as modified herein, is in the best interests of the Debtor, its estate, and creditors and is essential for the continued operation of the Debtor's businesses and the preservation of the value of the Debtor's assets; and upon the record herein and after due deliberation, and good and sufficient cause appearing therefor:

**IT IS HEREBY FOUND AND DETERMINED THAT:**[1]

(A)    <u>Petition Date</u>.  On August 12, 2023 (the "<u>Petition Date</u>"), 560 Seventh Avenue Owner Primary LLC (the "<u>Debtor</u>" or "<u>Primary</u>") commenced its chapter 11 case (the "<u>Chapter 11 Case</u>") by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>").[2]    The Debtor is operating its business and

---

[1] Findings of fact shall be construed as conclusions of law, and conclusions of law shall be construed as findings of fact, as applicable, pursuant to Bankruptcy Rule 7052.

[2] On July 9, 2023, the owner of 100% of the membership interests in Primary, 560 Seventh Avenue Owner Secondary LLC (the "<u>Mezz Owner</u>") filed a voluntary petition for relief under the Bankruptcy Code (Case no. 23-11071-PB) (the "<u>Mezz Owner Case</u>").  The Mezz Owner Case was jointly administered with this Chapter 11 Case pursuant to that certain *Order Directing the Joint Administration of Affiliated Cases*, entered in this Chapter 11 Case on August 17, 2023 as [Docket No. 17].  On January 12, 2024, the Debtor filed a motion seeking an order terminating the joint administration of the Mezz Owner Case and this Chapter 11 Case as [Docket No. 101].  On January 30, 2024 the Court entered an order as [Doc. No. 106] terminating the joint administration of this Chapter 11 Case and the Mezz Owner

managing its affairs as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. As of the date hereof, no trustee, examiner or official committee of creditors holding unsecured claims (an "Unsecured Creditors' Committee") has been appointed in the Chapter 11 Case.

(B)    Jurisdiction; Venue. The Court has jurisdiction over this Chapter 11 Case, the parties and the Debtor's property pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(D). The Court is a proper venue of this Chapter 11 Case and the Requested Relief under 28 U.S.C. §§ 1408 and 1409.

(C)    Notice. Proper, timely, adequate and sufficient notice under the circumstances of the Motion and the Final Hearing has been provided in accordance with the Bankruptcy Code, Bankruptcy Rules 2002, 4001(b)(2), (c) and (d) and 9014 and the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), and no other or further notice of the Motion with respect to the relief requested at the Final Hearing or the entry of this Final Order shall be required.

(D)    Debtor Acknowledgments and Stipulations. The Debtor acknowledges, represents, stipulates, and agrees:

> (i)    *Prepetition Senior Mortgage Lender Claims*. Pursuant to (a) that certain Term Loan Agreement, dated as of September 13, 2021 (as amended, restated, modified, supplemented or replaced from time to time prior to the Petition Date, the "Term Loan Agreement") by and between Primary, as borrower, and OWS BCA Funding LLC, as lender (the "Original Lender"); (b) that certain Building Loan Agreement, dated as of September 13, 2021 (as amended, restated, modified, supplemented or replaced from time to time prior to the Petition Date, the "Building Loan Agreement") by and between Primary, as borrower, and the Original Lender, as lender; and (c) that certain Project Loan Agreement by and between Primary, as borrower, and the Original Lender, as lender, dated as of September 13, 2021 (as amended, restated, modified, supplemented or replaced from time to time prior to the Petition Date,

---

Case. For the avoidance of doubt, the relief in this Final Order pertains only to Primary, and shall not apply to nor is it for the benefit of the Mezz Owner.

collectively the "Project Loan Agreement" and together with the Term Loan Agreement, the Building Loan Agreement, the "Prepetition Mortgage Loan Agreement," and, together with any other agreements and/or documents executed or delivered in connection therewith, including, without limitation, the Guarantees (as defined below), the "Prepetition Loan Documents"), the Original Lender provided a mortgage loan and other financial accommodations to, or for the benefit of, Primary (the "Prepetition Senior Mortgage Loan"). Original Lender assigned all of its right title and interest in the Prepetition Mortgage Loan and the Prepetition Loan Documents to OWS CRE Funding I, LLC (the "Prepetition Senior Mortgage Lender").

(ii)    Pursuant to the Prepetition Mortgage Loan Agreement, the Original Lender provided the Prepetition Senior Mortgage Loan in the principal amount of up to $167,000,000.00 (the "Prepetition Loan Principal"). As of the Petition Date, the Debtor was liable and indebted to the Prepetition Senior Mortgage Lender without defense, challenge, objection, claim, counterclaim, or offset of any kind, in the aggregate principal amount of no less than $156,652,018.10 pursuant to and in accordance with the terms of the Prepetition Loan Documents, plus accrued and unpaid interest thereon and fees, expenses, charges, indemnities, and other costs and obligations incurred in connection therewith (including default interest, as applicable), whether arising before or after the Petition Date, including any obligations, of any kind or nature, whether or not evidenced by any note, agreement, or other instrument, whether or not contingent, whenever arising, accrued, accruing, due, owing, or chargeable in respect of any of the Debtor's obligations under the Prepetition Loan Documents (collectively, the "Prepetition Mortgage Loan Obligations"), which shall constitute allowed secured claims under sections 502 and 506 of the Bankruptcy Code against the Debtor's estate. The Prepetition Mortgage Loan Obligations and any amounts previously paid by the Debtor pursuant to the terms of the Prepetition Loan Documents, on account thereof, or with respect thereto are not subject to avoidance, reduction, disallowance, impairment, recharacterization, or subordination pursuant to the Bankruptcy Code or any other applicable non-bankruptcy law, except as provided in the Prepetition Loan Documents or this Final Order.

(iii)    *Guaranty Agreements*. As further security for payment of the Prepetition Mortgage Loan Obligations on or about September 13, 2021, Sharif El-Gamal, an individual, Andrew Weiss, an individual, and Stephen Weiss, an individual (collectively, the "Guarantors") executed and delivered to the Original Lender that certain (A) Guaranty of the obligations under the Term Loan Agreement; (B) Completion and Payment Guaranty; (D) Guaranty of Recourse Obligations; and (D) Environmental Indemnity Agreement (the documents identified in the foregoing clauses (A), (B), (C), and (D), the "Guarantees").

(iv)    *Prepetition Liens and Collateral*. As more fully set forth in the Prepetition Loan Documents, the Prepetition Mortgage Loan Obligations are secured by first priority liens on and security interests in the "Collateral" under and as defined in the Prepetition Mortgage Loan Agreement (such liens and security interests, collectively,

the "Prepetition Liens," and the collateral securing the Prepetition Liens, the "Prepetition Collateral").

(v)    *Validity, Perfection and Priority of Prepetition Liens and Prepetition Mortgage Loan Obligations*.   The Debtor represents, acknowledges, and agrees that, as of the Petition Date, (A) the Prepetition Liens constitute valid, binding, enforceable and perfected liens with priority over any and all other liens and the Debtor shall not raise or join any challenge or defense, including, without limitation, respectively, avoidance, reductions, recharacterization, subordination (whether equitable, contractual or otherwise), claims, counterclaims, cross-claims, offsets, recoupments, objections, defenses or any other challenges under the Bankruptcy Code or any applicable law or regulation by any person or entity; (B) the Prepetition Liens were senior in priority over any and all other liens on the Prepetition Collateral, subject only to liens senior by operation of law or permitted by the Prepetition Mortgage Loan Agreement, and solely to the extent any such liens were valid, enforceable, properly perfected, non-avoidable and senior in priority to the Prepetition Liens as of the Petition Date (including valid liens in existence on the Petition Date that are perfected after the Petition Date as permitted by § 546(b) of the Bankruptcy Code); (C) the Prepetition Mortgage Loan Obligations are unconditionally owing by the Debtor and constitute legal, valid, binding and nonavoidable obligations of the Debtor enforceable in accordance with the terms of the Prepetition Mortgage Loan Agreement; (D) no offsets, recoupments, challenges, objections, defenses, claims or counterclaims of any kind or nature to the Prepetition Mortgage Loan Obligations exist, and no portion of the Prepetition Mortgage Loan Obligations are subject to any challenge or defense including, without limitation, avoidance, disallowance, reductions, set-off, offset, disgorgement, recharacterization, subordination (whether equitable, contractual or otherwise), counterclaims, cross-claims, defenses or any other challenges pursuant to the Bankruptcy Code or any applicable law or regulation; (E) the Debtor shall not raise or join in any assertion of any claims, objections, challenges, causes of action and/or choses in action, including, without limitation, avoidance claims under Chapter 5 of the Bankruptcy Code or applicable state law equivalents or actions for recovery or disgorgement, against the Prepetition Senior Mortgage Lender, or any of its respective affiliates, agents, attorneys, advisors, professionals, officers, directors and employees arising out of, based upon or related to the Prepetition Loan Documents; and (F) the Debtor has waived, discharged and released any right to challenge the Prepetition Mortgage Loan Obligations, the priority of the Prepetition Mortgage Loan Obligations and the validity, extent and priority of the Prepetition Liens.

(vi)    *No Control*.   The Prepetition Senior Mortgage Lender does not control the Debtor nor its operations, has no authority to determine the manner in which any of the Debtor's operations are conducted and is neither a control person nor insider of the Debtor nor any of its affiliates by virtue of any of the actions taken with respect to, in connection with, related to or arising from this Final Order or the Prepetition Mortgage Loan Agreement.

LEGAL\68448947\2

(vii)    *Payments in Respect of Prepetition Senior Mortgage Lender Claim.*  Subject to solely the provisions of footnote 4 herein, any payments made on account of the Prepetition Mortgage Loan Obligations prior to the Petition Date were (a) payments out of the Prepetition Collateral and/or (b) made in the ordinary course of business, and did not diminish any property otherwise available for distribution to unsecured creditors.

(viii)    *Cash Collateral.*  All of the Debtor's cash, including the cash in its deposit accounts, wherever located, whether as original collateral or proceeds of other Prepetition Collateral, constitutes Cash Collateral (as defined below) securing the Prepetition Mortgage Loan Obligations.

(E)    <u>Cash Collateral</u>.  For purposes of this Final Order, the term "***Cash Collateral***" shall mean and include all "cash collateral," as defined in section 363 of the Bankruptcy Code, in or on which the Prepetition Senior Mortgage Lender holds a lien, security interest or other interest (including, without limitation, any adequate protection liens or security interests) whether existing on the Petition Date, arising pursuant to this Final Order or otherwise and shall include, without limitation: (i) all cash proceeds arising from the collection, sale, lease or other disposition, use or conversion of any real or personal property, including insurance policies, in or on which the Prepetition Senior Mortgage Lender has a lien or a replacement lien (if any), whether as part of the Prepetition Collateral or pursuant to an order of the Court or applicable law or otherwise, and whether such property has been converted to cash, existed as of the commencement of this Chapter 11 Case or arose or was generated thereafter; (ii) all of the respective deposits, refund claims and rights in retainers of the Debtor on which the Prepetition Senior Mortgage Lender holds a lien or replacement lien (if any), whether as part of the Prepetition Collateral or pursuant to an order of the Court or applicable law or otherwise; and (iii) the proceeds of any sale of Prepetition Collateral, including any asset sales.

(F)    <u>Findings Regarding the Use of Cash Collateral.</u>

(i)    The Debtor has an immediate need to use Cash Collateral (to the extent consistent with the Approved Budget (as defined herein)) to, among other things, (A) permit the

LEGAL\68448947\2

orderly continuation of its business; and, (B) pay the costs of administration of the estate and satisfy other working capital and general corporate purposes of the Debtor. The Debtor will not have sufficient sources of working capital and financing to fund the anticipated administrative expenses associated with this Chapter 11 Case, and operate its business in the ordinary course of business during the Chapter 11 Case without authorized use of Cash Collateral.

(ii)    *Adequate Protection for Prepetition First Lien Secured Parties*. To the extent provided for herein, the Prepetition Senior Mortgage Lender is entitled, pursuant to sections 361 and 363(e) of the Bankruptcy Code, to adequate protection of its interest in the Prepetition Collateral, including Cash Collateral, for any postpetition diminution in the value thereof. Based on the Motion and other evidence filed in support of the Motion, and the record presented to the Court in connection with the Final Hearing, under the circumstances, the terms of the adequate protection arrangements and the use of Prepetition Collateral (including Cash Collateral) as provided for herein are fair and reasonable, reflect the Debtor's prudent exercise of business judgment, and are otherwise sufficient to adequately protect the Prepetition Senior Mortgage Lender against any postpetition diminution in value of the Prepetition Collateral (including Cash Collateral); *provided*, *however*, nothing in this Final Order shall (A) be construed as the affirmative consent by the Prepetition Senior Mortgage Lender for the use of Cash Collateral, other than on the terms set forth in this Final Order, (B) be construed as a consent by any party to the terms of any other financing or any other lien encumbering the Prepetition Collateral (whether senior or junior), or (C) prejudice, limit or otherwise impair the rights of the Prepetition Senior Mortgage Lender to seek new, different or additional adequate protection or assert any other interests.

(G)    <u>Existing Accounts</u>. Consistent with the terms of the Prepetition Loan Documents, all funds transferred to the Debtor are sent to an account (the "<u>Lockbox Account</u>") at

Wells Fargo Bank, N.A. ("Wells Fargo"), for the purpose of aggregating all revenues of the Debtor, which funds are transferred on a daily basis to a cash management reserve account (the "Suspense Account") held at Wells Fargo, as servicer to the Prepetition Senior Mortgage Lender. As and when the Debtor makes a request to pay expenses, funds are then transferred from the Suspense Account to a debtor-in-possession account at Wells Fargo for purposes of making disbursals and payments to third-party vendors, suppliers and creditors in order to satisfy the Debtor's obligations (the "DIP Account"). The Prepetition Senior Mortgage Lender also maintains and controls an account at Northern Trust (the "Disbursal Account"), for purposes of and to facilitate making disbursals and payments to third-party vendors, suppliers and creditors in order to satisfy the Debtor's obligations prior to the opening of the DIP Account. The Debtor's hotel manager, (any current manager or replacement manager, the "Hotel Manager") maintains and controls a cash management account for the purpose of making disbursals and payments to third-party vendors, suppliers and creditors in order to satisfy the Debtor's obligations (any such account, a "Hotel Manager Account" and, together with the Lockbox Account, the Suspense Account, and the Disbursal Account, the "Existing Accounts").

     (H)    Mezz Borrower Lift Stay Proceedings.

     (i)    On July 12, 2023, AREPIII MVTS, LLC and CREP Times Square Hotel LLC (together, the "Mezz Lender") filed a *Motion For Relief From Stay* in the Mezz Borrower Case [Docket No. 10-1] (the "Lift Stay Motion"), seeking relief from the automatic stay to permit the Mezz Lender to proceed with a UCC disposition of 100% the Membership Interests in Primary (the "UCC Disposition"). On September 1, 2023, the Court entered that certain *Stipulation And Order Lifting The Automatic Stay* [Docket No. 39] (the "Lift Stay Stipulation"), which resolved the Lift Stay Motion by a settlement which provides, among other things, (a) that the stay in the Mezz Borrower Case is lifted so as to permit the Mezz Lender to proceed with the

UCC Disposition, (b) the UCC Disposition shall occur forty-five (45) days from entry of the Lift Stay Stipulation, and (c) the Mezz Borrower and Primary, as debtors in possession, shall continue to operate their respective businesses in the ordinary course, and any disbursements shall be made solely for their respective ordinary and necessary operating expenses.

(ii)    On December 19, 2023, the Mezz Lender completed the UCC Disposition by assigning one hundred percent (100%) of the limited liability interests in the Debtor to AC MVTS HOLDCO, LLC.

(I)    <u>Sections 506(c) and 552(b) Waivers</u>.  In light of the Prepetition Liens being subordinated under this Final Order to the Debtor's use of the Prepetition Collateral (including Cash Collateral) in accordance with the Approved Budget and as set forth herein, the Prepetition Senior Mortgage Lender is entitled to the rights and benefits of section 552(b) of the Bankruptcy Code and (i) a waiver of any "equities of the case" claims under section 552(b) of the Bankruptcy Code, and (ii) a waiver of the provisions of section 506(c) of the Bankruptcy Code.

(J)    <u>Good Cause Shown; Best Interest</u>.  Good cause has been shown for entry of this Final Order, and entry of this Final Order is in the best interests of the Debtor's estate and creditors as its implementation will, among other things, allow for the continued operation of the Debtor's existing business.  Absent granting the relief sought by this Final Order, the Debtor's estate will be immediately and irreparably harmed.

Based upon the foregoing findings, acknowledgements and conclusions, and upon the record made before this Court at the Final Hearing and at prior hearings on the Motion, and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      <u>Motion Approved</u>.  The relief sought in the Motion is granted and the use of Cash Collateral on a final basis is authorized to the extent set forth in this Final Order and in accordance with and subject to the terms and conditions set forth herein and to the extent not inconsistent with this Final Order.

2.      <u>Objections Overruled</u>.  Any objections, reservations of rights or other statements with respect to the Motion and entry of this Final Order, to the extent not withdrawn or resolved, are hereby denied and overruled on the merits, except to the extent set forth herein. This Final Order shall become effective immediately upon its entry.

## <u>AUTHORIZATION FOR USE OF CASH COLLATERAL</u>

3.      <u>Authorization for Use of Cash Collateral Pursuant to Approved Budget</u>. Subject to the terms and conditions of this Final Order, and provided that the Prepetition Senior Mortgage Lender is provided the adequate protection as hereinafter set forth, the Debtor is authorized to use Cash Collateral in accordance with the Approved Budget (as defined below) from the Petition Date through the date of any Cash Collateral Termination Event (as defined herein).

(i)      *The Existing Accounts and the DIP Account*.  As a form of adequate protection of the use of the Cash Collateral as set forth in paragraph 6 below, the Prepetition Senior Mortgage Lender is authorized, without the need for further order of this Court, to directly or indirectly continue to administer, service, fund. and maintain the Existing Accounts as such accounts were administered, serviced, and maintained prior to the Petition Date.  Any payments, deposits, or other transfers of funds being made to or for the benefit of the Debtor shall be deposited into and maintained in an Existing Account, as applicable, except and until

LEGAL\68448947\2

such funds are necessary to satisfy payment obligations of the Debtor per the Approved Budget (as described more fully below).

(ii)    At such time as when the Debtor must satisfy its payment obligations, subject to and consistent with the Approved Budget and the terms of this Final Order, (a) the Debtor or the Hotel Manager shall promptly notify the Prepetition Senior Mortgage Lender of any such payment obligations that are due and owing, and (b) provide the Prepetition Senior Mortgage Lender with a requisition for such amounts that includes an Approved Budget line item breakdown of the invoices listed thereon along with any Variance (as defined below) requested for any line item in substantially the form attached hereto as **Exhibit 1**; *provided*, however, that any such request (1) must be made not less than two (2) business days prior to the due date of any such payment obligation, and (2) must not be made more than two (2) times in any given week, unless failure to satisfy such payment obligation for which funding is requested beyond what is permitted by this clause (2) will materially impact the operations of the Debtor. After receipt of such notice by the Prepetition Senior Mortgage Lender, the Prepetition Senior Mortgage Lender is authorized to effectuate a transfer of funds from the Suspense Account to the DIP Account (or to the Disbursal Account, if necessary to facilitate any transfer or payment permitted under the terms of this Final Order), or from the Suspense Account to the Hotel Manager Account, as applicable, in the requisite amount subject to and consistent with the Approved Budget.

(iii)    The Prepetition Senior Mortgage Lender is authorized to make such transfers to and from the Existing Accounts solely as set forth herein or other order of the Court, including (a) transfers to the DIP Account; (b) transfers to the Hotel Manager Account; (c) transfers directly from the Suspense Account or Disbursal Account, as applicable (1) that constitute payment or satisfaction of any Adequate Protection Obligations (as defined below),

-11-

including any Adequate Protection Payments (as defined below) or any Senior Mortgage Lender Professional Fee Payments (as defined below), (2) to and from the Debtor's tax and insurance escrow accounts for purposes of paying tax and insurance, and (3) that fund any payroll, benefit, or other expense of the Debtors; and (d) any other transfers that are consistent with and expressly authorized by the terms of this Final Order, including the funding or payment of any expenses of the Debtor that the Prepetition Senior Mortgage Lender reasonably believes necessary to prevent immediate and irreparable harm to the Hotel (as defined herein).

(iv)    Once any such funds from the Disbursal Account or the Suspense Account, as applicable are transferred into the DIP Account or the Hotel Manager Account, the Debtor or the Hotel Manager, as applicable, shall, subject to the terms of this Final Order, transfer funds from the DIP Account or Hotel Manager Account by checks, wire transfers, ACH transfers, drafts, electronic funds transfers, or other debits to meet its payment obligations that are then due and payable, solely as consistent with and permitted by the Approved Budget.

(v)    The Debtor and the Hotel Manager shall maintain accurate and detailed records of all transfers to and from the DIP Account or the Hotel Manager Account, as applicable, so that all transactions may be readily ascertained, traced, and recorded properly. The Debtor or the Hotel Manager, as applicable, shall provide such records to the Prepetition Senior Mortgage Lender as provided under the terms of this Final Order, including Section 16(i). For the avoidance of doubt, neither the Debtor nor the Hotel Manager shall make any intercompany transfers or transfers to insiders and/or affiliates of the Debtor, or otherwise, except as permitted by the Court. The Prepetition Senior Mortgage Lender shall also be provided electronic access to view and monitor the DIP Account balance and payments made therefrom by the Debtor.

(vi)     The Prepetition Senior Mortgage Lender shall maintain accurate records of all transfers to and from the Disbursal Account and the Suspense Account and, upon commercially reasonable request, provide such records to the Debtor and/or the Office of the United States Trustee (the "U.S. Trustee") as soon as reasonably practicable.

(vii)     To the extent any of the Debtor's Existing Accounts are not in compliance with section 345(b) of the Bankruptcy Code or any of the U.S. Trustee's requirements or guidelines, the Debtor shall have until a date that is 45 days from the date of the entry of this Final Order, without prejudice to seeking an additional extension, to come into compliance with section 345(b) of the Bankruptcy Code and any of the U.S. Trustee's requirements or guidelines; *provided* that nothing herein shall prevent the Debtor or the U.S. Trustee from seeking further relief from the Court to the extent that an agreement cannot be reached. The Debtor may obtain a further extension of the 45-day period referenced above by written stipulation with the U.S. Trustee and filing such stipulation on the Court's docket without the need for further Court order.

(viii)     *Reliance on Debtor; Cooperation.*  Subject to the provisions of this Final Order, the Prepetition Senior Mortgage Lender is authorized, but not directed, to rely on the representations of the Debtor and the Hotel Manager as to any amounts necessary and requested by the Debtor or the Hotel Manager to be transferred to the DIP Account or the Hotel Manager Account, as applicable, pursuant to the terms of this Final Order and subject to and consistent with the Approved Budget.  The Debtor, along with the Debtor's agents, representatives, and managers, shall cooperate in good faith with the Prepetition Senior Mortgage Lender with respect to the satisfaction of the Debtor's payment obligations as provided for under the terms of this Final Order.

(ix)     *Replacement DIP Account and Replacement Disbursal Account.* The Debtor is authorized to, and shall cooperate with the Prepetition Senior Mortgage Lender to

facilitate the opening of, a new DIP Account as a result of the December 19, 2023 change in Control (as such term is defined in the Prepetition Loan Documents). The Hotel Manager is authorized to open a replacement Disbursal Account for all purposes hereof and in accordance with the terms hereof. The Debtor and the Hotel Manager shall cooperate with the Prepetition Senior Mortgage Lender to facilitate the opening of any such replacement Disbursal Account.

4. Approved Budget. Beginning on February 15, 2024 and each month thereafter, the Debtor, in consultation with the Hotel Manager shall deliver to the Prepetition Senior Mortgage Lender and the U.S. Trustee a monthly budget, for the subsequent three (3)-month period for the Debtor on a consolidated basis, in form and detail satisfactory to, and as approved by, the Prepetition Senior Mortgage Lender in its sole discretion, setting forth, among other things, the projected cash receipts and cash disbursements, substantially in the form attached hereto as **Exhibit 2** (such budget, as updated, amended, supplemented or modified with the prior written approval of the Prepetition Senior Mortgage Lender, the "Approved Budget") (it being understood that the budget attached to this Final Order shall constitute an Approved Budget). The Debtor shall comply with the Approved Budget, subject to a variance in any month of the greater of $10,000 or10% from the total amount set forth in the Approved Budget for such period (a "Variance"), *provided*, however, that in the event of any such Variance, (x) the Debtor shall provide the Prepetition Senior Mortgage Lender with a written commentary for each material line-item deviation from the Approved Budget for all positive variances greater than $10,000 or 10% per line item, and (y) any such Variance described in the foregoing clause (x) shall require the written approval of the Prepetition Senior Mortgage Lender; *provided*, further, that neither Adequate Protection Payments (as defined below) nor Senior Mortgage Lender Professional Fee Payments (as defined below) made to the Prepetition Senior Mortgage lender, nor payments to the Debtor's retained professionals shall be subject to or limited by the

-14-

Approved Budget.   The Prepetition Senior Mortgage Lender may rely on the Debtor's compliance with the Approved Budget but shall have no duty to monitor such compliance. Notwithstanding the foregoing, if an Unsecured Creditors' Committee is appointed in this Chapter 11 Case, the line item for "Approved Professional Fees" in the Approved Budget shall be subject to (a) negotiation between and among the Prepetition Senior Mortgage Lender, the Debtor, and the Unsecured Creditors' Committee (if appointed), subject to the terms of the Carve-Out (as defined herein), and (b) the approval of the Bankruptcy Court.   Any dispute regarding the amount of fees provided for in the Approved Budget or owed to any Professional Persons (as defined herein) shall be subject to review by and further order of the Bankruptcy Court.

(i)       *Non-Conforming Use of Cash Collateral*.   In the event that an expense arises that is not within any of the approved line items in the Approved Budget (each such expense a "Non-Conforming Use"), the Debtor may request approval from the Prepetition Senior Mortgage Lender and the Prepetition Senior Mortgage Lender shall have three (3) business days from the date of Debtor's request within which to provide consent or object to such Non-Conforming Use.   Absent the consent of the Prepetition Senior Mortgage Lender, the Debtor shall not be authorized to use Cash Collateral for a Non-Conforming Use without further order of the Court.

(ii)      *Amendments*.   Any amendments, supplements or modifications to, and any waiver of, the Approved Budget must be consented to in writing by the Prepetition Senior Mortgage Lender, in its sole discretion, prior to the implementation thereof and shall not require further notice, hearing or court order.

(iii)     *No Binding Effect on Prepetition Senior Mortgage Lender*.   The amounts set forth on any Approved Budget are for budgetary purposes only and for the benefit of the

Prepetition Senior Mortgage Lender. An Approved Budget shall not be construed in any way as (a) a waiver or relinquishment of any rights or remedies of the Prepetition Senior Mortgage Lender; or (b) consent to any act or omission that requires or required the Prepetition Senior Mortgage Lender's consent under the Prepetition Loan Documents.

(iv)    *Approved Budget Reporting Requirements*. Beginning on March 1, 2024 and before 12:00 p.m. Eastern on first of each Month every month thereafter, the Debtor shall provide the Prepetition Senior Mortgage Lender with copies of the financial reporting prepared by its hotel manager, which shall be substantially in the form attached hereto as **Exhibit 3**, which shall include, without limitation, monthly (i) cash reconciliation, (ii) copies of operating/DIP bank account statement, (iii) a running ledger of S&O taxes collected and accrued liabilities, (iv) a balance sheet for the Debtor, (v) a consolidated income statement combining the retail, F&B lease and hotel operations (the "Approved Budget Reports").

5.    Termination of Cash Collateral Authorization.

(i)    *Cash Collateral Termination Events*. Unless otherwise ordered by the Court, waived in writing by the Prepetition Senior Mortgage Lender, or cured (to the extent capable of being cured) by the Debtor within three (3) business days of its receipt of a Cash Collateral Termination Notice (as defined below), a Cash Collateral Termination Event (as defined below) shall be deemed to have occurred upon three (3) business days' prior written notice (including by email or other electronic means) (a "Cash Collateral Termination Notice") from the Prepetition Senior Mortgage Lender to the Debtor, the Debtor's chapter 11 bankruptcy counsel, the Unsecured Creditors' Committee (if appointed), and the U.S. Trustee, of the occurrence of any of the following events (each, a "Cash Collateral Termination Event" and collectively, the "Cash Collateral Termination Events"): (a) the failure of the Debtor to make any

-16-

payment under this Final Order to the Prepetition Senior Mortgage Lender within two (2) business days after such payment becomes due; (b)(1) this Final Order ceases, for any reason (other than by reason of the express written agreement by the Prepetition Senior Mortgage Lender), to be in full force and effect in any material respect, or (2) entry by this Court or any other court of an order vacating or modifying this Final Order or any other final order authorizing the use of Cash Collateral in this case; (c) the Debtor supports in writing an action commenced by any person against the Prepetition Senior Mortgage Lender with respect to the Prepetition Loan Documents, including, without limitation, any action to avoid or subordinate any obligations under the Prepetition Loan Documents; (d) the Court shall have entered an order granting relief from the automatic stay to the holder or holders of any security interest to permit foreclosure (or the granting of a deed in lieu of foreclosure or the like) on any of the Debtor's assets which have an aggregate value in excess of $100,000; (e) the filing of any pleading by the Debtor in support of any other person or entity's opposition to any motion filed in the Court by the Prepetition Senior Mortgage Lender seeking confirmation of the amount of its claims or the validity or enforceability of the Prepetition Liens, except with regard to good faith disputes over the payment of fees and expenses; (f) the failure of the Debtor to comply with any of the material terms, provisions, conditions, covenants, or obligations under this Final Order; (g) any Cash Collateral is used other than for the purposes set forth in this Final Order and/or in accordance with the Approved Budget (subject to any Variance); (h) any failure by the Debtor to obtain approval on any Variance as required be Section 4 of this Final Order; (i) any failure by the Debtor to provide reporting and substantiation of funds flow as required by this Final Order; (j) any failure by the Debtor to pay any invoices issued by the Prepetition Senior Mortgage Lender as and when due; (k) unless otherwise agreed to in writing by the Prepetition Senior Mortgage Lender in its sole discretion, the Debtor seeks entry of an order authorizing the Debtor to obtain

-17-

postpetition financing secured by any liens priming or senior to those of the Prepetition Senior Mortgage Lender pursuant to section 364(d)(1) of the Bankruptcy Code; (l) the dismissal of the Debtor's bankruptcy case or the conversion of the case to a case under chapter 7 of the Bankruptcy Code; (m) any failure by the Debtor to deliver any of the Approved Budget Reports required by Section 4(iv) hereof; (n) the appointment of a trustee, receiver or examiner or other representative with expanded powers for the Debtor; (o) any change of Control (as such term is defined in the Prepetition Loan Documents) or change in direct or indirect ownership of the Debtor; (p)(1) any failure of the Debtor to file with Court a chapter 11 plan, in form and substance reasonably acceptable to the Prepetition Senior Mortgage Lender, which provides for the indefeasible payment in full in cash all (X) Prepetition Mortgage Loan Obligations, and (Y) Adequate Protection Obligations remaining after payment of all Prepetition Mortgage Loan Obligations (such chapter 11 plan meeting the requirements of the foregoing clause (p)(1), an "Acceptable Plan") in sufficient time such that on or prior to June 12, 2024, the Court has not entered a final order approving an Acceptable Plan; (2) on or prior to July 1, 2025, the Court has not entered a final order closing the Chapter 11 Case or dismissing the Chapter 11 Case with prejudice; or (3) the effective date for any Acceptable Plan has not occurred on or prior to August 15, 2024 *provided*, that such dates in the foregoing clauses (p)(1)-(3) may be extended by the Senior Prepetition Mortgage Lender in its discretion, or as otherwise ordered by the Court.

## ADEQUATE PROTECTION FOR PREPETITION COLLATERAL USE

6.      Adequate Protection for the Prepetition Senior Mortgage Lender Party. As adequate protection for and to the extent of any diminution in the value of the Prepetition Collateral resulting from the use of Cash Collateral securing the Prepetition Mortgage Loan Obligations, and the agreement of the Prepetition Senior Mortgage Lender to subordinate its right to receive payment from the proceeds of Prepetition Collateral to the Carve-Out (as defined

herein) (collectively, the "Diminution Claim"), the Prepetition Senior Mortgage Lender is hereby granted, subject only to the Carve-Out, the following adequate protection:

(i)    *Adequate Protection Liens*.    To secure the Diminution Claim, the Prepetition Senior Mortgage Lender, is, solely to the extent of the Diminution Claim, granted (effective and perfected upon the date of this Final Order, and without the necessity of execution by the Debtor of mortgages, security agreements, pledge agreements, financing statements and/or other agreements or instruments) valid, perfected, postpetition security interests and liens (the "Replacement Liens") in and on (a) all of the Prepetition Collateral, (b) the DIP Account, and (c) the Existing Accounts, *provided*, *however*, the Replacement Liens (x) shall only be and remain subject and subordinate to the Carve-Out; and (y) shall not apply to any claims or causes of action arising under sections 544, 545, 547, 548, 49, an 550 of the Bankruptcy Code or any other similar state or federal law (any such claims or causes of action, "Avoidance Actions") or the proceeds thereof.

(ii)    *Adequate Protection Superpriority Claims*.    As further adequate protection for and solely to the extent of the Diminution Claim, the Prepetition Senior Mortgage Lender is granted (effective upon the date of this Final Order) a superpriority claim with priority over all administrative expense claims and unsecured claims against the Debtor or its estate, now existing or hereafter arising, of any kind or nature whatsoever, including, without limitation, administrative expenses of the kind specified in or ordered pursuant to sections 105, 326, 328, 503(b), 506(c), 507(a), 507(b), 546(c), 552(b), 726, 1113 and 1114 and any other provision of the Bankruptcy Code (the "Adequate Protection Superpriority Claim"), which allowed Adequate Protection Superpriority Claim shall be payable from and have recourse to all pre- and postpetition property of the Debtor, including all cash and cash equivalents, and all proceeds thereof; *provided*, however, the Adequate Protection Superpriority Claim shall not be payable

from nor have recourse to any Avoidance Actions or the proceeds thereof.  The Adequate Protection Superpriority Claim shall be subject and subordinate only to the Carve-Out.

(iii)    *Prepetition Senior Mortgage Lender's Legal Fees and Expenses*.  As additional adequate protection, the Debtor shall pay all reasonable and documented outstanding fees and out-of-pocket expenses, including, but not limited to, reasonable and documented fees and out-of-pocket expenses of legal counsel, incurred by the Prepetition Senior Mortgage Lender, to the extent provided for under the Prepetition Loan Documents, whether incurred prior to or after the Petition Date (the "Senior Mortgage Lender Professional Fee Payments").  None of the Prepetition Senior Mortgage Lender's attorneys, financial advisors and accountants' fees and disbursements shall be subject to the prior approval of this Court or the guidelines of the Office of the U.S. Trustee for this region, and no recipient of any such payment shall be required to file with respect thereto any interim or final fee application with this Court.  Any such fees, costs and expenses shall be evidenced by a summary invoice (redacted, as necessary, to protect any applicable privilege) and delivered to the Debtor and the U.S. Trustee.  The U.S. Trustee shall have ten (10) business days from the date of such delivery (the "Lender Professional Fee Review Period") within which to object in writing to such payment.  Upon the expiration of the Lender Professional Fee Review Period and in the absence of any objection by the U.S. Trustee, the Debtor shall promptly, and in any event within five (5) business days, pay or cause the payment of such invoice, without the need for further application to or order of the Court.  In the event that, within the Lender Professional Fee Review Period, the U.S. Trustee raises an objection to a particular invoice, the Debtor shall promptly, and in any event within five (5) business days, pay those fees and expenses set forth in such invoice that are not subject to the objection, without the need for further application to or order of the Court.  Subject to the procedures set forth above, the Senior Mortgage Lender Professional Fee Payments are hereby

approved (effective upon the date of this Final Order) and shall not be subject to disgorgement by any party for any reason.

(iv) *Additional Adequate Protection*. As additional adequate protection, the Prepetition Senior Mortgage Lender shall be entitled to (a)(1) in cash, monthly interest on the Prepetition Mortgage Loan Obligations at the nondefault rate due as provided for under the Prepetition Loan Documents (the "Adequate Protection Payment Amount"), *plus*, any Available Cash (as defined below) exceeding the Adequate Protection Payment Amount; and (2) in the event that the amount of cash necessary to pay the entire Adequate Protection Payment Amount (as defined herein) for any given Adequate Protection Payment (as defined herein) is not available, payment in kind, in the amount of any shortfall in Available Cash for payment of the Adequate Protection Payment Amount equal to monthly interest on the Prepetition Mortgage Loan Obligations at the nondefault rate due as provided for under the Prepetition Loan Documents, which postpetition interest shall be automatically capitalized and added to the amount of the outstanding Prepetition Mortgage Loan Obligations (any such payments made pursuant to this paragraph Section 6(iv), an "Adequate Protection Payment"); *provided*, however, that any such Adequate Protection Payments shall not be construed as a waiver by the Prepetition Senior Mortgage Lender of any right to collect, assert, or otherwise account for, default interest for purposes of determining the amount of the Prepetition Loan Obligations, and the Prepetition Senior Mortgage Lender expressly reserves the right to collect, assert, or otherwise account for any such amounts in connection with any such determination; *provided*, *further*, that the foregoing clause (2) shall be without prejudice to the power of the Court, upon its own initiative or upon formal request by a party-in-interest, to make a determination as to whether the Prepetition Senior Mortgage Lender is entitled to receive such postpetition interest based on the collateral securing its claims, and (b) the additional benefits set forth in this Final Order,

including Paragraphs 3(i) through (vii) (Maintenance of Existing Accounts); 9 (Restrictions on Use of Funds); 10 (Challenge Period); and 16 (Sale/Conversion/Dismissal) hereof (the obligations set forth in Sections 6(i) through (vii) of this Final Order, collectively, the "Adequate Protection Obligations").

(v)    *Available Cash Cushion*.  For the purposes of Section 6(iv)(a)(1), "Available Cash" means any cash in the Existing Accounts that exceeds the sum of (a) $100,000.00, *plus* (b) the amounts set forth in the Approved Budget, and the payment of any other amounts required by and consistent with the terms of this Final Order for the applicable monthly period preceding such Adequate Protection Payment, as such amounts are measured on the date of an Adequate Protection Payment.

(vi)    *Adequate Protection Payments*.  Any Adequate Protection Payments made pursuant to Section 6(iv) of this Final Order shall be made in the Adequate Protection Payment Amount beginning on March 8, 2024 and made on the 9th of every month thereafter for the preceding accrual period; *provided*, however, that if the 9th of any month is not a business day, such Adequate Protection Payment shall be made on the preceding business day.

(vii)    *Consent to Priming and Adequate Protection*.  The Prepetition Senior Mortgage Lender consents to the Debtor's use of Cash Collateral securing the Prepetition Mortgage Loan Obligations and the priming provided for herein; *provided, however*, that such consent to the priming, the use of Cash Collateral securing the Prepetition Mortgage Loan Obligations and the sufficiency of the adequate protection provided for herein is expressly conditioned upon the entry of this Final Order, and such consent shall not be deemed to extend to any replacement or other debtor in possession financing; *provided*, *further*, that such consent shall be of no force and effect in the event this Final Order is not entered.

## CARVE-OUT; RESTRICTIONS ON USE OF FUNDS

7.      Carve-Out.  As used in this Final Order, the term "Carve-Out" means the

sum of:  (i) all fees required to be paid to the Clerk of the Bankruptcy Court and to the U.S.

Trustee under section 1930(a) of title 28 of the United States Code plus interest at the statutory

rate, if any, pursuant to 31 U.S.C. § 3717 (the "UST Carve-Out"); (ii) all reasonable fees and

expenses up to $25,000 incurred by a trustee under section 726(b) of the Bankruptcy Code; and

(iii) to the extent allowed by the Bankruptcy Court at any time, whether by interim or final

compensation or other order, all accrued and unpaid claims for fees, costs and expenses incurred

by persons or firms retained by the Debtor pursuant to sections 327, 328 or 363 of the

Bankruptcy Code (the "Debtor Professionals") and an Unsecured Creditors' Committee (if

appointed) pursuant to section, 328, or 1103 of the Bankruptcy Code (the "Committee

Professionals" and, together with the Debtor Professionals, the "Professional Persons") (such

fees and expenses, the "Allowed Professional Fees") at any time on or prior to the first business

day following delivery by the Prepetition Senior Mortgage Lender of  Carve-Out Trigger Notice

(as defined herein), *provided*, that (x) the amount of Allowed Professional Fees attributable to

the Debtor shall not exceed, at any time, in the aggregate, the sum $100,000; (y) the amount of

fees for the Unsecured Creditors' Committee (if appointed) investigating, prosecuting or

challenging any Prepetition Mortgage Loan Obligations or Prepetition Liens (to the extent

permitted under paragraph 9 hereof) shall be limited to $50,000; and (z) the total amount of fees

for the Unsecured Creditors' Committee (if appointed), if any, shall be limited to an amount

negotiated between the Unsecured Creditors' Committee (if appointed), the Debtor, and the

Prepetition Senior Mortgage Lender and set forth in the applicable Approved Budget as provided

by Paragraph 4, *supra*.  For purposes of the foregoing, "Carve-Out Trigger Notice" shall mean a

written notice delivered by email (or other electronic means) by the Prepetition Senior Mortgage

Lender to counsel for the Debtor, the U.S. Trustee, and counsel to the Creditors' Committee (if appointed), which notice may be delivered following the occurrence and during the continuation of any Cash Collateral Termination Event stating that the Carve-Out has been triggered.  Each Professional Person shall deliver monthly, by the 10th day of each month, a statement setting forth a good-faith estimate of the amount of fees and expenses incurred during the preceding Month by such Professional Persons to the Prepetition Senior Mortgage Lender.  Nothing in this Final Order or otherwise shall be construed to obligate the Prepetition Senior Mortgage Lender in any way to pay compensation to or reimburse expenses of any estate professional, or to guarantee that the Debtor has sufficient funds to pay such compensation or expense reimbursement.

(i)      *UST Carve-Out*.  The Prepetition Senior Mortgage Lender's liens granted pursuant to the terms of this Final Order shall be at all times subject and junior to the UST Carve-Out. The Debtor is authorized to pay fees due to the U.S. Trustee pursuant to 28 U.S.C. § 1930.

(ii)     *Payment of Allowed Professional Fees Prior to Termination*.  Any payment or reimbursement made in respect of any allowed professional fees prior to the termination of the Debtor's rights to use the Cash Collateral pursuant to the terms of this Final Order shall not reduce the Carve-Out.

(iii)    Nothing contained in this Final Order shall be construed: (a) to exempt those persons hereafter receiving compensation payments or reimbursement of expenses pursuant to any such Court-approved procedure from the applicable provisions of bankruptcy law, including the requirements that such compensation or reimbursement be allowed on a final basis after the filing of appropriate fee applications, and, if applicable, any subsequent order of this Court requiring that such payments be disgorged, and/or (b) as consent to the allowance of

any fees and expenses referred to above, and shall not affect any right of the Prepetition Senior Mortgage Lender to object to the reasonableness of such amounts.

8.    Restrictions on Use of Funds.  Notwithstanding anything in this Final Order to the contrary, no proceeds of any Prepetition Collateral (including, without limitation, Cash Collateral) or any portion of any Carve-Out may be used in any manner to (a) unless otherwise agreed to in writing by the Prepetition Senior Mortgage Lender in its sole discretion, request authorization to obtain postpetition secured financing secured by any priming liens pursuant to section 364(d)(1) of the Bankruptcy Code; (b) pay any amount for any use not provided for in the Approved Budget, except to the extent approved by an order of the Bankruptcy Court; (c) object, contest or raise any defense to the validity, perfection, priority, extent or enforceability of any amount due under the Prepetition Mortgage Loan Agreement; (d) investigate (except as set forth in Paragraph 10 below), initiate, assert, join, commence, support or prosecute any cause of action or claim, counter-claim, action, proceeding, application, motion, objection, defense or other contested matter seeking any order, judgment, determination or similar relief against the Prepetition Senior Mortgage Lender (in such capacity or under or relating to any other loan or extensions of credit provided to the Debtor or any affiliates), including, without limitation, with respect to any transaction, occurrence, omission or action related to the Prepetition Liens, the Replacement Liens or the Prepetition Mortgage Loan Obligations, including, without limitation, (i) any Avoidance Actions or other actions arising under chapter 5 of the Bankruptcy Code; (ii) any action relating to any act or omission related to, or aspect of, the relationship between or among any of the Prepetition Senior Mortgage Lender (in their capacity as such), on the one hand, and the Debtor or any of its affiliates, on the other; (iii) any action with respect to the validity and extent of the Prepetition Mortgage Loan Obligations or the validity, perfection, extent, enforceability and/or priority of the Prepetition

-25-

Liens or the Replacement Liens; (iv) any action seeking to invalidate, set aside, avoid or subordinate, in whole or in part, the Prepetition Liens or the Replacement Liens; or (v) any action that has the effect of preventing, hindering or delaying, whether directly or indirectly, the Prepetition Senior Mortgage Lender with respect to the enforcement of its liens and security interests in the Cash Collateral or the Prepetition Collateral; (e) pay or reimburse any management fee or other fee or expense to (i) the Debtor, (ii) any affiliate of the Debtor, including the Mezz Owner, 560 Seventh Owner Mezz LLC (the "Junior Mezz Owner"), Flintlock Construction LLC or any insider thereof, or (iii) any other insider of the Debtor; (f) pay or reimburse any fees or expenses of any kind arising from or related to the Mezz Owner Case; and/or (g) use or seek to use Cash Collateral unless otherwise permitted hereby, without the consent of the Prepetition Senior Mortgage Lender.

9.    Reservation of Certain Third Party Rights and Bar of Challenges and Claims. The Debtor's stipulations, admissions, agreements and releases contained in this Final Order, including in paragraphs D(i) through (viii) (the "Debtor's Stipulations" or the "Stipulations"), shall be binding upon the Debtor and any successor thereto (including, without limitation, any chapter 7 or chapter 11 trustee or examiner appointed or elected for the Debtor) in all circumstances and for all purposes. The Debtor's Stipulations, shall be binding upon all other parties in interest, including, without limitation, any statutory or non-statutory committees appointed or formed in the Chapter 11 Case and any other person or entity acting or seeking to act on behalf of the Debtor's estate, including any chapter 7 or chapter 11 trustee or examiner appointed or elected for the Debtor, in all circumstances and for all purposes unless: (a)(i) with respect to any party in interest with requisite standing other than any official creditors' committee (subject in all respects to any agreement or applicable law that may limit or affect such entity's right or ability to do so), such party has timely filed an adversary proceeding or

contested matter (subject to the limitations contained herein, including, *inter alia*, in this paragraph) by no later than 75 calendar days after entry of this Final Order, (ii) with respect to any official creditors' committee with requisite standing (subject in all respects to any agreement or applicable law that may limit or affect such entity's right or ability to do so), such committee has timely filed an adversary proceeding or contested matter (subject to the limitations contained herein, including, *inter alia*, in this paragraph) by no later than 60 calendar days after the entry of this Final Order, and (iii) in each case with respect to (i) and (ii), any such later date as has been agreed to in writing by the Prepetition Senior Mortgage Lender or ordered by the Court for cause upon a motion filed and served within any applicable period (the time period established by the foregoing clauses (i)-(iii), the "Challenge Period"), (A) objecting to or challenging the amount, validity, perfection, enforceability, priority or extent of the Prepetition Mortgage Loan Obligations or the Prepetition Liens or (B) otherwise asserting or prosecuting any action for preferences, fraudulent transfers or conveyances, other avoidance power claims or any other claims, counterclaims or causes of action, including any "lender liability" causes of action, objections, contests or defenses (collectively, the "Challenges") against the Prepetition Senior Mortgage Lender or its subsidiaries, affiliates, officers, directors, managers, principals, employees, agents, financial advisors, attorneys, accountants, investment bankers, consultants, representatives and other professionals and the respective successors and assigns thereof, in each case in their respective capacity as such (each, a "Representative" and, collectively, the "Representatives") in connection with matters related to the Prepetition Loan Documents, the Prepetition Mortgage Loan, the Prepetition Mortgage Loan Obligations, the Prepetition Liens, and the Prepetition Collateral; and (b) there is a final non-appealable order in favor of the plaintiff sustaining any such Challenge in any such timely filed adversary proceeding or contested matter; provided, however, that any pleadings filed in connection with any Challenge

shall set forth with specificity the basis for such challenge or claim and any challenges or claims not so specified prior to the expiration of the Challenge Period shall be deemed forever, waived, released and barred. If no such Challenge is timely and properly filed during the Challenge Period or the Court does not rule in favor of the plaintiff in any such proceeding then: (1) the Debtor's Stipulations contained in this Final Order shall be binding on all parties in interest; (2) the obligations of the Debtor under the Prepetition Loan Documents, including the Prepetition Mortgage Loan Obligations, shall constitute allowed claims not subject to defense, claim, counterclaim, recharacterization, subordination, recoupment, offset or avoidance, for all purposes in the Chapter 11 Case, and any subsequent chapter 7 case(s); (3) the Prepetition Liens on the Prepetition Collateral shall be deemed to have been, as of the Petition Date, legal, valid, binding, perfected, security interests and liens, not subject to recharacterization, subordination, avoidance or other defense; and (4) the Prepetition Mortgage Loan Obligations and the Prepetition Liens on the Prepetition Collateral shall not be subject to any other or further claim or challenge by any statutory or non-statutory committees appointed or formed in the Chapter 11 Case or any other party in interest acting or seeking to act on behalf of the Debtor's estate, including, without limitation, any successor thereto (including, without limitation, any chapter 7 trustee or chapter 11 trustee or examiner appointed or elected for the Debtor) and any defenses, claims, causes of action, counterclaims and offsets by any statutory or non-statutory committees appointed or formed in the Chapter 11 Case or any other party acting or seeking to act on behalf of the Debtor's estate, including, without limitation, any successor thereto (including, without limitation, any chapter 7 trustee or chapter 11 trustee or examiner appointed or elected for the Debtor), whether arising under the Bankruptcy Code or otherwise, against the Prepetition Senior Mortgage Lender or its respective Representatives arising out of or relating to any of the Prepetition Loan Documents, the Prepetition Mortgage Loan Obligations, the Prepetition Liens,

and/or the Prepetition Collateral, shall be deemed forever waived, released and barred. If any such Challenge is timely filed during the Challenge Period by any statutory or non-statutory committee appointed or formed in the Chapter 11 Case or any other person or entity with requisite standing, the stipulations, admissions, agreements and releases contained in this Final Order shall nonetheless remain binding and preclusive (as provided in the second sentence of this paragraph) on each other statutory or non-statutory committee appointed or formed in the Chapter 11 Case and on any other person or entity, except to the extent that such stipulations, admissions, agreements and releases were expressly and successfully challenged in such Challenge Period as set forth in a final, non-appealable order of a court of competent jurisdiction. Nothing in this Final Order vests or confers on any Person (as defined in the Bankruptcy Code), including any statutory or non-statutory committees appointed or formed in this Chapter 11 Case, standing or authority to pursue any claim or cause of action belonging to the Debtor or its estate, including, without limitation, Challenges with respect to the Prepetition Loan Documents, the Prepetition Mortgage Loan Obligations, the Prepetition Collateral, and any ruling on standing, if appealed, shall not stay or otherwise delay the Chapter 11 Case or confirmation of any plan of reorganization.

**ADDITIONAL LENDER PROTECTIONS**

10.     <u>Prohibition on Granting of Additional Liens and Interests</u>.   No liens, claims, interests or priority status, other than the Carve-Out, having a lien or administrative priority superior to or *pari passu* with that of the Adequate Protection Superpriority Claims or the Replacement Liens granted by this Final Order, shall be granted without the prior written consent of the Prepetition Senior Mortgage Lender.

11.     <u>Right to Seek Emergency Relief</u>.   The Prepetition Senior Mortgage Lender shall have the right to request an emergency hearing on three (3) business days' notice or other

such time as the Court shall fix pursuant to Bankruptcy Rules 9006(c) and 9007, and Local Rule 9006-1, to seek a modification of the terms of this Final Order, or any additional protections or any other relief, including to request the appointment of an examiner with expanded powers, a trustee, or other similar fiduciary pursuant to Bankruptcy Code section 1104(c).

## **MISCELLANEOUS**

12.    <u>Limitation on Section 506(c) Claims</u>.  As adequate protection for the use of Cash Collateral, no costs or expenses of administration which have been or may be incurred in these Chapter 11 Cases or any successor case(s) at any time shall be surcharged against, and no person may seek to surcharge any costs or expenses of administration against, the Prepetition Senior Mortgage Lender or any of its respective claims, the Carve-Out, or the Prepetition Collateral, pursuant to sections 105 or 506(c) of the Bankruptcy Code or otherwise, without the prior written consent of the Prepetition Senior Mortgage Lender.  No action, inaction or acquiescence by the Prepetition Senior Mortgage Lender shall be deemed to be or shall be considered evidence of any alleged consent to a surcharge against the Prepetition Senior Mortgage Lender, any of its claims, the Carve-Out, or the Prepetition Collateral.

13.    <u>No Marshaling</u>.  Subject to entry of the Final Order, the Prepetition Senior Mortgage Lender shall not be subject to the equitable doctrine of "marshaling" or any other similar doctrine with respect to any of the Prepetition Collateral.

14.    <u>Equities of the Case Waiver</u>.  Subject to entry of the Final Order, the Prepetition Senior Mortgage Lender shall be entitled to all of the rights and benefits of section 552(b) of the Bankruptcy Code, and no person may assert an "equities of the case" claim under section 552(b) of the Bankruptcy Code against the Prepetition Senior Mortgage Lender with respect to proceeds, product, offspring or profits of any of the Prepetition Collateral.

LEGAL\68448947\2

15.     <u>Additional Perfection Measures</u>.  This Final Order shall be sufficient and

conclusive evidence of the validity, perfection, and priority of the Replacement Liens without the

necessity of filing or recording any financing statement, deeds of trust, mortgages, or other

instruments or documents which may otherwise be required under the law of any jurisdiction or

the taking of any other action to validate or perfect the Replacement Liens or to entitle the

Replacement Liens to the priorities granted herein.  Notwithstanding and without limiting the

foregoing, the Prepetition Senior Mortgage Lender (or its authorized agent) is hereby authorized,

but not required, to file or record financing statements, intellectual property filings, mortgages,

depository account control agreements, notices of lien, or similar instruments in any jurisdiction

in order to validate and perfect the liens and security interests granted hereunder.  Whether or not

the Prepetition Senior Mortgage Lender (or its authorized agent) chooses to file such financing

statements, intellectual property filings, mortgages, depository account control agreements,

notices of lien, or similar instruments, such liens and security interests shall be deemed valid,

perfected, allowed, enforceable, non-avoidable, and subject to the Challenge Period, not subject

to challenge, dispute, or subordination as of the date of entry of this Final Order.  If the

Prepetition Senior Mortgage Lender (or its authorized agent) determines to file or execute any

financing statements, intellectual property filings, mortgages, depository account control

agreements, notices of lien, or similar instruments, the Debtor shall cooperate and assist in any

such execution and/or filings as reasonably requested by the Prepetition Senior Mortgage

Lender, and the automatic stay imposed by Bankruptcy Code section 362 is hereby modified to

the extent applicable to allow such filings and/or recording of a certified copy of this Final Order

or any such financing statements, notices of lien or similar instruments, and all such documents

shall be deemed to have been filed or recorded as of the Petition Date.  A certified copy of this

Final Order may be filed with or recorded in filing or recording offices by the Prepetition Senior

Mortgage Lender (or its authorized agent) in addition to or in lieu of any such filings, and all filing offices are hereby authorized to accept such certified copy of this Final Order for filing and recording; *provided*, *however*, that notwithstanding the date of any such filing, the date of such perfection shall be the date of the Petition Date.

16.    Access to Information

(i)    *Books and Records*.    The Debtor (and/or its legal and financial advisors) will at all times, including but not limited to, in anticipation of or in connection with any change of Control (as such term is defined in the Prepetition Loan Documents) or change in direct or indirect ownership of the Debtor, (A) keep proper books, records and accounts in accordance with Generally Accepted Accounting Principles (GAAP) and consistent with previous accounting methods in which full, true and correct entries shall be made of all dealings and transactions in relation to their business and activities; (B) cooperate, consult with and provide to the Prepetition Senior Mortgage Lender all such information as required or allowed under the provisions of this Final Order or that is afforded to the Unsecured Creditors' Committee (if appointed) and/or the Unsecured Creditors' Committee's respective legal or financial advisors (if appointed); (C) permit, consistent with the Prepetition Loan Documents, representatives of the Prepetition Senior Mortgage Lender to (1) visit and inspect the Margaritaville Resort Times Square Hotel located at 560 Seventh Avenue, New York, NY (the "Hotel") or any other property of the Debtor, (2) examine and make abstracts or copies from any of their respective books and records, (3) conduct a collateral audit and analysis of its respective inventory and accounts, (4) tour the Hotel and any other properties and to discuss the Debtor's respective affairs, finances, properties, business operations and accounts with its respective officers, employees, hotel managers (including general manager, revenue manager, expense manager, and other department heads), the Hotel Manager and its officers and employees, and independent public accountants as

often as may reasonably be desired, and (5) access to online, real-time updates on the status of the DIP Account, including the current balance and information describing any and all transfers from the DIP Account, including the amount of such transfers and the identity of the transferee; (D) permit, consistent with the Prepetition Loan Documents, representatives of the Prepetition Senior Mortgage Lender to consult with the Debtor's management on matters concerning the general status of the Debtor's business, financial condition and operations; (E) provide to the Prepetition Senior Mortgage Lender with access to any regularly scheduled meetings as mutually agreed with senior management of the Debtor and other company advisors (during normal business hours); and (F) provide the Prepetition Senior Mortgage Lender with access to all information it shall reasonably request, including but not limited to (1) all bank statements for all accounts in the name of Debtor; (2) weekly snapshots of any accounts used after the Petition Date which are collecting revenues, holding cash or reserves and/or paying expenses (3) a certified true and correct copy of accounts payable and accounts receivable delivered weekly; (4) a general ledger; (5) weekly reconciliation of cash amounts collected against revenues booked; and (6) weekly reporting of payment of all invoices along with reasonable proof of the payment of each invoice, and cash reconciliation of funds on hand in accordance with the approved budget; *provided*, however, that the Debtor shall not be required to produce any information subject to attorney client or similar privilege, or where such disclosure would not be permitted by any applicable requirements of law.

(ii)     *Access to Diligence Materials*.  Subject to execution of a market-standard confidentiality agreement, the Prepetition Senior Mortgage Lender's professionals shall have access to all due diligence materials provided either prior to or during this Chapter 11 Case by the Debtor to any potential (A) strategic investor, (B) party providing new financing, or (C) purchaser.   The Debtor shall also provide the Prepetition Senior Mortgage Lender's

professionals with updates and information on any developments regarding discussions with any potential strategic investors, financiers/lenders, and/or purchasers, as applicable, and such updates shall be provided no later than 24 hours within the occurrence of such developments/discussions.

17.    <u>Successors and Assigns</u>.   The provisions of this Final Order shall be binding upon the Debtor, the Prepetition Senior Mortgage Lender and each of their respective successors and assigns, and shall inure to the benefit of the Debtor, the Prepetition Senior Mortgage Lender and each of their respective successors and assigns, including, without limitation, any trustee, examiner with expanded powers, responsible officer, estate administrator or representative or similar person appointed in a case for any Debtor under any chapter of the Bankruptcy Code.   The terms and provisions of this Final Order shall also be binding on all of the Debtor's creditors, equity holders and all other parties in interest, including, but not limited to, a trustee appointed under chapter 7 or chapter 11 of the Bankruptcy Code.

18.    <u>Debtor Will Not Challenge Credit Bid Rights</u>.   Without prejudice to any rights or claims reserved pursuant to Paragraph 9 hereof as to any party in interest other than the Debtor (and subject to the limitations therein) and subject to section 363(k) of the Bankruptcy Code, the Debtor shall not object to the Prepetition Senior Mortgage Lender credit bidding up to the full amount of its outstanding Prepetition Mortgage Loan Obligations and any other secured debt claim, in each case including, without limitation, any accrued interest and expenses, on a dollar-for-dollar basis in any sale of all or any portion of the Prepetition Collateral whether such sale is effectuated through section 363 of the Bankruptcy Code in a chapter 11 or chapter 7 proceeding, under section 1129 in a chapter 11 proceeding, by a chapter 7 trustee in a chapter 7 proceeding or otherwise.   The Prepetition Senior Mortgage Lender expressly reserves the right to credit bid up to the full amount of the Prepetition Mortgage Loan Obligations and any other

LEGAL\68448947\2

secured debt claim including, without limitation, all principal, interest, fees, expenses, call and make-whole premiums, yield maintenance premiums and other fees and charges. For the avoidance of doubt, nothing in this Section 18 shall be construed as an indication by the Debtor that the Hotel is currently, as of the date of the filing of the Motion, subject to a sale process.

19.    <u>Binding Nature of Agreement</u>. Except to the extent set forth herein, or unless otherwise consented to in writing, the rights, remedies, powers, privileges, liens and priorities of the Prepetition Senior Mortgage Lender provided for in this Final Order or otherwise shall not be modified, altered or impaired in any manner by any subsequent order (including a confirmation or sale order), by any plan of reorganization or liquidation in this Chapter 11 Case, by the dismissal or conversion of this Chapter 11 Case or in any subsequent case under the Bankruptcy Code.

20.    <u>Preservation of Rights Granted Under this Final Order</u>.

(i)    Notwithstanding any order dismissing the Chapter 11 Case entered at any time, (A) the Replacement Liens, the Adequate Protection Superpriority Claim, and the other administrative claims granted pursuant to this Final Order shall continue in full force and effect and shall maintain their priorities as provided in this Final Order until, as applicable, all Adequate Protection Obligations are indefeasibly paid in full, in cash, and such Replacement Liens, Adequate Protection Superpriority Claim, and the other administrative claims granted pursuant to this Final Order, shall, notwithstanding such dismissal, remain binding on the Debtor, its estate and all parties in interest; and (B) to the fullest extent permitted by law, this Court shall retain jurisdiction, notwithstanding such dismissal, for the purposes of enforcing the provisions of this Final Order.

(ii)    Except as expressly provided in this Final Order, the Replacement Liens, the Adequate Protection Superpriority Claim, and all other rights and remedies of the Prepetition

Senior Mortgage Lender granted under this Final Order shall survive, and shall not be modified, impaired, or discharged by (A) the entry of an order converting the Chapter 11 Case to a case under chapter 7, dismissing the Chapter 11 Case, terminating the joint administration of the Chapter 11 Case with any case that may be filed and jointly administrated herewith or by any other act or omission, (B) the entry of an order approving the sale of any Prepetition Collateral pursuant to section 363 of the Bankruptcy Code, (C) the entry of an order confirming a chapter 11 plan, including an Acceptable Plan, in this Chapter 11 Case or any other case that may be filed and jointly administrated herewith and, pursuant to section 1141(d)(4) of the Bankruptcy Code, the Debtor has waived any discharge as to any remaining Adequate Protection Obligations, or (D) any change of Control or change in direct or indirect ownership of the Debtor.  The terms and provisions of this Final Order shall continue in the Chapter 11 Case, in any successor case if the Chapter 11 Case is hereinafter jointly administered and later ceases to be jointly administered, or in any superseding chapter 7 case under the Bankruptcy Code.

(iii)    Except as otherwise provided herein, the Replacement Liens and the Adequate Protection Superpriority Claim shall maintain their priorities as provided in this Final Order, and not be modified, altered or impaired in any way by any other financing, extension of credit or incurrence of indebtedness until the Prepetition Mortgage Loan Obligations have been or are deemed to have been satisfied in accordance with the Bankruptcy Code.

(iv)    Other than as set forth in this Final Order or as otherwise ordered by the Court, the replacement Liens shall not be made subject to or *pari passu* with any lien or security interest granted in any case or arising after the Petition Date, nor shall the Replacement Liens be subject or junior to any lien or security interest that is avoided and preserved for the benefit of the Debtor's estate under Bankruptcy Code section 551, and except as set forth in this Final Order the occurrence of any of the foregoing shall be a Cash Collateral Termination Event.

21.    _Collateral Rights_.  If any party who holds a lien or security interest in Prepetition Collateral that is junior and/or subordinate to the Replacement Liens or the Prepetition Liens in such Prepetition Collateral receives or is paid the proceeds of such Prepetition Collateral prior to the indefeasible payment in full in cash and the complete satisfaction of the Prepetition Mortgage Loan Obligations under the Prepetition Loan Documents, such junior or subordinate lienholder shall be deemed to have received, and shall hold, the proceeds of any such Prepetition Collateral in trust for the Prepetition Senior Mortgage Lender and shall immediately turn over such proceeds for application by the Prepetition Mortgage Loan Obligations in accordance with the Prepetition Mortgage Loan Agreement and this Final Order until indefeasibly paid in full in cash.

22.    _No Waiver_.  This Final Order shall not be construed in any way as a waiver or relinquishment of any rights that the Prepetition Senior Mortgage Lender may have to bring or be heard on any matter brought before this Court.

23.    _Limits on Lender's Liability_.  Nothing in this Final Order or in the Prepetition Loan Documents or any other documents related thereto shall in any way be construed or interpreted to impose or allow the imposition upon the Prepetition Senior Mortgage Lender, of any liability for any claims arising from or related to (i) any and all activities by the Debtor or any of its subsidiaries or affiliates in the operation of their businesses or in connection with their restructuring efforts, or (ii) the Existing Accounts, or other similar account into which funds are deposited or from which funds are disbursed on behalf of or for the benefit of the Debtor, including but not limited to any acts or omissions of the Prepetition Senior Mortgage Lender related to the deposit or disbursement of such funds.  In determining to permit the use of the Prepetition Collateral (including Cash Collateral) or in exercising any rights or remedies as and when permitted pursuant to this Final Order or Prepetition Loan Documents, the Prepetition

-37-

Senior Mortgage Lender shall not (a) be deemed to be in "control" of the operations of the Debtor; (b) owe any fiduciary duty to the Debtor, their respective creditors, shareholders or estates; or (c) be deemed to be acting as a "Responsible Person" or "Owner" or "Operator" or "managing agent" with respect to the operation or management of any of the Debtor.   Any actions taken by the Prepetition Senior Mortgage Lender in furtherance of or in connection with its obligations under this Final Order shall not be subject to challenge unless such actions are adjudicated by a final order to constitute gross negligence or willful misconduct.

24.     No Third-Party Beneficiary.   Except as explicitly set forth herein, no rights are created hereunder for the benefit of any third party, any creditor or any direct, indirect or incidental beneficiary.

25.     Adequate Notice.   The notice given by the Debtor of the Final Hearing was given in accordance with the Bankruptcy Rules and the Local Rules, such notice was sufficient under the particular circumstances and no other or further notice of the request for relief granted at the Final Hearing is required.   The Debtor shall promptly serve copies of this Final Order to the parties having been given notice of the Final Hearing and to any party that has filed a request for notices with the Bankruptcy Court.

26.     Immediate Binding Effect.   This Final Order shall be valid and fully effective immediately upon entry, notwithstanding the possible application of Bankruptcy Rules 6004(h), 7062 and 9014, or otherwise, and the Clerk of the Court is hereby directed to enter this Final Order on the Court's docket in the Chapter 11 Case; there shall be no stay of execution or effectiveness of this Final Order and any stay of the effectiveness of this Final Order that might otherwise apply is hereby waived for cause shown.

27.    <u>Modification of Automatic Stay</u>.   The automatic stay imposed under section 362(a)(2) of the Bankruptcy Code is hereby modified as necessary to effectuate all of the terms and provisions of this Final Order.

28.    <u>Headings</u>.   Section headings used herein are for convenience only and are not to affect the construction of or to be taken into consideration in interpreting this Final Order.

29.    <u>Proofs of Claim</u>.   Notwithstanding any order of this Court to the contrary, the Prepetition Senior Mortgage Lender is hereby relieved of any obligation or requirement to file proofs of claim in the Chapter 11 Case with respect to or on account of the Prepetition Mortgage Loan Obligations, the Adequate Protection Obligations, and/or any other claims or liens granted hereunder or created hereby.   The Debtor's Stipulations shall be deemed to constitute a timely filed proof of claim for the Prepetition Senior Mortgage Lender on account of the Prepetition Mortgage Loan Obligations, upon approval of this Final Order, the Prepetition Senior Mortgage Lender shall be treated under section 502(a) of the Bankruptcy Code as if it had filed a proof of claim, and the Prepetition Mortgage Loan Obligations, subject to paragraph 9 hereof, shall be deemed an allowed claim.   Notwithstanding the foregoing, the Prepetition Senior Mortgage Lender is hereby authorized and entitled, in its discretion, but not required, to file (and amend and/or supplement, as it sees fit) a proof of claim and/or aggregate proofs of claim in each of this Chapter 11 Case or successor case(s) for any claim allowed herein or otherwise.

30.    <u>Final Order Governs</u>. In the event of any inconsistency between the provisions of this Final Order and any other order entered by this Bankruptcy Court, the provisions of this Final Order shall govern. Notwithstanding anything to the contrary in any other order entered by this Bankruptcy Court, any payment made pursuant to any authorization contained in any other order entered by this Bankruptcy Court shall be consistent with and

subject to the requirements set forth in this Final Order, including, without limitation, the Approved Budget.

31.     <u>Necessary Action</u>. The Debtor and the Prepetition Senior Mortgage Lender are authorized to take all actions as are necessary or appropriate to implement the terms of this Final Order.

32.     <u>Retention of Jurisdiction</u>.  This Court shall retain exclusive jurisdiction over all matters pertaining to the implementation, interpretation and enforcement of this Final Order.

Dated: _____, 2024
          New York, New York

_____
          UNITED STATES BANKRUPTCY JUDGE

EXHIBIT "1"

| MVTS Weekly Budget Variance | BUDGET Week # Week Ended | WEEKLY DRAW 1 DATE | WEEKLY DRAW 2 DATE | TOTAL DRAW | VARIANCE $ | VARIANCE % | COMMENTS |
|---|---|---|---|---|---|---|---|
| Rooms Sold | | | | - | - | | |
| Rooms Available | | | | - | - | | |
| Occupancy | | | | | | | |
| Average Daily Rate | | | | | | | |
| RevPar | | | | | | | |
| **Department Sales / Revenue** | | | | | | | |
| Room | | | | - | - | | |
| Miscellaneous Income | | | | - | - | | |
| Retail Income (Retail is Vacant) | | | | - | - | | |
| IMCMV Rent | | | | - | - | | |
| **Total Operating Revenue** | - | - | - | - | - | | |
| **Departmental Expenses** | | | | | | | |
| Rooms Expenses | | | | - | - | | |
| Resort Fee Split IMCMV | | | | - | - | | |
| Travel Agent Commissions | | | | - | - | | |
| **Total Departmental Expenses** | - | - | - | - | - | | |
| **Undistributed Operating Expenses** | | | | | | | |
| Administrative & General | | | | - | - | | |
| *G&A Amounts Paid Weekly* | | | | - | - | | |
| *G&A Other* | | | | - | - | | |
| Sales & Marketing | | | | - | - | | |
| *S&M Payroll* | | | | - | - | | |
| *S&M Other* | | | | - | - | | |
| License Fee | | | | - | - | | |
| Repairs & Maintenance | | | | - | - | | |
| *Weekly Paid Amounts* | | | | - | - | | |
| *Monthly Paid Amounts* | | | | - | - | | |
| Info Tech & Telecom | | | | - | - | | |
| Utilities | | | | - | - | | |
| **Total Undistributed Expenses** | - | - | - | - | - | | |
| **Operating Profit** | - | - | - | - | - | | |
| Management Fees | | | | - | - | | |
| **Operating Income** | - | - | - | - | - | | |
| **Non-Op Income and Expense** | | | | | | | |
| US Trustee | | | | - | - | | |
| Claims Agent | | | | - | - | | |
| Approved Professional Fees | | | | - | - | | |
| Insurance Impound | | | | - | - | | |
| RE Tax Impound | | | | - | - | | |
| NYS S&O Tax Obligation | | | | - | - | | |
| NYC S&O Tax Obligation | | | | - | - | | |
| NYS S&O Taxes Collected | | | | - | - | | |
| NYC S&O Taxes Collected | | | | - | - | | |
| **Total Non-Op Income and Expense** | - | - | - | - | - | | |
| **EBITDA** | - | - | - | - | - | | |
| FF&E Reserve | | | | - | - | | |
| **Net Cash Flow** | - | - | - | - | - | | |
| Estimated Rate Cap Payment Received | | | | - | - | | |
| **Net Cash Flow for Debt Service** | - | - | - | - | - | | |

EXHIBIT "2"

# Highgate Hotels

**Margaritaville Resort Times Square - Union HSKP**
560 7th Avenue, New York, NY 10018

Preliminary 2024 Proforma, prepared February 15, 2024

Although Highgate Hotels, LP ("Highgate") has used reasonable care in obtaining the information and assembling the estimates and projections contained herein, this material is submitted without representation or warranty.  All information is subject to modification due to changes in the market, further clarifications, or other events beyond the control of Highgate.

**Margaritaville Resort Times Square - Union HSKP**

*Preliminary 2024 Monthly Proforma* (1)

| | ACT | PF | PF | PF | PF | PF | PF | PF | PF | PF | PF | PF | 2024 TOTAL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1/31/24 | 2/29/24 | 3/31/24 | 4/30/24 | 5/31/24 | 6/30/24 | 7/31/24 | 8/31/24 | 9/30/24 | 10/31/24 | 11/30/24 | 12/31/24 | Amount | Ratio | PAR | POR |
| # of Rooms | 234 | 234 | 234 | 234 | 234 | 234 | 234 | 234 | 234 | 234 | 234 | 234 | 234 | | | |
| # of Days Open | 31 | 29 | 31 | 30 | 31 | 30 | 31 | 31 | 30 | 31 | 30 | 31 | 366 | | | |
| Available Rooms | 7,254 | 6,786 | 7,254 | 7,020 | 7,254 | 7,020 | 7,254 | 7,254 | 7,020 | 7,254 | 7,020 | 7,254 | 85,644 | | | |
| Occupied Rooms | 4,938 | 5,430 | 6,696 | 6,703 | 6,946 | 6,876 | 7,062 | 7,020 | 6,776 | 6,941 | 6,463 | 6,928 | 78,780 | | | |
| Occupancy % | 68.1% | 80.0% | 92.3% | 95.5% | 95.8% | 98.0% | 97.4% | 96.8% | 96.5% | 95.7% | 92.1% | 95.5% | 92.0% | | | |
| Average Rate | $169.47 | $176.56 | $237.72 | $309.83 | $337.79 | $329.47 | $296.31 | $290.01 | $372.99 | $362.91 | $318.04 | $415.89 | $307.03 | | | |
| RevPAR | $115.36 | $141.29 | $219.43 | $295.84 | $323.45 | $322.72 | $288.47 | $280.68 | $360.02 | $347.26 | $292.82 | $397.18 | $282.42 | | | |
| | | | | | | | | | | | | | **Amount** | **Ratio** | **PAR** | **POR** |
| **REVENUES** | | | | | | | | | | | | | | | | |
| Rooms | 837 | 959 | 1,592 | 2,077 | 2,346 | 2,265 | 2,093 | 2,036 | 2,527 | 2,519 | 2,056 | 2,881 | 24,188 | 77.1% | 103,366 | 307.03 |
| Food & Beverage | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.0% | 0 | 0.00 |
| Other  Operating Departments | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.0% | 0 | 0.00 |
| Rent and Other | 6 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 4 | 46 | 0.1% | 197 | 0.59 |
| Space Rental (2) | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 308 | 3,700 | 11.8% | 15,812 | 46.97 |
| Resort Fee | 179 | 239 | 294 | 295 | 305 | 302 | 310 | 309 | 298 | 305 | 284 | 304 | 3,423 | 10.9% | 14,630 | 43.46 |
| TOTAL | 1,330 | 1,509 | 2,198 | 2,683 | 2,964 | 2,880 | 2,715 | 2,657 | 3,137 | 3,136 | 2,651 | 3,498 | 31,357 | 100.0% | 134,005 | 398.03 |
| | | | | | | | | | | | | | | | | **POR** |
| **DEPARTMENTAL EXPENSES** | | | | | | | | | | | | | | | | 99.78 |
| Rooms | 424 | 455 | 530 | 531 | 545 | 541 | 552 | 550 | 535 | 545 | 516 | 544 | 6,267 | 25.9% | 26,783 | 79.55 |
| Rooms - Reservations | 2 | 7 | 11 | 15 | 16 | 16 | 15 | 14 | 18 | 18 | 14 | 20 | 165 | 0.7% | 706 | 2.10 |
| Rooms - TA Commissions | 74 | 56 | 92 | 120 | 136 | 131 | 121 | 118 | 147 | 146 | 119 | 167 | 1,428 | 5.9% | 6,104 | 18.13 |
| Food & Beverage | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.0% | 0 | 0.00 |
| Other  Operating Departments | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.0% | 0 | 0.00 |
| Rent and Other | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.0% | 0 | 0.00 |
| Space Rental | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.0% | 0 | 0.00 |
| TOTAL | 500 | 517 | 634 | 666 | 698 | 688 | 688 | 682 | 699 | 709 | 650 | 731 | 7,861 | 25.1% | 33,593 | 99.78 |
| **GROSS OPERATING INCOME** | 830 | 992 | 1,564 | 2,018 | 2,266 | 2,191 | 2,027 | 1,975 | 2,438 | 2,428 | 2,002 | 2,766 | 23,496 | 74.9% | 100,411 | 298.25 |
| **UNDIST. OPER. EXPENSES** | | | | | | | | | | | | | | | | |
| Administrative & General | 137 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 1,949 | 6.2% | 8,331 | 24.75 |
| A&G - CC Commissions | 53 | 30 | 47 | 59 | 66 | 64 | 60 | 59 | 71 | 71 | 59 | 80 | 719 | 2.3% | 3,074 | 9.13 |
| Info. & Telecom. | 20 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 317 | 1.0% | 1,357 | 4.03 |
| Marketing | 54 | 137 | 137 | 137 | 137 | 137 | 137 | 137 | 137 | 137 | 137 | 137 | 1,564 | 5.0% | 6,682 | 19.85 |
| Marketing Fee (Adj Gross Rev) | 19 | 24 | 38 | 47 | 53 | 51 | 48 | 47 | 57 | 57 | 47 | 64 | 552 | 1.8% | 2,358 | 7.00 |
| Maintenance | 77 | 115 | 115 | 115 | 115 | 115 | 115 | 115 | 115 | 115 | 115 | 115 | 1,344 | 4.3% | 5,745 | 17.07 |
| Utilities | 58 | 74 | 91 | 91 | 94 | 93 | 96 | 95 | 92 | 94 | 88 | 94 | 1,058 | 3.4% | 4,522 | 13.43 |
| Franchise Royalty Fee | 38 | 48 | 76 | 95 | 106 | 103 | 96 | 94 | 113 | 113 | 94 | 128 | 1,103 | 3.5% | 4,716 | 14.01 |
| TOTAL | 456 | 620 | 696 | 737 | 764 | 756 | 745 | 739 | 777 | 779 | 731 | 809 | 8,607 | 27.4% | 36,784 | 109.26 |
| **GROSS OPERATING PROFIT** | 374 | 372 | 869 | 1,281 | 1,502 | 1,435 | 1,282 | 1,236 | 1,661 | 1,649 | 1,270 | 1,957 | 14,889 | 47.5% | 63,628 | 188.99 |
| Margin | 28.1% | 24.6% | 39.5% | 47.7% | 50.7% | 49.8% | 47.2% | 46.5% | 53.0% | 52.6% | 47.9% | 56.0% | | | | |
| **FIXED EXPENSES** | | | | | | | | | | | | | | | | |
| Management Fee | 44 | 36 | 57 | 71 | 80 | 77 | 72 | 70 | 85 | 85 | 70 | 96 | 843 | 2.7% | 3,602 | 10.70 |
| FF&E Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.0% | 0 | 0.00 |
| Real Estate Taxes | 114 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 1,412 | 4.5% | 6,035 | 17.93 |
| Insurance | 36 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 511 | 1.6% | 2,184 | 6.49 |
| IMC Resort Fee Payment | 71 | 95 | 118 | 118 | 122 | 121 | 124 | 123 | 119 | 122 | 114 | 122 | 1,369 | 4.4% | 5,852 | 17.38 |
| Other | 6 | - | - | - | - | - | - | - | - | - | - | - | 6 | 0.0% | 26 | 0.08 |
| TOTAL | 272 | 293 | 336 | 350 | 363 | 359 | 358 | 355 | 365 | 368 | 345 | 379 | 4,142 | 13.2% | 17,699 | 52.57 |
| **NET OPERATING INCOME** | **103** | **79** | **533** | **930** | **1,139** | **1,076** | **925** | **881** | **1,296** | **1,281** | **925** | **1,578** | **10,747** | **34.3%** | **45,928** | **136.42** |
| **EBITDA** | **103** | **79** | **533** | **930** | **1,139** | **1,076** | **925** | **881** | **1,296** | **1,281** | **925** | **1,578** | **10,747** | **34.3%** | **45,928** | **136.42** |

(1) Monthly proforma estimates of revenues and expenses are preliminary and do not represent the Annual Plan, which shall be submitted and approved in accordance with Article 10 of the Hotel Management
Agreement. Costs associated with management transition and the unionization of associates are excluded from this analysis.

(2) January 2024 Financials provided excludes Space Rental Income. $308k Space Rental Income normalization reflected above is based on a $3.7mm annualized straight-line rent guidance from Ownership.

EXHIBIT "3"

*Actual/Forecast*
*Summary Operating*
*Year-2019*
*Currency-Local*

| | Actual January | Actual February | Actual March | Forecast April | Forecast May | Forecast June | Budget July | Budget August | Budget September | Budget October | Budget November | Budget December | 2019 Projected | 2019 Budget | Variance | 2018 Actual | Variance | Previous Forecast | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupied Rooms | 3,870 | 3,939 | 4,450 | 4,359 | 4,580 | 4,584 | 4,597 | 4,675 | 4,560 | 4,902 | 4,403 | 4,694 | 53,613 | 55,238 | (1,625) | 51,622 | 1,991 | 48,919 | 4,694 |
| Available Rooms | 5,208 | 4,704 | 5,208 | 5,040 | 5,208 | 5,040 | 5,208 | 5,208 | 5,040 | 5,208 | 5,040 | 5,208 | 61,320 | 61,320 | 0 | 61,320 | 0 | 56,112 | 5,208 |
| Occupancy | 74.3% | 83.7% | 85.4% | 86.5% | 87.9% | 91.0% | 88.3% | 89.8% | 90.5% | 94.1% | 87.4% | 90.1% | 87.4% | 90.1% | (2.7) | 84.2% | 3.2% | 87.2% | 0.3% |
| ADR | 178.78 | 178.68 | 215.68 | 269.85 | 277.79 | 261.04 | 218.67 | 213.41 | 316.73 | 316.86 | 270.67 | 355.86 | 258.58 | 285.68 | (27.09) | 268.88 | (10.30) | 249.25 | 9.33 |
| Rooms REVPAR | 132.85 | 149.62 | 184.29 | 233.39 | 244.29 | 237.43 | 193.02 | 191.57 | 286.57 | 298.26 | 236.46 | 320.74 | 226.08 | 257.34 | (31.26) | 226.36 | (0.28) | 217.30 | 8.79 |
| Total REVPAR | 209.76 | 237.61 | 269.74 | 316.73 | 332.83 | 316.55 | 259.56 | 255.65 | 356.36 | 397.17 | 341.70 | 452.77 | 312.59 | 345.38 | (32.79) | 309.61 | 2.98 | 299.58 | 13.01 |
| **OPERATING REVENUE** | | | | | | | | | | | | | | | | | | | |
| Rooms | 691,896 | 703,810 | 959,789 | 1,176,267 | 1,272,286 | 1,196,628 | 1,005,232 | 997,705 | 1,444,297 | 1,553,238 | 1,191,739 | 1,670,396 | 13,863,281 | 15,780,144 | (1,916,863) | 13,880,181 | (16,900) | 12,192,885 | 1,670,396 |
| Food & Beverage | 318,316 | 328,756 | 345,336 | 313,049 | 335,293 | 281,788 | 247,112 | 214,237 | 248,654 | 397,863 | 424,158 | 559,553 | 4,014,113 | 4,191,672 | (177,558) | 3,916,759 | 97,355 | 3,454,561 | 559,553 |
| Other Operating Departments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous Income | 82,222 | 85,156 | 99,673 | 107,008 | 125,823 | 116,981 | 99,445 | 119,493 | 103,118 | 117,366 | 106,286 | 128,081 | 1,290,650 | 1,306,721 | 83,929 | 1,188,284 | 102,367 | 1,162,509 | 128,081 |
| Total Operating Revenue | 1,092,434 | 1,117,721 | 1,404,797 | 1,596,324 | 1,733,402 | 1,595,396 | 1,351,788 | 1,331,434 | 1,796,069 | 2,068,466 | 1,722,183 | 2,358,030 | 19,168,045 | 21,178,537 | (2,010,492) | 18,985,224 | 182,821 | 16,810,015 | 2,358,030 |
| **DEPARTMENTAL EXPENSES** | | | | | | | | | | | | | | | | | | | |
| Rooms | 649,705 | 601,077 | 631,474 | 634,422 | 646,902 | 600,472 | 675,894 | 654,562 | 695,910 | 718,418 | 675,420 | 705,962 | 7,890,220 | 7,546,378 | 343,841 | 7,932,315 | (42,096) | 7,184,257 | 705,962 |
| Food & Beverage | 423,579 | 394,501 | 396,612 | 401,107 | 412,613 | 342,177 | 389,365 | 371,246 | 380,807 | 448,670 | 465,606 | 526,891 | 4,953,175 | 5,080,313 | (127,138) | 4,755,042 | 198,133 | 4,426,284 | 526,891 |
| Total Departmental Expenses | 1,073,285 | 995,578 | 1,028,086 | 1,035,529 | 1,059,515 | 942,649 | 1,065,259 | 1,025,808 | 1,076,718 | 1,167,088 | 1,141,026 | 1,232,853 | 12,843,395 | 12,626,691 | 216,703 | 12,687,357 | 156,037 | 11,610,541 | 1,232,853 |
| Total Departmental Profit | 19,149 | 122,143 | 376,711 | 560,795 | 673,887 | 652,747 | 286,529 | 305,626 | 719,351 | 901,378 | 581,157 | 1,125,177 | 6,324,650 | 8,551,846 | (2,227,195) | 6,297,866 | 26,784 | 5,199,474 | 1,125,177 |
| **UNDISTRIBUTED OPERATING EXPENSES** | | | | | | | | | | | | | | | | | | | |
| Administrative and General | 87,342 | 77,479 | 86,381 | 99,390 | 113,524 | 104,926 | 95,745 | 99,943 | 98,832 | 109,271 | 85,745 | 81,289 | 1,139,867 | 1,269,409 | (129,542) | 1,139,986 | (119) | 1,058,578 | 81,289 |
| Information & Telecommunication System | 38,372 | 31,409 | 35,270 | 34,592 | 32,923 | 35,009 | 34,955 | 36,326 | 34,886 | 34,573 | 31,039 | 1,162 | 380,516 | 435,671 | (55,155) | 407,176 | (26,660) | 379,354 | 1,162 |
| Sales and Marketing | 107,038 | 108,072 | 124,323 | 106,905 | 111,186 | 127,224 | 104,493 | 106,556 | 106,873 | 103,744 | 95,322 | 22,905 | 1,224,640 | 1,397,689 | (173,049) | 1,169,337 | 55,303 | 1,201,735 | 22,905 |
| Property Operations and Maint. | 108,564 | 101,713 | 120,364 | 109,984 | 114,225 | 108,395 | 111,182 | 110,145 | 117,003 | 122,524 | 115,965 | 117,402 | 1,357,467 | 1,229,863 | 127,604 | 1,301,331 | 56,136 | 1,240,065 | 117,402 |
| Utilities | 44,666 | 34,634 | 36,875 | 45,156 | 35,326 | 48,436 | 48,035 | 54,921 | 43,370 | 39,975 | 45,320 | 50,699 | 527,415 | 601,542 | (74,128) | 555,826 | (28,411) | 476,716 | 50,699 |
| Total Undistributed Expenses | 385,982 | 353,306 | 403,213 | 396,027 | 407,185 | 423,991 | 394,410 | 407,891 | 400,965 | 410,087 | 373,392 | 273,456 | 4,629,904 | 4,934,173 | (304,269) | 4,573,655 | 56,249 | 4,356,448 | 273,456 |
| **Gross Operating Profit** | (366,833) | (231,163) | (26,502) | 164,768 | 266,702 | 228,756 | (107,880) | (102,265) | 318,386 | 491,291 | 207,766 | 851,721 | 1,694,746 | 3,617,672 | (1,922,926) | 1,724,211 | (29,465) | 843,025 | 851,721 |
| Management Fees | 32,631 | 33,334 | 42,197 | 47,890 | 51,752 | 47,559 | 40,421 | 40,052 | 53,603 | 61,703 | 51,167 | 69,587 | 571,896 | 635,356 | (63,460) | 567,068 | 4,828 | 502,309 | 69,587 |
| Income Before Non Operating Income & Expen | (399,464) | (264,497) | (68,698) | 116,878 | 214,950 | 181,198 | (148,301) | (142,317) | 264,783 | 429,588 | 156,599 | 782,134 | 1,122,850 | 2,982,316 | (1,859,466) | 1,157,143 | (34,293) | 340,716 | 782,134 |
| **NON-OPERATING INCOME & EXPENSES** | | | | | | | | | | | | | | | | | | | |
| Rent | 165,301 | 165,301 | 165,301 | 165,301 | 165,301 | 165,301 | 165,301 | 165,301 | 312,248 | 186,576 | 176,680 | 4,958 | 2,002,866 | 1,983,606 | 19,260 | 1,983,825 | 19,041 | 1,997,908 | 4,958 |
| Insurance | 7,161 | 7,161 | 7,161 | 7,420 | 7,420 | 7,420 | 7,420 | 7,420 | 7,420 | 7,420 | 7,420 | 6,206 | 87,305 | 88,902 | (1,597) | 84,203 | 3,102 | 81,099 | 6,206 |
| Other | 10,000 | 52,665 | 73,504 | 4,176 | 0 | 0 | 2,000 | 0 | 3,699 | 1,024,228 | 475,864 | 2,265 | 1,648,360 | 99,000 | 1,549,360 | 263,979 | 1,384,381 | 1,646,095 | 2,265 |
| Total Non Operating Income & Expenses | 182,461 | 225,126 | 246,224 | 176,896 | 172,720 | 172,720 | 174,720 | 172,720 | 323,326 | 1,218,224 | 659,964 | 13,429 | 3,738,531 | 2,171,508 | 1,567,023 | 2,332,007 | 1,406,524 | 3,725,102 | 13,429 |
| **EBITDA before FF&E Reserve** | (581,926) | (489,623) | (314,922) | (60,018) | 42,230 | 8,478 | (323,022) | (315,037) | (58,544) | (788,636) | (503,365) | 768,705 | (2,615,681) | 810,808 | (3,426,489) | (1,174,864) | (1,440,817) | (3,384,386) | 768,705 |
| FF&E Reserve | 45,375 | 44,709 | 56,192 | 63,853 | 69,336 | 63,816 | 54,072 | 53,403 | 71,843 | 82,739 | 68,887 | 94,378 | 768,602 | 847,141 | (78,540) | 759,416 | 9,185 | 674,223 | 94,378 |
| **EBITDA after FF&E Reserve** | (627,300) | (534,332) | (371,114) | (123,871) | (27,106) | (55,338) | (377,093) | (368,440) | (130,387) | (871,374) | (572,252) | 674,327 | (3,384,282) | (36,333) | (3,347,949) | (1,934,280) | (1,450,002) | (4,058,609) | 674,327 |
| **Income Before Taxes** | (581,926) | (489,623) | (314,922) | (60,018) | 42,230 | 8,478 | (323,022) | (315,037) | (58,544) | (788,636) | (503,365) | 768,705 | (2,615,681) | 810,808 | (3,426,489) | (1,174,864) | (1,440,817) | (3,384,386) | 768,705 |
| **Net Income** | (581,926) | (489,623) | (314,922) | (60,018) | 42,230 | 8,478 | (323,022) | (315,037) | (58,544) | (788,636) | (503,365) | 768,705 | (2,615,681) | 810,808 | (3,426,489) | (1,174,864) | (1,440,817) | (3,384,386) | 768,705 |

.

***Actual/Forecast***
***Rooms***
***2019***
***Currency - Local***

08/04/21
7:25:PM

| | *Actual* January | *Actual* February | *Actual* March | *Forecast* April | *Forecast* May | *Forecast* June | *Budget* July | *Budget* August | *Budget* September | *Budget* October | *Budget* November | *Budget* December | *2019 Projected* | *2019 Budget* | *Variance* | *2018 Actual* | *Variance* | *Previous Forecast* | *Variance* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***REVENUE*** | | | | | | | | | | | | | | | | | | | |
| **Transient Room Revenue** | | | | | | | | | | | | | | | | | | | |
| Retail | $405,055 | $447,066 | $583,709 | $741,795 | $878,806 | $787,516 | $659,213 | $743,133 | $797,831 | $1,049,174 | $846,149 | $1,171,781 | $9,111,227 | $10,058,826 | ($947,599) | $9,463,920 | ($352,694) | $7,939,446 | $1,171,781 |
| Negotiated | 101,009 | 139,392 | 210,920 | 273,961 | 283,220 | 277,738 | 198,214 | 171,310 | 336,204 | 308,989 | 202,015 | 235,590 | 2,738,561 | 3,851,387 | (1,112,826) | 2,665,353 | 73,208 | 2,502,971 | 235,590 |
| Wholesale | 47,924 | 38,626 | 66,340 | 69,722 | 59,607 | 39,980 | 30,374 | 31,761 | 56,967 | 73,509 | 62,835 | 146,274 | 723,920 | 692,935 | 30,985 | 665,204 | 58,716 | 577,646 | 146,274 |
| Discount | 1,752 | 814 | 127 | 1,703 | 3,732 | 4,414 | 10,519 | 5,551 | 5,195 | 3,304 | 2,743 | 4,435 | 44,288 | 121,050 | (76,762) | 174,819 | (130,531) | 39,853 | 4,435 |
| **Total Transient Room Revenue** | **555,740** | **625,897** | **861,096** | **1,087,181** | **1,225,365** | **1,109,648** | **898,320** | **951,755** | **1,196,196** | **1,434,976** | **1,113,742** | **1,558,080** | **12,617,996** | **14,724,198** | **(2,106,202)** | **12,969,296** | **(351,300)** | **11,059,916** | **1,558,080** |
| **Group Room Revenue** | | | | | | | | | | | | | | | | | | | |
| Group Other | 0 | 0 | 4,394 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,394 | 0 | 4,394 | 13,797 | (9,403) | 4,394 | 0 |
| Group Association/Trade Show | 716 | 0 | 0 | 0 | 0 | 23,210 | 21,780 | 0 | 0 | 2,959 | 1,236 | 0 | 49,901 | 0 | 49,901 | 68,805 | (18,904) | 49,901 | 0 |
| Group SMERF | 7,228 | 1,176 | 17,767 | 3,519 | 8,830 | 0 | 24,598 | 12,686 | 10,664 | 23,770 | 11,459 | 16,309 | 138,006 | 159,025 | (21,019) | 83,175 | 54,831 | 121,697 | 16,309 |
| Group Government | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 170,467 | 2,037 | 0 | 0 | 172,504 | 0 | 172,504 | 21,207 | 151,297 | 172,504 | 0 |
| Group Corporate | 118,876 | 69,932 | 65,175 | 77,707 | 23,705 | 48,788 | 43,249 | 12,488 | 48,385 | 68,629 | 48,000 | 63,965 | 688,899 | 817,240 | (128,341) | 619,295 | 69,604 | 624,934 | 63,965 |
| Tours & Wholesale | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,784 | 8,784 | 0 | 8,784 | 0 | 8,784 | 0 | 8,784 |
| **Total Group Room Revenue** | **126,820** | **71,108** | **87,336** | **81,226** | **32,535** | **71,998** | **89,627** | **25,174** | **229,516** | **97,395** | **60,695** | **89,058** | **1,062,487** | **976,265** | **86,222** | **806,279** | **256,208** | **973,429** | **89,058** |
| Other Rooms Revenue | 9,336 | 6,804 | 11,356 | 7,859 | 15,398 | 15,945 | 18,734 | 21,657 | 19,878 | 21,427 | 18,341 | 24,572 | 191,307 | 94,462 | 96,845 | 106,031 | 85,276 | 166,735 | 24,572 |
| Less: Allowances | 0 | 0 | 0 | 0 | (1,011) | (963) | (1,449) | (881) | (1,293) | (560) | (1,038) | (1,313) | (8,509) | (14,781) | 6,272 | (1,425) | (7,084) | (7,196) | (1,313) |
| **Total Rooms Revenue** | **691,896** | **703,810** | **959,789** | **1,176,267** | **1,272,286** | **1,196,628** | **1,005,232** | **997,705** | **1,444,297** | **1,553,238** | **1,191,739** | **1,670,396** | **13,863,281** | **15,780,144** | **(1,916,863)** | **13,880,181** | **(16,900)** | **12,192,885** | **1,670,396** |
| ***EXPENSES*** | | | | | | | | | | | | | | | | | | | |
| **LABOR COSTS & RELATED EXPENSES** | | | | | | | | | | | | | | | | | | | |
| **Salaries, Wages, Service Charges,Contracted Labor and Bonuses** | | | | | | | | | | | | | | | | | | | |
| ***Salaries and Wages*** | | | | | | | | | | | | | | | | | | | |
| **Management** | 19,460 | 23,198 | 30,892 | 27,186 | 30,574 | 30,805 | 31,509 | 32,021 | 31,173 | 31,213 | 27,351 | 27,958 | 343,339 | 463,271 | (119,932) | 303,346 | 39,993 | 315,381 | 27,958 |
| **Non-Management** | | | | | | | | | | | | | | | | | | | |
| Front Office | 17,003 | 16,244 | 19,071 | 17,372 | 17,490 | 17,769 | 17,547 | 18,706 | 19,378 | 21,645 | 18,441 | 20,050 | 220,716 | 282,568 | (61,853) | 227,972 | (7,256) | 200,666 | 20,050 |
| Guest Services | 35,630 | 28,136 | 29,485 | 31,132 | 34,316 | 30,611 | 31,121 | 35,096 | 33,520 | 38,058 | 32,707 | 28,169 | 387,982 | 426,847 | (38,865) | 400,772 | (12,790) | 359,813 | 28,169 |
| Housekeeping | 215,616 | 209,120 | 216,393 | 232,927 | 229,379 | 230,116 | 246,424 | 240,778 | 242,279 | 253,801 | 227,226 | 252,492 | 2,796,550 | 2,241,875 | 554,675 | 2,733,145 | 63,405 | 2,544,059 | 252,492 |
| **Sub-Total: Salaries and Wages** | **287,709** | **276,698** | **295,840** | **308,617** | **311,760** | **309,300** | **326,601** | **326,601** | **326,349** | **344,718** | **305,725** | **328,669** | **3,748,588** | **3,414,562** | **334,026** | **3,665,235** | **83,353** | **3,419,919** | **328,669** |
| Service Charge Distribution | 0 | 0 | (10) | 0 | 0 | 0 | (220) | 0 | 0 | (217) | 311 | 0 | (136) | 0 | (136) | 3,451 | (3,588) | (136) | 0 |
| Contracted,Leased and Outsource | 1,817 | 1,989 | 1,634 | 1,978 | 2,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9,417 | 0 | 9,417 | 3,660 | 5,757 | 9,417 | 0 |
| Bonuses and Incentives | 3,877 | 3,652 | 3,962 | 4,071 | 4,142 | 3,591 | 4,988 | 4,610 | 3,590 | 6,050 | 1,094 | (11,684) | 31,942 | 42,131 | (10,190) | 16,893 | 15,049 | 43,625 | (11,684) |
| **Total Salaries, Wages, Service Charges, Contra** | **293,402** | **282,339** | **301,426** | **314,667** | **317,901** | **312,891** | **331,369** | **331,211** | **329,939** | **350,550** | **307,129** | **316,985** | **3,789,810** | **3,456,693** | **333,117** | **3,689,239** | **100,571** | **3,472,825** | **316,985** |
| **Payroll-Related Expenses** | | | | | | | | | | | | | | | | | | | |
| Payroll Taxes | 41,291 | 36,710 | 37,785 | 28,367 | 30,444 | 23,756 | 30,725 | 29,643 | 29,425 | 31,024 | 33,136 | 35,463 | 387,770 | 355,961 | 31,809 | 372,836 | 14,934 | 352,307 | 35,463 |
| Supplemental Pay | 76,107 | 58,980 | 52,497 | 50,753 | 48,069 | 24,047 | 56,566 | 44,704 | 50,610 | 58,817 | 56,123 | 106,160 | 683,434 | 613,700 | 69,735 | 654,986 | 28,448 | 577,275 | 106,160 |
| Employee Benefits | 125,944 | 117,925 | 123,815 | 110,421 | 116,289 | 109,951 | 129,287 | 117,039 | 129,960 | 130,914 | 143,322 | 123,352 | 1,478,219 | 1,350,745 | 127,474 | 1,504,696 | (26,478) | 1,354,867 | 123,352 |
| **Total Payroll-Related Expenses** | **243,342** | **213,616** | **214,097** | **189,541** | **194,803** | **157,754** | **216,578** | **191,387** | **209,995** | **220,755** | **232,581** | **264,975** | **2,549,423** | **2,320,405** | **229,018** | **2,532,518** | **16,905** | **2,284,448** | **264,975** |
| **Total Labor Costs and Related Expenses** | **536,745** | **495,955** | **515,524** | **504,207** | **512,704** | **470,645** | **547,947** | **522,598** | **539,934** | **571,305** | **539,710** | **581,960** | **6,339,233** | **5,777,099** | **562,134** | **6,221,757** | **117,476** | **5,757,273** | **581,960** |
| **Other Expenses** | | | | | | | | | | | | | | | | | | | |
| Complimentary Services and Gifts | 4,760 | 4,210 | 4,248 | 4,336 | 5,500 | 4,779 | 4,705 | 3,610 | 4,568 | 6,298 | 4,029 | 5,381 | 56,424 | 65,181 | (8,757) | 61,294 | (4,870) | 51,043 | 5,381 |
| Complimentary Food and Beverage | 1,829 | 3,278 | 3,676 | 2,599 | 3,104 | 3,094 | 3,577 | 3,973 | 7,103 | 2,520 | 2,691 | 2,902 | 40,347 | 24,857 | 15,490 | 22,807 | 17,540 | 37,445 | 2,902 |
| Contract Services | 1,925 | 1,903 | 1,914 | 1,914 | 1,914 | 1,914 | 2,077 | 2,077 | 2,077 | 2,077 | 2,077 | 2,077 | 23,948 | 23,138 | 810 | 22,637 | 1,311 | 21,871 | 2,077 |
| Cleaning Supplies | 952 | 1,266 | 1,184 | 1,284 | 1,102 | 1,383 | 1,623 | 890 | 1,247 | 1,834 | 1,428 | 1,543 | 15,735 | 19,886 | (4,150) | 18,814 | (3,078) | 14,193 | 1,543 |
| Complimentary In-Room/Media Entertaiment | 3,476 | 3,469 | 3,942 | 3,702 | 3,703 | 3,701 | 3,603 | 3,870 | 3,701 | 3,701 | 3,701 | 3,701 | 44,267 | 42,972 | 1,295 | 42,328 | 1,940 | 40,567 | 3,701 |
| Decorations | 1,960 | 1,960 | 1,960 | 1,960 | 1,960 | 1,960 | 1,960 | 1,960 | 1,960 | 2,010 | 7,260 | 1,960 | 28,867 | 30,402 | (1,536) | 27,247 | 1,620 | 26,907 | 1,960 |
| Laundry and Dry Cleaning | 20,817 | 18,768 | 17,414 | 17,695 | 18,575 | 21,459 | 19,244 | 22,022 | 19,299 | 14,861 | 14,536 | 12,375 | 217,064 | 187,848 | 29,216 | 238,671 | (21,607) | 204,689 | 12,375 |
| Linen | 4,253 | 3,366 | 3,556 | 4,235 | 4,616 | 4,665 | 4,413 | 6,138 | 8,007 | 4,246 | 4,893 | 5,124 | 57,512 | 51,371 | 6,141 | 47,390 | 10,122 | 52,388 | 5,124 |
| Operating Supplies | 3,425 | 2,271 | 3,419 | 4,252 | 3,001 | 4,732 | 4,362 | 4,116 | 2,454 | 4,218 | 3,997 | 3,366 | 43,614 | 49,714 | (6,100) | 47,656 | (4,042) | 40,248 | 3,366 |
| Printing and Stationary | 170 | 420 | 175 | 894 | 98 | 515 | 534 | 527 | 461 | 545 | 930 | 530 | 5,799 | 6,076 | (277) | 5,458 | 342 | 5,269 | 530 |
| Uniform Laundry | 1,405 | 1,195 | 1,490 | 1,397 | 1,640 | 1,391 | 1,410 | 1,134 | 1,298 | 2,462 | 1,108 | 872 | 16,802 | 20,551 | (3,749) | 18,842 | (2,040) | 15,929 | 872 |
| Guest Relocation #1 | 0 | 0 | 0 | 0 | 0 | 683 | 0 | 0 | 180 | (180) | 176 | 0 | 859 | 0 | 859 | 9,107 | (8,249) | 859 | 0 |
| Guest Supplies | 4,730 | 4,351 | 4,904 | 8,004 | 9,102 | 7,591 | 8,295 | 5,729 | 6,049 | 11,535 | 4,849 | 7,913 | 83,051 | 106,057 | (23,006) | 76,851 | 6,200 | 75,138 | 7,913 |
| Reservations | 16,119 | 16,299 | 20,350 | 28,051 | 33,162 | 22,367 | 21,636 | 13,909 | 29,024 | 28,504 | 30,601 | 20,056 | 280,077 | 267,589 | 12,488 | 248,006 | 32,071 | 260,021 | 20,056 |
| Commissions | 42,666 | 42,368 | 47,719 | 42,547 | 45,477 | 45,140 | 49,821 | 60,750 | 51,817 | 57,760 | 50,663 | 48,402 | 585,132 | 810,894 | (225,762) | 764,180 | (179,048) | 536,730 | 48,402 |
| Commissions and Fees-Group | 4,474 | 0 | 0 | 3,621 | 1,243 | 4,496 | 676 | 1,316 | 16,052 | 3,835 | 2,345 | 7,689 | 45,747 | 44,743 | 1,004 | 43,196 | 2,552 | 38,058 | 7,689 |
| Uniform Cost | 0 | 0 | 0 | 3,724 | 0 | (43) | 13 | (57) | 679 | 887 | 428 | 112 | 5,742 | 18,000 | (12,258) | 16,075 | (10,333) | 5,630 | 112 |
| **Total Other Expenses** | **112,961** | **105,122** | **115,950** | **130,215** | **134,198** | **129,827** | **127,947** | **131,964** | **155,976** | **147,113** | **135,710** | **124,003** | **1,550,987** | **1,769,279** | **(218,293)** | **1,710,558** | **(159,572)** | **1,426,984** | **124,003** |
| **Total Expenses** | **649,705** | **601,077** | **631,474** | **634,422** | **646,902** | **600,472** | **675,894** | **654,562** | **695,910** | **718,418** | **675,420** | **705,962** | **7,890,220** | **7,546,378** | **343,841** | **7,932,315** | **(42,096)** | **7,184,257** | **705,962** |
| ***DEPARTMENTAL PROFIT*** | ***42,190*** | ***102,733*** | ***328,314*** | ***541,844*** | ***625,384*** | ***596,155*** | ***329,338*** | ***343,143*** | ***748,387*** | ***834,820*** | ***516,319*** | ***964,434*** | ***5,973,062*** | ***8,233,766*** | ***(2,260,704)*** | ***5,947,866*** | ***25,196*** | ***5,008,628*** | ***964,434*** |

*Actual/Forecast*
*Food and Beverage*
*2019*
*Currency - Local*

| | *Actual* January | *Actual* February | *Actual* March |
|---|---|---|---|
| **REVENUE** | | | |
| **Food Revenue** | | | |
| Venue Food Revenue | 80,611 | 79,459 | 86,149 |
| Banquet/Conference/Catering Food Revenue | 11,738 | 10,878 | 3,942 |
| Mini Bar Food Revenue | 12,746 | 13,095 | 15,977 |
| **Total Food Revenue** | **105,095** | **103,432** | **106,068** |
| **Beverage Revenue** | | | |
| Venue Beverage Revenue | 186,426 | 183,208 | 216,895 |
| Banquet/Catering Beverage. Revenue | 11,890 | 22,097 | 10,550 |
| Mini Bar Beverage Revenue | 7,907 | 9,348 | 9,362 |
| **Total Beverage Revenue** | **206,223** | **214,653** | **236,807** |
| Less : Allowances | *0* | *0* | *(16)* |
| **Total Food & Beverage Revenue** | **311,317** | **318,085** | **342,859** |
| **Other Revenue** | | | |
| Audiovisual | 0 | 0 | 0 |
| Function Room Rental $ Setup Charges | 0 | 0 | 0 |
| Surcharges & Service Charges | 5,434 | 7,577 | 672 |
| Miscellaneous Other Revenue | 1,564 | 3,094 | 1,805 |
| **Total Other Revenue** | **6,998** | **10,671** | **2,477** |
| **Total Revenue** | **318,316** | **328,756** | **345,336** |
| **Cost of Sales & Other Revenue** | | | |
| **Cost of Food & Beverage Sales** | | | |
| Cost of Food Sales | 27,647 | 26,246 | 30,397 |
| Cost of Beverage Sales | 37,177 | 38,752 | 41,943 |
| **Total Cost of Food & Beverage Sales** | **64,824** | **64,998** | **72,341** |

**Cost of Other Revenue**

| | | | |
|---|---:|---:|---:|
| Audiovisual Cost | 0 | 0 | 0 |
| Miscellaneous Cost | 429 | 426 | 402 |
| **Total Cost of Other Revenue** | **429** | **426** | **402** |
| **Total Cost of Sales & Other Revenues** | **65,253** | **65,424** | **72,742** |
| **Gross Profit** | **253,063** | **263,332** | **272,594** |

*EXPENSES*
**LABOR COSTS & RELATED EXPENSES**
**Salaries, Wages, Service Charges, Contracted Labor & Bonuses**
*Salaries & Wages*
**Management**

| | | | |
|---|---:|---:|---:|
| Service | 11,128 | 15,009 | 15,872 |
| Kitchen | 0 | 0 | 0 |
| **Non Management** | | | |
| Kitchen | 63,945 | 59,920 | 63,982 |
| Venues | 72,306 | 71,262 | 78,237 |
| In-Room | 9,597 | 7,101 | 9,515 |
| **Sub-Total: Salaries and Wages** | **156,975** | **153,293** | **167,606** |
| Service Charge Distribution | 4,726 | 6,588 | 0 |
| Bonuses & Incentives | 2,739 | 2,739 | 2,739 |
| **Total Salaries, Wages, Service Charges, Contrac** | **164,439** | **162,620** | **170,345** |

**Payroll-Related Expenses**

| | | | |
|---|---:|---:|---:|
| Payroll Taxes | 27,953 | 25,940 | 20,695 |
| Supplemental Pay | 45,900 | 30,047 | 22,864 |
| Employee Benefits | 104,988 | 97,330 | 95,805 |
| **Total Payroll-Related Expenses** | **178,840** | **153,316** | **139,364** |
| **Total Labor Costs and Related Expenses** | **343,279** | **315,937** | **309,709** |

**Other Expenses**

| | | | |
|---|---:|---:|---:|
| Complimentary Services and Gifts | 516 | 539 | 912 |
| Complimentary Food and Beverage | 0 | 0 | 0 |
| Contract Services | 1,731 | 1,815 | 1,924 |
| Ice | 1,359 | 1,359 | 2,038 |
| Banquet Expense | 0 | 210 | 0 |
| Cleaning Supplies | 436 | 372 | 531 |
| Decorations | 0 | 0 | 0 |
| Laundry and Dry Cleaning | 3,395 | 2,629 | 3,140 |
| Licenses and Permits | 920 | 279 | 340 |
| Operating Supplies | 1,157 | 951 | 531 |

| | | | |
|---|---:|---:|---:|
| Uniform Laundry | 150 | 150 | 150 |
| China | 0 | 103 | 0 |
| Flatware | 0 | 115 | 19 |
| Glassware | 230 | 405 | 409 |
| Dishwashing Supplies | 75 | 306 | 0 |
| Kitchen Fuel | 0 | 0 | 0 |
| Menus and Beverage Lists | 295 | 65 | 456 |
| Paper and Plastics | 1,584 | 644 | 911 |
| Utensils #1 | 0 | 0 | 0 |
| Music and Entertainment | 3,200 | 3,200 | 2,800 |
| Commissions | 0 | 0 | 0 |
| Uniform Costs | 0 | 0 | 0 |
| | ----------------------- | ----------------------- | ----------------------- |
| **Total Other Expenses** | **15,047** | **13,141** | **14,161** |
| | ----------------------- | ----------------------- | ----------------------- |
| **Total Expenses** | **358,326** | **329,077** | **323,870** |
| | ----------------------- | ----------------------- | ----------------------- |
| *DEPARTMENTAL PROFIT* | *(105,263)* | *(65,745)* | *(51,276)* |
| | =========== | =========== | =========== |

.

08/04/21
7:26:PM

| Forecast April | Forecast May | Forecast June | Budget July | Budget August | Budget September |
|---:|---:|---:|---:|---:|---:|
| ---------------------- | ---------------------- | ---------------------- | ---------------------- | ---------------------- | ---------------------- |
| 72,752 | 78,763 | 65,723 | 63,975 | 56,047 | 59,808 |
| 20,439 | 21,762 | 22,145 | 11,032 | 1,726 | 10,652 |
| 13,249 | 13,983 | 13,505 | 13,116 | 15,589 | 15,751 |
| ---------------------- | ---------------------- | ---------------------- | ---------------------- | ---------------------- | ---------------------- |
| **106,440** | **114,508** | **101,373** | **88,123** | **73,363** | **86,211** |
|  |  |  |  |  |  |
| 178,856 | 179,766 | 136,220 | 133,828 | 129,744 | 141,712 |
| 14,886 | 22,310 | 24,645 | 9,879 | 997 | 9,879 |
| 8,274 | 5,842 | 8,224 | 7,516 | 8,584 | 8,204 |
| ---------------------- | ---------------------- | ---------------------- | ---------------------- | ---------------------- | ---------------------- |
| **202,015** | **207,917** | **169,089** | **151,223** | **139,325** | **159,795** |
| *0* | *0* | *0* | *0* | *0* | *0* |
| ---------------------- | ---------------------- | ---------------------- | ---------------------- | ---------------------- | ---------------------- |
| **308,455** | **322,426** | **270,462** | **239,346** | **212,688** | **246,006** |
|  |  |  |  |  |  |
| 400 | 400 | 0 | 650 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 200 |
| 750 | 10,136 | 8,755 | 4,182 | 82 | 86 |
| 3,444 | 2,331 | 2,571 | 2,934 | 1,468 | 2,362 |
| ---------------------- | ---------------------- | ---------------------- | ---------------------- | ---------------------- | ---------------------- |
| **4,594** | **12,867** | **11,326** | **7,766** | **1,550** | **2,648** |
| ---------------------- | ---------------------- | ---------------------- | ---------------------- | ---------------------- | ---------------------- |
| **313,049** | **335,293** | **281,788** | **247,112** | **214,237** | **248,654** |
|  |  |  |  |  |  |
| 31,076 | 30,719 | 26,731 | 30,745 | 27,035 | 27,858 |
| 45,985 | 34,146 | 29,130 | 28,803 | 23,669 | 29,596 |
| ---------------------- | ---------------------- | ---------------------- | ---------------------- | ---------------------- | ---------------------- |
| **77,061** | **64,865** | **55,862** | **59,548** | **50,705** | **57,453** |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 0 | 0 | 0 | 0 | 0 | 0 |
| 198 | 650 | 336 | 864 | 106 | 860 |
| ------------------- | ------------------- | ------------------- | ------------------- | ------------------- | ------------------- |
| **198** | **650** | **336** | **864** | **106** | **860** |
| ------------------- | ------------------- | ------------------- | ------------------- | ------------------- | ------------------- |
| **77,259** | **65,515** | **56,198** | **60,412** | **50,810** | **58,313** |
| ------------------- | ------------------- | ------------------- | ------------------- | ------------------- | ------------------- |
| **235,791** | **269,777** | **225,590** | **186,699** | **163,427** | **190,341** |
| | | | | | |
| 16,851 | 17,883 | 17,593 | 15,785 | 14,372 | 15,794 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 68,255 | 69,560 | 57,293 | 67,792 | 65,803 | 64,492 |
| 80,761 | 75,669 | 67,645 | 69,293 | 66,550 | 72,291 |
| 9,753 | 10,672 | 9,622 | 8,867 | 10,529 | 10,276 |
| ------------------- | ------------------- | ------------------- | ------------------- | ------------------- | ------------------- |
| **175,619** | **173,784** | **152,153** | **161,738** | **157,255** | **162,853** |
| 750 | 8,325 | 7,617 | 4,417 | 0 | 0 |
| 2,739 | 2,739 | 2,739 | 2,739 | 2,739 | 2,739 |
| ------------------- | ------------------- | ------------------- | ------------------- | ------------------- | ------------------- |
| **179,108** | **184,847** | **162,509** | **168,894** | **159,994** | **165,592** |
| | | | | | |
| 21,035 | 19,521 | 16,511 | 21,435 | 18,733 | 19,413 |
| 22,437 | 37,581 | 18,982 | 33,247 | 31,776 | 26,419 |
| 85,407 | 89,928 | 75,181 | 84,132 | 98,103 | 93,127 |
| ------------------- | ------------------- | ------------------- | ------------------- | ------------------- | ------------------- |
| **128,878** | **147,031** | **110,674** | **138,814** | **148,612** | **138,958** |
| ------------------- | ------------------- | ------------------- | ------------------- | ------------------- | ------------------- |
| **307,987** | **331,878** | **273,184** | **307,709** | **308,606** | **304,550** |
| | | | | | |
| 325 | 638 | 223 | 475 | 458 | 226 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 1,699 | 1,878 | 1,777 | 1,428 | 1,462 | 2,148 |
| 1,359 | 1,698 | 1,019 | 1,019 | 1,359 | 4,856 |
| 0 | 0 | 99 | 0 | 0 | 0 |
| 721 | 0 | (212) | 375 | 363 | 463 |
| 214 | 0 | 0 | 0 | 0 | 0 |
| 3,342 | 2,699 | 2,758 | 2,541 | 2,600 | 2,671 |
| 732 | 1,428 | 340 | 9,871 | 340 | 651 |
| 1,304 | 713 | 2,016 | 764 | 776 | 712 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 150 | 150 | 150 | 150 | 0 | 150 |
| 0 | 299 | 100 | 100 | 0 | 404 |
| 125 | 174 | 0 | 71 | 12 | 72 |
| 201 | 617 | 0 | 0 | 0 | 1,114 |
| 263 | 265 | 126 | 132 | 170 | 245 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 141 | 40 | 71 | 144 | 0 | 81 |
| 1,205 | 1,020 | 1,129 | 967 | 1,316 | 953 |
| 82 | 0 | 0 | 0 | 0 | 0 |
| 3,600 | 3,600 | 3,200 | 3,200 | 3,600 | 3,200 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 400 | 0 | 0 | 8 | (626) | 0 |
| ------------------- | ------------------- | ------------------- | ------------------- | ------------------- | ------------------- |
| **15,862** | **15,220** | **12,795** | **21,244** | **11,830** | **17,944** |
| ------------------- | ------------------- | ------------------- | ------------------- | ------------------- | ------------------- |
| **323,848** | **347,098** | **285,979** | **328,953** | **320,436** | **322,495** |
| ------------------- | ------------------- | ------------------- | ------------------- | ------------------- | ------------------- |
| *(88,058)* | *(77,320)* | *(60,389)* | *(142,253)* | *(157,009)* | *(132,154)* |
| =========== | =========== | =========== | =========== | =========== | =========== |

| *Budget* **October** | *Budget* **November** | *Budget* **December** | *2019 Projected* | *2019 Budget* | *Variance* |
|---:|---:|---:|---:|---:|---:|
| 78,979 | 64,425 | 59,027 | 845,718 | 956,914 | (111,196) |
| 33,981 | 33,952 | 103,939 | 286,186 | 260,160 | 26,026 |
| 18,620 | 17,152 | 18,802 | 181,585 | 176,753 | 4,832 |
| **131,581** | **115,529** | **181,767** | **1,313,490** | **1,393,827** | **(80,337)** |
| 210,617 | 209,215 | 201,160 | 2,107,645 | 2,114,901 | (7,256) |
| 24,473 | 61,125 | 110,847 | 323,579 | 392,850 | (69,271) |
| 10,443 | 10,461 | 9,837 | 104,001 | 103,121 | 881 |
| **245,533** | **280,801** | **321,845** | **2,535,226** | **2,610,872** | **(75,646)** |
| *0* | *0* | *0* | (16) | 0 | (16) |
| **377,114** | **396,330** | **503,612** | **3,848,699** | **4,004,699** | **(156,000)** |
| 900 | 0 | 0 | 2,350 | 3,600 | (1,250) |
| 2,300 | 77 | 1,750 | 4,327 | 5,537 | (1,210) |
| 13,500 | 22,887 | 49,401 | 123,461 | 150,192 | (26,731) |
| 4,049 | 4,864 | 4,790 | 35,277 | 27,644 | 7,633 |
| **20,749** | **27,828** | **55,941** | **165,414** | **186,973** | **(21,559)** |
| **397,863** | **424,158** | **559,553** | **4,014,113** | **4,191,672** | **(177,558)** |
| 34,279 | 30,848 | 33,805 | 357,385 | 383,302 | (25,917) |
| 43,578 | 50,307 | 50,946 | 454,034 | 469,957 | (15,923) |
| **77,857** | **81,154** | **84,751** | **811,419** | **853,259** | **(41,840)** |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 0 | 0 | 0 | 0 | 0 | 0 |
| 96 | 611 | 1,428 | 6,404 | 8,293 | (1,889) |
| **96** | **611** | **1,428** | **6,404** | **8,293** | **(1,889)** |
| **77,953** | **81,765** | **86,179** | **817,823** | **861,552** | **(43,729)** |
| **319,910** | **342,392** | **473,374** | **3,196,290** | **3,330,119** | **(133,829)** |
| | | | | | |
| 17,574 | 18,246 | 16,998 | 193,105 | 203,933 | (10,828) |
| 0 | 0 | 0 | 0 | 67,709 | (67,709) |
| 72,727 | 68,380 | 74,241 | 796,389 | 779,176 | 17,213 |
| 88,008 | 81,009 | 78,862 | 901,894 | 885,640 | 16,253 |
| 10,566 | 9,854 | 9,305 | 115,657 | 118,562 | (2,905) |
| **188,875** | **177,489** | **179,406** | **2,007,045** | **2,055,021** | **(47,976)** |
| 11,691 | 19,015 | 43,150 | 106,278 | 130,602 | (24,324) |
| 2,754 | 12 | (10,408) | 17,009 | 32,865 | (15,856) |
| **203,320** | **196,516** | **212,148** | **2,130,332** | **2,218,487** | **(88,155)** |
| 22,549 | 20,468 | 30,368 | 264,620 | 267,256 | (2,635) |
| 29,868 | 33,607 | 84,762 | 417,491 | 379,823 | 37,668 |
| 99,747 | 119,214 | 94,121 | 1,137,082 | 1,158,351 | (21,269) |
| **152,164** | **173,289** | **209,251** | **1,819,193** | **1,805,429** | **13,763** |
| **355,484** | **369,804** | **421,399** | **3,949,525** | **4,023,917** | **(74,392)** |
| 376 | 282 | 722 | 5,692 | 4,649 | 1,043 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 1,305 | 887 | 1,831 | 19,884 | 21,894 | (2,011) |
| 3,183 | 1,894 | 1,698 | 22,841 | 21,973 | 868 |
| 0 | 99 | 835 | 1,244 | 0 | 1,244 |
| 321 | 417 | 741 | 4,529 | 6,049 | (1,520) |
| 370 | 0 | 0 | 584 | 2,924 | (2,340) |
| 3,419 | 2,985 | 4,122 | 36,302 | 40,129 | (3,827) |
| 340 | 340 | 356 | 15,933 | 7,333 | 8,600 |
| (1,129) | 1,045 | 1,141 | 9,981 | 10,496 | (515) |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 150 | 150 | 150 | 1,650 | 1,800 | (150) |
| 219 | 36 | 0 | 1,260 | 1,021 | 239 |
| 174 | 0 | 0 | 761 | 1,245 | (484) |
| (17) | 999 | 1,942 | 5,899 | 6,189 | (290) |
| 185 | 378 | 513 | 2,657 | 3,167 | (510) |
| 0 | 0 | 0 | 0 | 827 | (827) |
| 531 | 71 | 71 | 1,965 | 1,282 | 683 |
| 1,588 | 1,654 | 2,315 | 15,287 | 17,062 | (1,775) |
| 160 | 0 | 76 | 318 | 1,004 | (686) |
| 4,000 | 2,800 | 2,800 | 39,200 | 42,800 | (3,600) |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 60 | 0 | 0 | (159) | 3,000 | (3,159) |
| --------------------- | --------------------- | --------------------- | --------------------- | --------------------- | --------------------- |
| **15,233** | **14,036** | **19,313** | **185,827** | **194,844** | **(9,017)** |
| --------------------- | --------------------- | --------------------- | --------------------- | --------------------- | --------------------- |
| **370,717** | **383,841** | **440,712** | **4,135,352** | **4,218,761** | **(83,409)** |
| --------------------- | --------------------- | --------------------- | --------------------- | --------------------- | --------------------- |
| *(50,807)* | *(41,449)* | *32,662* | *(939,062)* | *(888,642)* | *(50,420)* |
| =========== | =========== | =========== | =========== | =========== | =========== |

| *2018 Actual* | *Variance* | *Previous Forecast* | *Variance* |
| ---: | ---: | ---: | ---: |
| 924,092 | (78,373) | 1,632,410 | (786,692) |
| 242,458 | 43,728 | 468,433 | (182,247) |
| 168,969 | 12,616 | 344,369 | (162,783) |
| **1,335,518** | **(22,029)** | **2,445,212** | **(1,131,722)** |
| | | | |
| 2,088,524 | 19,121 | 4,014,131 | (1,906,485) |
| 253,042 | 70,536 | 536,310 | (212,731) |
| 97,568 | 6,433 | 198,166 | (94,164) |
| **2,439,135** | **96,091** | **4,748,607** | **(2,213,381)** |
| (4,334) | 4,318 | (32) | 16 |
| **3,770,319** | **78,380** | **7,193,787** | **(3,345,087)** |
| | | | |
| 4,374 | (2,024) | 4,700 | (2,350) |
| 5,537 | (1,210) | 6,903 | (2,577) |
| 105,344 | 18,117 | 197,522 | (74,060) |
| 31,184 | 4,093 | 65,763 | (30,486) |
| **146,439** | **18,975** | **274,888** | **(109,473)** |
| **3,916,759** | **97,355** | **7,468,674** | **(3,454,561)** |
| | | | |
| 354,227 | 3,158 | 680,965 | (323,580) |
| 449,484 | 4,551 | 857,122 | (403,088) |
| **803,710** | **7,709** | **1,538,087** | **(726,668)** |

| | | | |
|---:|---:|---:|---:|
| 218 | (218) | 0 | 0 |
| 8,885 | (2,481) | 11,380 | (4,976) |
| ------------------- | ------------------- | ------------------- | ------------------- |
| **9,103** | **(2,698)** | **11,380** | **(4,976)** |
| ------------------- | ------------------- | ------------------- | ------------------- |
| **812,813** | **5,010** | **1,549,467** | **(731,644)** |
| ------------------- | ------------------- | ------------------- | ------------------- |
| **3,103,946** | **92,344** | **5,919,207** | **(2,722,917)** |
| | | | |
| 198,537 | (5,432) | 369,212 | (176,107) |
| 0 | 0 | 0 | 0 |
| 754,665 | 41,724 | 1,518,537 | (722,148) |
| 837,291 | 64,603 | 1,724,925 | (823,032) |
| 115,769 | (111) | 222,009 | (106,352) |
| ------------------- | ------------------- | ------------------- | ------------------- |
| **1,906,261** | **100,784** | **3,834,684** | **(1,827,639)** |
| 91,976 | 14,303 | 169,407 | (63,129) |
| 14,978 | 2,031 | 44,426 | (27,417) |
| ------------------- | ------------------- | ------------------- | ------------------- |
| **2,013,215** | **117,117** | **4,048,517** | **(1,918,185)** |
| 255,782 | 8,838 | 498,872 | (234,252) |
| 370,766 | 46,725 | 750,219 | (332,728) |
| 1,136,197 | 885 | 2,180,042 | (1,042,961) |
| ------------------- | ------------------- | ------------------- | ------------------- |
| **1,762,745** | **56,448** | **3,429,134** | **(1,609,941)** |
| ------------------- | ------------------- | ------------------- | ------------------- |
| **3,775,960** | **173,565** | **7,477,651** | **(3,528,126)** |
| 4,124 | 1,568 | 10,662 | (4,970) |
| 0 | 0 | 0 | 0 |
| 20,916 | (1,032) | 37,936 | (18,053) |
| 19,627 | 3,215 | 43,984 | (21,143) |
| 803 | 441 | 1,652 | (408) |
| 5,581 | (1,052) | 8,317 | (3,788) |
| 2,424 | (1,840) | 1,168 | (584) |
| 37,295 | (993) | 68,481 | (32,180) |
| 6,639 | 9,294 | 31,510 | (15,577) |
| 10,834 | (853) | 18,820 | (8,839) |

| | | | |
|---:|---:|---:|---:|
| 0 | 1,650 | 3,150 | (1,500) |
| 861 | 400 | 2,521 | (1,260) |
| 918 | (157) | 1,521 | (761) |
| 6,557 | (657) | 9,857 | (3,958) |
| 3,019 | (362) | 4,801 | (2,144) |
| 81 | (81) | 0 | 0 |
| 1,034 | 931 | 3,859 | (1,894) |
| 16,818 | (1,531) | 28,259 | (12,972) |
| 786 | (468) | 560 | (242) |
| 23,600 | 15,600 | 75,600 | (36,400) |
| 207 | (207) | 0 | 0 |
| 4,148 | (4,307) | (317) | 159 |
| -------------------- | -------------------- | -------------------- | -------------------- |
| **166,269** | **19,558** | **352,341** | **(166,514)** |
| -------------------- | -------------------- | -------------------- | -------------------- |
| **3,942,229** | **193,123** | **7,829,992** | **(3,694,640)** |
| -------------------- | -------------------- | -------------------- | -------------------- |
| *(838,283)* | *(100,779)* | *(1,910,785)* | *971,723* |
| =========== | =========== | =========== | =========== |

**Actual/Forecast**
**Miscellaneous Income**
**2019**
**Currency - Local**

08/04/21
7:24 PM

| | Actual January | Actual February | Actual March | Forecast April | Forecast May | Forecast June | Budget July | Budget August | Budget September | Budget October | Budget November | Budget December | 2019 Projected | 2019 Budget | Variance | 2018 Actual | Variance | Previous Forecast | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cancellation Penalties | 2,608 | 1,722 | 4,494 | 10,005 | 8,343 | 15,120 | 890 | 4,548 | 9,239 | 3,717 | 413 | 10,953 | 71,853 | 7,849 | 64,004 | 7,755 | 64,098 | 60,900 | 10,953 |
| Miscellaneous Revenue | 915 | 287 | 1,091 | 1,322 | 10,232 | 859 | 350 | 623 | 403 | 4,126 | 196 | 1,079 | 21,684 | 17,781 | 3,903 | 16,123 | 5,561 | 20,605 | 1,079 |
| Parking Commission | 2,100 | 1,960 | 1,311 | 988 | 1,164 | 1,278 | 2,232 | 2,075 | 1,366 | 1,925 | 1,592 | 3,808 | 21,799 | 18,781 | 3,018 | 18,008 | 3,791 | 17,991 | 3,808 |
| Cash Discounts Earned Purchasing Rebates | 0 | 0 | 681 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 681 | 1,760 | 1,760 | (1,079) | 2,065 | (1,384) | 681 | 0 |
| Outside Laundry Commission | 551 | 1,175 | 891 | 1,276 | 1,207 | 1,134 | 682 | 1,020 | 560 | 937 | 1,075 | 735 | 11,142 | 13,257 | (2,115) | 11,820 | (678) | 10,407 | 735 |
| Resort Fees | 75,373 | 79,317 | 90,020 | 92,400 | 104,460 | 96,860 | 93,263 | 110,373 | 90,583 | 105,842 | 101,955 | 110,546 | 1,152,992 | 1,136,246 | 16,746 | 1,121,638 | 31,354 | 1,042,446 | 110,546 |
| In Room Entertainment Commission | 674 | 695 | 1,186 | 817 | 717 | 1,729 | 27 | 852 | 967 | 818 | 1,656 | 961 | 10,500 | 11,048 | (548) | 10,875 | (375) | 9,539 | 961 |
| **TOTAL RENTALS & OTHER INCOME** | 82,222 | 85,156 | 99,673 | 107,008 | 125,823 | 116,981 | 99,445 | 119,491 | 103,118 | 117,366 | 106,286 | 128,083 | 1,290,650 | 1,206,721 | 83,929 | 1,188,284 | 102,367 | 1,162,569 | 128,081 |

*Actual/Forecast*
*Administrative and General*
*2019*
*Currency - Local*

08/04/21
7:24:PM

| | *Actual* January | *Actual* February | *Actual* March | *Forecast* April | *Forecast* May | *Forecast* June | *Budget* July | *Budget* August | *Budget* September | *Budget* October | *Budget* November | *Budget* December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***EXPENSES*** | | | | | | | | | | | | |
| **Labor Costs and Related Expenses** | | | | | | | | | | | | |
| **Salaries, Wages, Service Charges,Contracted Labor, and Bonuses** | | | | | | | | | | | | |
| Management | 14,995 | 12,773 | 15,008 | 13,075 | 10,742 | 15,212 | 15,000 | 15,709 | 12,374 | 14,290 | 15,204 | 11,460 |
| **Sub-Total: Salaries and Wages** | **14,995** | **12,773** | **15,008** | **13,075** | **10,742** | **15,212** | **15,000** | **15,709** | **12,374** | **14,290** | **15,204** | **11,460** |
| Bonuses and Incentives | 10,263 | 10,263 | 10,263 | 10,263 | 10,263 | 10,263 | 10,263 | 10,263 | 10,263 | 10,263 | 0 | (38,999) |
| **Total Salaries, Wages, and Bonuses** | **25,258** | **23,036** | **25,271** | **23,338** | **21,005** | **25,475** | **25,263** | **25,972** | **22,637** | **24,553** | **15,204** | **(27,539)** |
| **Payroll-Related Expenses** | | | | | | | | | | | | |
| Payroll Taxes | 2,574 | 1,302 | 2,851 | 3,308 | 2,803 | 2,567 | 2,688 | 2,023 | 1,798 | 1,611 | 796 | (2,952) |
| Employee Benefits | 2,586 | 2,178 | 3,143 | 3,085 | 2,260 | 2,710 | 2,602 | 4,301 | 2,858 | 421 | 1,471 | 568 |
| Supplemental Pay | 1,616 | 412 | 1,357 | 1,622 | 2,520 | 270 | 1,980 | 1,303 | 3,756 | 2,837 | 2,845 | 4,950 |
| **Total Payroll-Related Expenses** | **6,776** | **3,892** | **7,352** | **8,014** | **7,583** | **5,547** | **7,270** | **7,626** | **8,411** | **4,868** | **5,112** | **2,565** |
| **Total Labor Costs and Related Expenses** | **32,034** | **26,928** | **32,623** | **31,352** | **28,588** | **31,022** | **32,533** | **33,598** | **31,048** | **29,421** | **20,315** | **(24,974)** |
| **Other Expenses** | | | | | | | | | | | | |
| Contract Services | 403 | 236 | 609 | 1,219 | 450 | 655 | 850 | 850 | 655 | 2,108 | (2,379) | 577 |
| Miscellaneous Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,895 |
| Training | 550 | 770 | 206 | 3,776 | 856 | 4,250 | 500 | 27 | 878 | 0 | 250 | 0 |
| Corporate Office Reimburseables | 21 | 127 | 320 | 320 | 0 | 0 | 0 | 277 | 0 | 897 | 0 | 0 |
| Laundry and Dry Cleaning | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating Supplies | 1,098 | 553 | 0 | 822 | 552 | 504 | 541 | 544 | 557 | 862 | 450 | 581 |
| Travel-Meals and Entertainment | 85 | 158 | 303 | 174 | 516 | 117 | 331 | 364 | 37 | 94 | 79 | 30 |
| Travel-Other | 0 | 0 | 0 | 0 | 0 | 78 | 0 | 0 | 0 | 0 | 0 | 0 |
| Audit Charges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9,666 | 0 | 0 | 0 | 0 |
| Professional Fees # 1 | 2,367 | (1,812) | 270 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 0 | 43 |
| Bank Charges | 2,854 | 2,930 | 2,760 | 2,325 | 2,870 | 2,894 | 2,880 | 2,766 | 3,231 | 3,034 | 3,333 | 1,915 |
| Cash Overages and Shortages | (5) | (6) | (3) | 32 | 10 | 2 | 0 | 0 | 101 | 0 | 16 | 0 |
| Accounting Charges | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 |
| Credit Card Commissions | 29,639 | 29,239 | 35,163 | 43,096 | 54,801 | 42,708 | 35,767 | 34,191 | 39,327 | 56,035 | 46,498 | 70,594 |
| Donations | 432 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Legal Services | 833 | 0 | 0 | 361 | 3,717 | 0 | 105 | 1,125 | 1,212 | 0 | 0 | 0 |
| Payroll Processing | 3,110 | 3,768 | 2,919 | 1,016 | 3,150 | 2,773 | 1,046 | 2,928 | 1,886 | 3,028 | 1,630 | 3,153 |
| Postage and Overnight Delivery | 151 | 133 | 125 | 332 | 211 | 99 | 0 | 100 | 114 | 467 | 136 | 99 |
| Provision for Doubtful Accounts | 0 | 2,254 | (2,254) | 0 | 4,770 | 6,470 | 7,626 | (243) | 2,012 | 0 | 0 | 0 |
| Security Expense | 5,315 | 4,969 | 5,302 | 6,629 | 6,159 | 5,916 | 6,755 | 5,954 | 6,161 | 6,156 | 5,318 | 6,947 |
| Outside Recruiting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 199 | 440 | 0 | 0 | 331 |
| Employee Relations | 1,209 | 1,168 | 1,551 | 1,818 | 1,257 | 1,562 | 1,574 | 1,575 | 5,168 | 1,921 | 5,870 | 8,887 |
| Recruitment | 1,928 | 837 | 1,167 | 530 | 0 | 290 | 0 | 788 | 789 | 0 | (688) | 275 |
| Dues and Subscriptions | 2,630 | 2,540 | 2,630 | 2,600 | 2,630 | 2,600 | 2,246 | 2,246 | 2,230 | 2,261 | 2,230 | 2,246 |
| **Total Other Expenses** | **55,308** | **50,551** | **53,758** | **68,038** | **84,936** | **73,904** | **63,212** | **66,345** | **67,785** | **79,850** | **65,430** | **106,262** |
| **TOTAL EXPENSES** | **87,342** | **77,479** | **86,381** | **99,390** | **113,524** | **104,926** | **95,745** | **99,943** | **98,832** | **109,271** | **85,745** | **81,289** |

| | *2019 Projected* | *2019 Budget* | *Variance* | *2018 Actual* | *Variance* |
|---|---|---|---|---|---|
| ***EXPENSES*** | | | | | |
| **Labor Costs and Related Expenses** | | | | | |
| **Salaries, Wages, Service Charges,Contracted Labor, and Bonuses** | | | | | |
| Management | 165,841 | 172,199 | (6,358) | 167,339 | (1,498) |
| **Sub-Total: Salaries and Wages** | **165,841** | **172,199** | **(6,358)** | **167,339** | **(1,498)** |
| Bonuses and Incentives | 63,631 | 123,159 | (59,529) | 86,315 | (22,685) |
| **Total Salaries, Wages, and Bonuses** | **229,472** | **295,358** | **(65,886)** | **253,655** | **(24,183)** |
| **Payroll-Related Expenses** | | | | | |
| Payroll Taxes | 21,368 | 26,188 | (4,820) | 23,418 | (2,050) |
| Employee Benefits | 28,181 | 26,268 | 1,913 | 32,528 | (4,346) |
| Supplemental Pay | 25,467 | 22,027 | 3,441 | 17,336 | 8,132 |
| **Total Payroll-Related Expenses** | **75,017** | **74,483** | **533** | **73,281** | **1,736** |
| **Total Labor Costs and Related Expenses** | **304,488** | **369,841** | **(65,353)** | **326,936** | **(22,448)** |
| **Other Expenses** | | | | | |
| Contract Services | 6,232 | 9,538 | (3,306) | 19,935 | (13,703) |
| Miscellaneous Expense | 7,895 | 0 | 7,895 | 0 | 7,895 |
| Training | 12,063 | 19,855 | (7,792) | 6,487 | 5,576 |
| Corporate Office Reimburseables | 1,962 | 13,878 | (11,916) | 13,530 | (11,569) |
| Laundry and Dry Cleaning | 0 | 0 | 0 | 1,650 | (1,650) |
| Operating Supplies | 7,063 | 7,345 | (282) | 6,645 | 418 |
| Travel-Meals and Entertainment | 2,287 | 3,075 | (788) | 3,494 | (1,207) |
| Travel-Other | 78 | 2,800 | (2,722) | 728 | (650) |
| Audit Charges | 9,666 | 1,000 | 8,666 | 0 | 9,666 |
| Professional Fees # 1 | 2,968 | 5,800 | (2,832) | 3,690 | (722) |
| Bank Charges | 33,793 | 33,678 | 115 | 33,775 | 17 |
| Cash Overages and Shortages | 147 | 0 | 147 | (71) | 218 |
| Accounting Charges | 32,256 | 32,256 | 0 | 32,256 | 0 |
| Credit Card Commissions | 517,059 | 573,297 | (56,238) | 499,700 | 17,359 |
| Donations | 432 | 432 | 0 | 0 | 432 |
| Legal Services | 7,353 | 4,335 | 3,018 | 4,335 | 3,018 |
| Payroll Processing | 30,408 | 38,781 | (8,373) | 38,102 | (7,694) |
| Postage and Overnight Delivery | 1,967 | 1,812 | 155 | 1,872 | 94 |
| Provision for Doubtful Accounts | 20,634 | 0 | 20,634 | 12,505 | 8,129 |
| Security Expense | 71,580 | 74,687 | (3,107) | 68,010 | 3,570 |
| Outside Recruiting | 970 | 0 | 970 | 0 | 970 |
| Employee Relations | 33,560 | 36,336 | (2,776) | 31,894 | 1,666 |
| Recruitment | 5,915 | 11,130 | (5,215) | 2,467 | 3,448 |
| Dues and Subscriptions | 29,092 | 29,533 | (441) | 32,044 | (2,953) |
| **Total Other Expenses** | **835,379** | **899,567** | **(64,189)** | **813,050** | **22,329** |
| **TOTAL EXPENSES** | **1,139,867** | **1,269,409** | **(129,542)** | **1,139,986** | **(119)** |

| | *Actual* January | *Actual* February | *Actual* March | *Actual* April | *Actual* May | *Actual* June | *Actual* July | *Actual* August | *Actual* September | *Actual* October | *Actual* November | *Actual* December | *Pervious Forecast* | *Variance* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***EXPENSES*** | | | | | | | | | | | | | | |
| **Labor Costs and Related Expenses** | | | | | | | | | | | | | | |
| **Salaries, Wages, Service Charges,Contracted Labor, and Bonuses** | | | | | | | | | | | | | | |
| Management | 14,995 | 12,773 | 15,008 | 13,075 | 10,742 | 15,212 | 15,000 | 15,709 | 12,374 | 14,290 | 15,204 | 11,460 | 320,222 | (154,381) |
| **Sub-Total: Salaries and Wages** | **14,995** | **12,773** | **15,008** | **13,075** | **10,742** | **15,212** | **15,000** | **15,709** | **12,374** | **14,290** | **15,204** | **11,460** | **320,222** | **(154,381)** |
| Bonuses and Incentives | 10,263 | 10,263 | 10,263 | 10,263 | 10,263 | 10,263 | 10,263 | 10,263 | 10,263 | 10,263 | 0 | (38,999) | 166,261 | (102,630) |
| **Total Salaries, Wages, and Bonuses** | **25,258** | **23,036** | **25,271** | **23,338** | **21,005** | **25,475** | **25,263** | **25,972** | **22,637** | **24,553** | **15,204** | **(27,539)** | **486,483** | **(257,011)** |
| **Payroll-Related Expenses** | | | | | | | | | | | | | | |
| Payroll Taxes | 2,574 | 1,302 | 2,851 | 3,308 | 2,803 | 2,567 | 2,688 | 2,023 | 1,798 | 1,611 | 796 | (2,952) | 45,688 | (24,320) |
| Employee Benefits | 2,586 | 2,178 | 3,143 | 3,085 | 2,260 | 2,710 | 2,602 | 4,301 | 2,858 | 421 | 1,471 | 568 | 55,794 | (27,613) |
| Supplemental Pay | 1,616 | 412 | 1,357 | 1,622 | 2,520 | 270 | 1,980 | 1,303 | 3,756 | 2,837 | 2,845 | 4,950 | 45,985 | (20,518) |
| **Total Payroll-Related Expenses** | **6,776** | **3,892** | **7,352** | **8,014** | **7,583** | **5,547** | **7,270** | **7,626** | **8,411** | **4,868** | **5,112** | **2,565** | **147,468** | **(72,451)** |
| **Total Labor Costs and Related Expenses** | **32,034** | **26,928** | **32,623** | **31,352** | **28,588** | **31,022** | **32,533** | **33,598** | **31,048** | **29,421** | **20,315** | **(24,974)** | **633,950** | **(329,462)** |
| **Other Expenses** | | | | | | | | | | | | | | |
| Contract Services | 403 | 236 | 609 | 1,219 | 450 | 655 | 850 | 850 | 655 | 2,108 | (2,379) | 577 | 11,888 | (5,655) |
| Miscellaneous Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,895 | 7,895 | 0 |
| Training | 550 | 770 | 206 | 3,776 | 856 | 4,250 | 500 | 27 | 878 | 0 | 250 | 0 | 24,125 | (12,063) |
| Corporate Office Reimburseables | 21 | 127 | 320 | 320 | 0 | 0 | 0 | 277 | 0 | 897 | 0 | 0 | 3,923 | (1,962) |
| Laundry and Dry Cleaning | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating Supplies | 1,098 | 553 | 0 | 822 | 552 | 504 | 541 | 544 | 557 | 862 | 450 | 581 | 13,544 | (6,482) |
| Travel-Meals and Entertainment | 85 | 158 | 303 | 174 | 516 | 117 | 331 | 364 | 37 | 94 | 79 | 30 | 4,544 | (2,257) |
| Travel-Other | 0 | 0 | 0 | 0 | 0 | 78 | 0 | 0 | 0 | 0 | 0 | 0 | 156 | (78) |
| Audit Charges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9,666 | 0 | 0 | 0 | 0 | 19,332 | (9,666) |
| Professional Fees # 1 | 2,367 | (1,812) | 270 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 0 | 43 | 5,893 | (2,925) |
| Bank Charges | 2,854 | 2,930 | 2,760 | 2,325 | 2,870 | 2,894 | 2,880 | 2,766 | 3,231 | 3,034 | 3,333 | 1,915 | 65,670 | (31,877) |
| Cash Overages and Shortages | (5) | (6) | (3) | 32 | 10 | 2 | 0 | 0 | 101 | 0 | 16 | 0 | 294 | (147) |
| Accounting Charges | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 2,688 | 61,824 | (29,568) |
| Credit Card Commissions | 29,639 | 29,239 | 35,163 | 43,096 | 54,801 | 42,708 | 35,767 | 34,191 | 39,327 | 56,035 | 46,498 | 70,594 | 963,524 | (446,465) |
| Donations | 432 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 864 | (432) |
| Legal Services | 833 | 0 | 0 | 361 | 3,717 | 0 | 105 | 1,125 | 1,212 | 0 | 0 | 0 | 14,705 | (7,353) |
| Payroll Processing | 3,110 | 3,768 | 2,919 | 1,016 | 3,150 | 2,773 | 1,046 | 2,928 | 1,886 | 3,028 | 1,630 | 3,153 | 57,663 | (27,255) |
| Postage and Overnight Delivery | 151 | 133 | 125 | 332 | 211 | 99 | 0 | 100 | 114 | 467 | 136 | 99 | 3,834 | (1,868) |
| Provision for Doubtful Accounts | 0 | 2,254 | (2,254) | 0 | 4,770 | 6,470 | 7,626 | (243) | 2,012 | 0 | 0 | 0 | 41,269 | (20,634) |
| Security Expense | 5,315 | 4,969 | 5,302 | 6,629 | 6,159 | 5,916 | 6,755 | 5,954 | 6,161 | 6,156 | 5,318 | 6,947 | 136,213 | (64,633) |
| Outside Recruiting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 199 | 440 | 0 | 0 | 331 | 1,608 | (639) |
| Employee Relations | 1,209 | 1,168 | 1,551 | 1,818 | 1,257 | 1,562 | 1,574 | 1,575 | 5,168 | 1,921 | 5,870 | 8,887 | 58,233 | (24,673) |
| Recruitment | 1,928 | 837 | 1,167 | 530 | 0 | 290 | 0 | 788 | 789 | 0 | (688) | 275 | 11,555 | (5,640) |
| Dues and Subscriptions | 2,630 | 2,540 | 2,630 | 2,600 | 2,630 | 2,600 | 2,246 | 2,246 | 2,230 | 2,261 | 2,230 | 2,246 | 55,937 | (26,845) |
| **Total Other Expenses** | **55,308** | **50,551** | **53,758** | **68,038** | **84,936** | **73,904** | **63,212** | **66,345** | **67,785** | **79,850** | **65,430** | **106,262** | **1,564,495** | **(729,116)** |
| **TOTAL EXPENSES** | **87,342** | **77,479** | **86,381** | **99,390** | **113,524** | **104,926** | **95,745** | **99,943** | **98,832** | **109,271** | **85,745** | **81,289** | **2,198,445** | **(1,058,578)** |

*Actual/Forecast*
**Information Technology and Telecommunication**
**2019**
**Currency - Local**

| | *Actual* January | *Actual* February | *Actual* March | *Forecast* April |
|---|---:|---:|---:|---:|
| ***EXPENSES*** | | | | |
| **Cost of Services** | | | | |
| Cell Phones | 561 | 539 | 619 | 566 |
| Cost of Internet Services | 2,084 | 2,215 | 2,217 | 2,215 |
| Cost of Local Calls | 687 | 530 | 780 | (200) |
| Cost of Long Distance Calls | 732 | 668 | 692 | 688 |
| **Total Cost of Services** | **4,065** | **3,953** | **4,308** | **3,269** |
| Administrative & General Systems | (56) | 1,377 | 872 | 872 |
| Food & Beverage Systems | 870 | 870 | 1,360 | 1,360 |
| Information Systems - Security | 7,463 | 718 | 799 | 799 |
| Information Systems Costs | (697) | (10) | 244 | 244 |
| Other Systems | 14,363 | 14,363 | 14,363 | 14,363 |
| Rooms Systems | 2,986 | 2,349 | 3,413 | 3,413 |
| Sales & Marketing Systems | 2,504 | 1,931 | 2,968 | 2,968 |
| Telecommunications | 365 | 572 | 262 | 624 |
| **Total System Expenses** | **27,798** | **22,170** | **24,281** | **24,643** |
| **Other Expenses** | | | | |
| Cluster Services | 1,654 | 1,654 | 1,654 | 1,654 |
| Contract Services (P) | 3,595 | 3,632 | 3,766 | 3,766 |
| Corporate Office Reimburseables | 1,260 | 0 | 1,260 | 1,260 |
| Training (P) | 0 | 0 | 0 | 0 |
| Other Equipment | 0 | 0 | 0 | 0 |
| **Total Other Expenses** | **6,509** | **5,286** | **6,680** | **6,680** |
| **TOTAL EXPENSES** | **38,372** | **31,409** | **35,270** | **34,592** |

08/04/21
7:26:PM

| *Forecast* May | *Forecast* June | *Budget* July | *Budget* August | *Budget* September | *Budget* October |
|---:|---:|---:|---:|---:|---:|
| 538 | 661 | 641 | 488 | 429 | 413 |
| 2,215 | 2,215 | 2,313 | 2,117 | 2,084 | 2,088 |
| (1,877) | 0 | 0 | 0 | 0 | 0 |
| 708 | 794 | 656 | 697 | 817 | 727 |
| **1,584** | **3,670** | **3,610** | **3,302** | **3,330** | **3,229** |
| 872 | 872 | 872 | 872 | 872 | 872 |
| 1,360 | 1,360 | 1,360 | 1,360 | 1,360 | 1,360 |
| 799 | 799 | 799 | 799 | 799 | 799 |
| 243 | 244 | 244 | 244 | 244 | 244 |
| 14,794 | 14,794 | 14,794 | 16,474 | 14,794 | 14,794 |
| 3,413 | 3,413 | 3,413 | 3,413 | 3,413 | 3,413 |
| 2,968 | 2,968 | 2,972 | 2,972 | 2,983 | 2,972 |
| 210 | 210 | 210 | 210 | 210 | 210 |
| **24,659** | **24,659** | **24,665** | **26,344** | **24,675** | **24,664** |
| 1,654 | 1,654 | 1,654 | 1,654 | 654 | 1,654 |
| 3,766 | 3,766 | 3,766 | 3,766 | 3,766 | 3,766 |
| 1,260 | 1,260 | 1,260 | 1,260 | 2,460 | 1,260 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| **6,680** | **6,680** | **6,680** | **6,680** | **6,880** | **6,680** |
| **32,923** | **35,009** | **34,955** | **36,326** | **34,886** | **34,573** |

| Budget November | Budget December | 2019 Projected | 2019 Budget | Variance | 2018 Actual |
|---|---|---|---|---|---|
| 341 | 384 | 6,180 | 7,200 | (1,020) | 6,080 |
| 2,098 | 2,088 | 25,952 | 25,778 | 174 | 26,228 |
| 0 | 0 | (80) | 9,986 | (10,066) | 9,360 |
| 700 | 731 | 8,611 | 9,000 | (389) | 8,400 |
| **3,139** | **3,203** | **40,662** | **51,964** | **(11,302)** | **50,069** |
| (445) | 872 | 8,722 | 10,459 | (1,737) | 9,329 |
| 872 | 1,361 | 14,853 | 16,321 | (1,468) | 10,441 |
| (98) | 2,714 | 17,190 | 16,333 | 857 | 8,618 |
| 244 | 244 | 1,730 | 2,925 | (1,194) | 2,786 |
| 14,807 | 14,807 | 177,513 | 175,807 | 1,706 | 177,762 |
| 3,413 | 436 | 36,489 | 40,957 | (4,468) | 31,055 |
| 2,788 | 2,604 | 33,597 | 35,640 | (2,043) | 32,728 |
| 439 | 210 | 3,731 | 5,106 | (1,375) | 5,313 |
| **22,019** | **23,248** | **293,826** | **303,548** | **(9,722)** | **278,032** |
| 1,654 | (17,007) | 188 | 19,848 | (19,661) | 18,510 |
| 2,967 | 3,827 | 44,150 | 45,190 | (1,040) | 43,353 |
| 1,260 | (12,110) | 1,690 | 15,120 | (13,430) | 15,822 |
| 0 | 0 | 0 | 0 | 0 | 1,750 |
| 0 | 0 | 0 | 0 | 0 | (361) |
| **5,881** | **(25,289)** | **46,027** | **80,158** | **(34,131)** | **79,075** |
| **31,039** | **1,162** | **380,516** | **435,671** | **(55,155)** | **407,176** |

| Variance | Actual January | Actual February | Actual March | Actual April | Actual May |
|---:|---:|---:|---:|---:|---:|
| 100 | 561 | 539 | 619 | 566 | 538 |
| (277) | 2,084 | 2,215 | 2,217 | 2,215 | 2,215 |
| (9,440) | 687 | 530 | 780 | (200) | (1,877) |
| 211 | 732 | 668 | 692 | 688 | 708 |
| **(9,407)** | **4,065** | **3,953** | **4,308** | **3,269** | **1,584** |
| (607) | (56) | 1,377 | 872 | 872 | 872 |
| 4,412 | 870 | 870 | 1,360 | 1,360 | 1,360 |
| 8,571 | 7,463 | 718 | 799 | 799 | 799 |
| (1,055) | (697) | (10) | 244 | 244 | 243 |
| (249) | 14,363 | 14,363 | 14,363 | 14,363 | 14,794 |
| 5,434 | 2,986 | 2,349 | 3,413 | 3,413 | 3,413 |
| 869 | 2,504 | 1,931 | 2,968 | 2,968 | 2,968 |
| (1,582) | 365 | 572 | 262 | 624 | 210 |
| **15,794** | **27,798** | **22,170** | **24,281** | **24,643** | **24,659** |
| (18,323) | 1,654 | 1,654 | 1,654 | 1,654 | 1,654 |
| 797 | 3,595 | 3,632 | 3,766 | 3,766 | 3,766 |
| (14,132) | 1,260 | 0 | 1,260 | 1,260 | 1,260 |
| (1,750) | 0 | 0 | 0 | 0 | 0 |
| 361 | 0 | 0 | 0 | 0 | 0 |
| **(33,048)** | **6,509** | **5,286** | **6,680** | **6,680** | **6,680** |
| **(26,660)** | **38,372** | **31,409** | **35,270** | **34,592** | **32,923** |

| *Actual*<br>**June** | *Actual*<br>**July** | *Actual*<br>**August** | *Actual*<br>**September** | *Actual*<br>**October** | *Actual*<br>**November** |
|---:|---:|---:|---:|---:|---:|
| 661 | 641 | 488 | 429 | 413 | 341 |
| 2,215 | 2,313 | 2,117 | 2,084 | 2,088 | 2,098 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 794 | 656 | 697 | 817 | 727 | 700 |
| **3,670** | **3,610** | **3,302** | **3,330** | **3,229** | **3,139** |
| 872 | 872 | 872 | 872 | 872 | (445) |
| 1,360 | 1,360 | 1,360 | 1,360 | 1,360 | 872 |
| 799 | 799 | 799 | 799 | 799 | (98) |
| 244 | 244 | 244 | 244 | 244 | 244 |
| 14,794 | 14,794 | 16,474 | 14,794 | 14,794 | 14,807 |
| 3,413 | 3,413 | 3,413 | 3,413 | 3,413 | 3,413 |
| 2,968 | 2,972 | 2,972 | 2,983 | 2,972 | 2,788 |
| 210 | 210 | 210 | 210 | 210 | 439 |
| **24,659** | **24,665** | **26,344** | **24,675** | **24,664** | **22,019** |
| 1,654 | 1,654 | 1,654 | 654 | 1,654 | 1,654 |
| 3,766 | 3,766 | 3,766 | 3,766 | 3,766 | 2,967 |
| 1,260 | 1,260 | 1,260 | 2,460 | 1,260 | 1,260 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| **6,680** | **6,680** | **6,680** | **6,880** | **6,680** | **5,881** |
| **35,009** | **34,955** | **36,326** | **34,886** | **34,573** | **31,039** |

| *Actual* December | *Pervious Forecast* | *Variance* |
|---|---|---|
| 384 | 11,975 | (5,795) |
| 2,088 | 49,815 | (23,863) |
| 0 | (159) | 80 |
| 731 | 16,491 | (7,880) |
| **3,203** | **78,121** | **(37,459)** |
| 872 | 16,573 | (7,851) |
| 1,361 | 28,345 | (13,492) |
| 2,714 | 31,665 | (14,476) |
| 244 | 3,217 | (1,487) |
| 14,807 | 340,219 | (162,706) |
| 436 | 72,541 | (36,053) |
| 2,604 | 64,591 | (30,993) |
| 210 | 7,253 | (3,521) |
| **23,248** | **564,404** | **(270,578)** |
| (17,007) | 17,382 | (17,194) |
| 3,827 | 84,472 | (40,323) |
| (12,110) | 15,490 | (13,800) |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| **(25,289)** | **117,344** | **(71,317)** |
| **1,162** | **759,870** | **(379,354)** |

**Actual/Forecast**
**Sales and Marketing**
**2019**
**Currency - Local**

08/04/21
7:25 PM

| | Actual January | Actual February | Actual March | Forecast April | Forecast May | Forecast June | Budget July | Budget August | Budget September | Budget October | Budget November | Budget December | 2019 Projected | 2019 Budget | Variance | 2018 Actual | Variance | Previous Forecast | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | | | | | | | | | | | | | | |
| **Labor Costs and Related Expenses** | | | | | | | | | | | | | | | | | | | |
| **Salaries, Wages, Service Charges, Contracted Labor, and Bonuses** | | | | | | | | | | | | | | | | | | | |
| Management | 25,488 | 26,773 | 30,641 | 30,464 | 29,601 | 28,930 | 24,845 | 28,388 | 26,268 | 30,192 | 29,930 | 23,218 | 334,737 | 353,575 | (18,838) | 320,390 | 14,347 | 311,519 | 23,218 |
| **Sub-Total: Salaries and Wages** | 25,488 | 26,773 | 30,641 | 30,464 | 29,601 | 28,930 | 24,845 | 28,388 | 26,268 | 30,192 | 29,930 | 23,218 | 334,737 | 353,575 | (18,838) | 320,390 | 14,347 | 311,519 | 23,218 |
| Bonuses and Incentives | 12,746 | 12,639 | 12,639 | 12,639 | 12,639 | 12,639 | 12,639 | 12,639 | 12,639 | 12,639 | 0 | -48,028 | 78,469 | 151,736 | (73,307) | 116,159 | (37,690) | 126,497 | (48,028) |
| **Total Salaries, Wages, and Bonuses** | 38,234 | 39,412 | 43,280 | 43,103 | 42,240 | 41,569 | 37,484 | 41,027 | 38,907 | 42,831 | 29,930 | -24,810 | 413,206 | 505,351 | (92,145) | 436,549 | (23,343) | 438,016 | (24,810) |
| **Payroll-Related Expenses** | | | | | | | | | | | | | | | | | | | |
| Payroll Taxes | 4,813 | 3,261 | 3,488 | 3,936 | 3,788 | 3,996 | 4,034 | 4,253 | 3,760 | 3,579 | 1,874 | -2,814 | 37,968 | 47,816 | (9,848) | 42,628 | (4,660) | 40,781 | (2,814) |
| Supplemental Pay | 5,515 | 1,916 | 4,096 | 2,440 | 4,382 | 1,080 | 4,103 | 931 | 3,912 | 2,940 | 3,921 | 6,764 | 41,999 | 56,431 | (14,432) | 38,761 | 3,238 | 35,235 | 6,764 |
| Employee Benefits | 8,507 | 8,727 | 7,226 | 9,086 | 8,210 | 7,932 | 8,613 | 11,256 | 8,185 | 7,818 | 10,953 | 6,954 | 103,468 | 104,749 | (1,281) | 100,246 | 3,222 | 96,514 | 6,954 |
| **Total Payroll-Related Expenses** | 18,835 | 13,904 | 14,810 | 15,462 | 16,380 | 13,008 | 16,750 | 16,440 | 15,858 | 14,336 | 16,748 | 10,905 | 183,435 | 208,996 | (25,561) | 181,635 | 1,800 | 172,530 | 10,905 |
| **Total Labor Costs and Related Expenses** | 57,069 | 53,316 | 58,090 | 58,565 | 58,620 | 54,577 | 54,234 | 57,467 | 54,764 | 57,167 | 46,678 | -13,905 | 596,641 | 714,347 | (117,706) | 618,183 | (21,543) | 610,546 | (13,905) |
| **Other Expenses** | | | | | | | | | | | | | | | | | | | |
| Corporate Office Reimbursables | 0 | 398 | 237 | 237 | 0 | 237 | 0 | 235 | 104 | 369 | 0 | 0 | 1,819 | 2,886 | (1,068) | 3,427 | (1,609) | 1,819 | 0 |
| Complimentary Services and Gifts | 973 | 452 | 1,229 | 534 | 565 | 585 | 1,477 | 278 | 448 | 576 | 1,774 | 5,968 | 14,860 | 6,000 | 8,860 | 4,460 | 10,399 | 8,891 | 5,968 |
| Complimentary Food and Beverage -Lunch | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contract Services | 963 | 300 | 888 | 888 | 888 | 888 | 888 | 488 | 888 | 888 | 888 | -3,288 | 5,570 | 11,401 | (5,832) | 7,705 | (2,134) | 8,858 | (3,288) |
| Training | 837 | 983 | 435 | 436 | 435 | 435 | 435 | 435 | 0 | 0 | -1,765 | 1,271 | 5,935 | 6,334 | (2,399) | 6,063 | (2,128) | 2,664 | 1,271 |
| Conferences and Events | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 447 | 0 | 0 | 0 | 447 | 0 | 447 | 0 | 447 | 447 | 0 |
| Laundry and Dry Cleaning | 110 | 110 | 110 | 110 | 110 | 110 | 110 | 110 | 110 | 110 | 110 | 110 | 1,320 | 1,320 | 0 | 1,320 | 0 | 1,210 | 110 |
| Operating Supplies | 0 | 113 | 146 | 114 | 114 | 22 | 99 | 429 | 114 | 114 | 114 | 1,164 | 2,543 | 1,368 | 1,175 | 1,388 | 1,155 | 1,378 | 1,164 |
| Travel-Meals and Entertainment | 1,061 | -4 | 1,913 | 0 | 338 | 3,686 | 800 | 0 | 0 | 0 | 0 | -1,608 | 6,186 | 14,154 | (7,968) | 13,859 | (7,674) | 7,794 | (1,608) |
| Travel-Other | 79 | 4,171 | 2,150 | 55 | 0 | 0 | 0 | 0 | 0 | 0 | -151 | 0 | 6,305 | 15,900 | (9,595) | 11,388 | (5,084) | 6,305 | 0 |
| Uniform Laundry | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -110 | 0 | 0 | 0 | 0 | -110 | 0 | (110) | 0 | (110) | -110 | 0 |
| Postage and Overnight Delivery | 0 | 0 | 0 | 0 | 81 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 81 | 400 | (319) | 470 | (389) | 81 | 0 |
| Outside Sales Representation | 5,439 | 4,439 | 7,766 | 7,766 | 7,953 | 7,639 | 7,639 | 10,127 | 7,566 | 7,766 | 7,766 | 8,814 | 90,678 | 93,192 | (2,514) | 60,486 | 30,192 | 81,863 | 8,814 |
| Promotion | 406 | 188 | 304 | 600 | 150 | 304 | 304 | 304 | 0 | 305 | -395 | 1,642 | 4,112 | 4,775 | (663) | 5,562 | (1,451) | 2,470 | 1,642 |
| Trade Shows | 0 | 4,423 | 4,200 | 0 | 2,085 | 13,853 | 0 | 0 | 85 | -104 | 0 | 1,250 | 25,793 | 46,975 | (21,182) | 28,733 | (2,941) | 24,543 | 1,250 |
| Agency Fees | 250 | 250 | 794 | 937 | 564 | 564 | 564 | 564 | 1,499 | 1,312 | 9,253 | 1,189 | 17,738 | 3,000 | 14,738 | 1,450 | 16,288 | 16,549 | 1,189 |
| Collateral Material | 185 | 620 | 325 | 0 | 325 | 325 | 0 | 0 | 0 | 0 | 0 | -675 | 1,105 | 3,500 | (2,395) | 3,294 | (2,189) | 1,780 | (675) |
| Website | 19,973 | 20,575 | 22,250 | 22,250 | 22,250 | 22,250 | 22,250 | 22,250 | 22,250 | 22,250 | 22,250 | 12,346 | 252,944 | 267,596 | (14,653) | 238,523 | 14,421 | 240,598 | 12,346 |
| Photography | 0 | 0 | 794 | 1,621 | 4,165 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,580 | 6,730 | (150) | 4,596 | 1,984 | 6,580 | 0 |
| Dues and Subscriptions | 6,629 | 2,133 | 2,085 | 2,085 | 2,085 | 2,085 | 2,085 | 3,520 | 2,085 | 2,085 | 2,085 | -4,781 | 24,183 | 29,285 | (5,102) | 21,620 | 2,563 | 28,964 | (4,781) |
| Media | 7,596 | 10,022 | 16,287 | 6,437 | 6,437 | 15,643 | 8,337 | 6,437 | 12,687 | 6,437 | 2,430 | 9,388 | 108,139 | 117,290 | (9,151) | 91,712 | 16,427 | 98,751 | 9,388 |
| Outside Services Market Research | 5,468 | 5,782 | 4,321 | 4,271 | 4,021 | 4,021 | 5,271 | 4,021 | 4,271 | 4,021 | 4,285 | 4,021 | 53,775 | 51,236 | 2,539 | 45,098 | 8,677 | 49,753 | 4,021 |
| **Total Other Expenses** | 49,970 | 54,756 | 66,233 | 48,340 | 52,566 | 72,647 | 50,259 | 49,089 | 52,109 | 46,576 | 48,644 | 36,810 | 627,999 | 683,342 | (55,343) | 551,154 | 76,845 | 591,189 | 36,810 |
| **TOTAL EXPENSES** | 107,038 | 108,072 | 124,323 | 106,905 | 111,186 | 127,224 | 104,493 | 106,556 | 106,873 | 103,744 | 95,322 | 22,905 | 1,224,640 | 1,397,689 | (173,049) | 1,169,337 | 55,303 | 1,201,735 | 22,905 |

.

**Actual/Forecast**
**Property Operations**
**2019**
**Currency - Local**

08/04/21
7:24 PM

| | Actual January | Actual February | Actual March | Forecast April | Forecast May | Forecast June | Budget July | Budget August | Budget September | Budget October | Budget November | Budget December | 2019 Projected | 2019 Budget | Variance | 2018 Actual | Variance | Previous Forecast | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | | | | | | | | | | | | | | |
| **Labor Costs and Related Expenses** | | | | | | | | | | | | | | | | | | | |
| **Salaries, Wages and Bonuses** | | | | | | | | | | | | | | | | | | | |
| Management | 7,237 | 6,538 | 7,241 | 7,004 | 7,237 | 5,701 | 6,910 | 7,237 | 7,008 | 6,910 | 6,677 | 5,607 | 81,310 | 82,227 | (917) | 69,792 | 11,518 | 75,703 | 5,607 |
| Non-Management | 42,046 | 41,787 | 46,085 | 50,272 | 51,798 | 48,187 | 49,933 | 46,113 | 54,373 | 53,215 | 52,564 | 47,832 | 584,206 | 492,902 | 91,304 | 573,096 | 11,109 | 536,373 | 47,832 |
| **Sub-Total: Salaries and Wages** | 49,283 | 48,325 | 53,326 | 57,276 | 59,035 | 53,888 | 56,843 | 53,350 | 61,382 | 60,125 | 59,242 | 53,439 | 665,516 | 575,129 | 90,587 | 642,888 | 22,627 | 612,077 | 53,439 |
| Bonuses and Incentives | 1,594 | 1,594 | 1,594 | 1,594 | 1,594 | 1,594 | 1,594 | 1,594 | 1,594 | 1,594 | 1,594 | 0 | -6,057 | 9,883 | (9,242) | 2,000 | 7,883 | 15,940 | (6,057) |
| **Total Salaries, Wages, and Bonuses** | 50,877 | 49,919 | 54,920 | 58,870 | 60,629 | 55,482 | 58,437 | 54,944 | 62,976 | 61,719 | 59,242 | 47,382 | 675,399 | 594,254 | 81,145 | 644,888 | 30,510 | 628,017 | 47,382 |
| **Payroll-Related Expenses** | | | | | | | | | | | | | | | | | | | |
| Payroll Taxes | 6,942 | 5,566 | 5,518 | 4,472 | 4,643 | 5,175 | 5,151 | 5,235 | 5,939 | 4,942 | 5,155 | 5,701 | 64,060 | 57,671 | 6,389 | 61,587 | 2,473 | 58,359 | 5,701 |
| Supplemental Pay | 10,566 | 7,794 | 13,924 | 6,904 | 7,420 | 4,399 | 8,002 | 6,318 | 5,393 | 5,785 | 6,007 | 13,735 | 98,245 | 84,725 | 13,521 | 90,261 | 7,965 | 82,510 | 13,735 |
| Employee Benefits | 19,354 | 18,513 | 18,827 | 11,861 | 19,124 | 16,824 | 19,692 | 22,059 | 20,191 | 18,475 | 24,625 | 19,894 | 229,440 | 187,697 | 41,743 | 226,490 | 2,950 | 209,546 | 19,894 |
| **Total Payroll-Related Expenses** | 36,882 | 31,873 | 38,269 | 23,237 | 31,187 | 26,398 | 32,846 | 33,612 | 31,122 | 29,203 | 35,786 | 41,331 | 391,746 | 330,093 | 61,653 | 378,358 | 13,388 | 350,415 | 41,331 |
| **Total Labor Costs and Related Expenses** | 87,759 | 81,792 | 93,189 | 82,107 | 91,817 | 81,880 | 91,283 | 88,556 | 94,098 | 90,922 | 95,028 | 88,713 | 1,067,144 | 924,347 | 142,797 | 1,023,246 | 43,898 | 978,431 | 88,713 |
| **Other Expenses** | | | | | | | | | | | | | | | | | | | |
| Contract Services | 9,033 | 8,709 | 9,152 | 10,532 | 7,566 | 5,085 | 7,574 | 8,535 | 11,213 | 11,244 | 9,614 | 7,373 | 105,629 | 119,013 | (13,383) | 115,416 | (9,787) | 98,257 | 7,373 |
| Training | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 430 | 0 | 0 | 0 | 430 | 0 | 430 | 0 | 430 | 430 | 0 |
| Licenses and Permits | 433 | 400 | -194 | 433 | 3,620 | 11,680 | -721 | 1,800 | 570 | 570 | 0 | 310 | 6,188 | 24,518 | (6,782) | 17,326 | 7,192 | 18,331 | 6,188 |
| Operating Supplies | 1,023 | 1,903 | 1,159 | 154 | 570 | 266 | 278 | 466 | 205 | 155 | 1,323 | 1,608 | 8,710 | 6,674 | 2,036 | 6,598 | 2,112 | 7,102 | 1,608 |
| Uniform Laundry | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 | 1,200 | (100) | 1,200 | (100) | 1,000 | 100 |
| Building Expense | 662 | 853 | 996 | 7,509 | 649 | 836 | 617 | 1,413 | 793 | 9,097 | 133 | 3,240 | 26,998 | 23,560 | 3,438 | 23,715 | 3,283 | 23,758 | 3,240 |
| Electrical and Mechanical Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 960 | (960) | 720 | (720) | 0 | 0 | |
| Elevators and Escalators | 2,286 | 2,286 | 9,070 | 2,262 | 2,806 | 1,246 | 2,286 | 3,156 | 3,156 | 3,156 | 3,156 | 3,156 | 37,156 | 38,014 | (858) | 31,360 | 5,796 | 34,000 | 3,156 |
| Engineering Supplies | 417 | 362 | 477 | 391 | 480 | 308 | 423 | 386 | 376 | 365 | 446 | 350 | 4,781 | 4,675 | 106 | 4,665 | 116 | 4,431 | 350 |
| Floor Covering | 0 | 0 | -470 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -470 | 354 | (824) | 354 | (825) | -470 | 0 |
| Furniture and Equipment | 331 | 229 | 371 | 0 | 215 | 270 | 659 | 345 | 254 | 308 | 278 | 268 | 3,527 | 3,330 | 197 | 3,211 | 316 | 3,260 | 268 |
| Heating, Ventilation, and Air Conditioning Equipme | 0 | 0 | 0 | 658 | 273 | 778 | 1,506 | 639 | 341 | 989 | 0 | 512 | 5,696 | 5,332 | 364 | 4,292 | 1,404 | 5,184 | 512 |
| Kitchen Equipment | 918 | 0 | 706 | 643 | 1,097 | 646 | 382 | 656 | 480 | 857 | 0 | 855 | 7,219 | 7,936 | (717) | 8,116 | (897) | 6,364 | 855 |
| Life Safety | 486 | 487 | 1,556 | -420 | 485 | 489 | 487 | 487 | 650 | 487 | 506 | 506 | 6,204 | 6,412 | (208) | 6,401 | (196) | 5,698 | 506 |
| Light Bulbs | 785 | 1,058 | 789 | 590 | 893 | 1,124 | 983 | 1,480 | 572 | 606 | 1,110 | 322 | 10,311 | 12,717 | (2,406) | 12,661 | (2,350) | 9,990 | 322 |
| Painting and Wallcovering | 708 | 826 | 714 | 2,283 | 857 | 827 | 1,009 | 771 | 811 | 954 | 597 | 631 | 10,987 | 9,143 | 1,844 | 9,084 | 1,903 | 10,357 | 631 |
| Plumbing | 778 | 414 | 301 | 294 | 349 | 412 | 1,669 | 286 | 506 | 836 | 753 | 969 | 7,567 | 5,516 | 2,051 | 5,589 | 1,977 | 6,597 | 969 |
| Waste Removal | 2,843 | 2,693 | 2,448 | 2,448 | 2,448 | 2,448 | 2,448 | 2,448 | 2,448 | 2,448 | 2,612 | 2,612 | 30,346 | 29,380 | 966 | 27,376 | 2,971 | 27,735 | 2,612 |
| Uniform Cost | 0 | 0 | 0 | 0 | 0 | 0 | -388 | 0 | 0 | 0 | 0 | 0 | -388 | 0 | (388) | 0 | (388) | -388 | 0 |
| **Total Other Expenses** | 20,805 | 19,920 | 27,175 | 27,877 | 22,409 | 26,515 | 19,899 | 21,589 | 22,906 | 31,402 | 20,937 | 20,935 | 290,323 | 305,516 | (15,193) | 278,085 | 12,238 | 261,634 | 20,689 |
| **TOTAL EXPENSES** | 108,564 | 101,713 | 120,364 | 109,984 | 114,225 | 108,395 | 111,182 | 110,145 | 117,003 | 122,324 | 115,965 | 117,402 | 1,357,467 | 1,229,963 | 127,604 | 1,301,331 | 56,136 | 1,240,065 | 117,402 |

*Actual/Forecast*
*Utilities*
*2019*
*Currency - Local*

08/04/21
7:25 PM

| | Actual January | Actual February | Actual March | Forecast April | Forecast May | Forecast June | Budget July | Budget August | Budget September | Budget October | Budget November | Budget December | 2019 Projected | 2019 Budget | Variance | 2018 Actual | Variance | Previous Forecast | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *UTILITIES* | | | | | | | | | | | | | | | | | | | |
| Electricity | 20,558 | 19,133 | 19,980 | 26,874 | 20,281 | 37,240 | 37,535 | 43,123 | 30,404 | 25,688 | 28,031 | 26,115 | 334,941 | 379,135 | (44,194) | 346,314 | (11,373) | 643,767 | (308,826) |
| Gas | 1,954 | 2,219 | 1,592 | 1,206 | 459 | 916 | 938 | 777 | 737 | 904 | 841 | 2,523 | 15,066 | 15,603 | (537) | 15,233 | (167) | 27,610 | (12,543) |
| Oil | 14,084 | 8,095 | 8,095 | 9,846 | 6,479 | 0 | 4,782 | 0 | 3,782 | 4,916 | 7,699 | 15,810 | 84,088 | 106,382 | (22,294) | 99,152 | (15,064) | 152,366 | (68,278) |
| Water Sewer | 7,470 | 5,187 | 7,229 | 7,229 | 8,108 | 10,280 | 4,960 | 11,023 | 8,468 | 8,468 | 8,750 | 6,251 | 93,319 | 100,423 | (7,103) | 95,126 | (1,806) | 180,388 | (87,069) |
| **TOTAL UTILITIES** | 44,066 | 34,634 | 36,875 | 45,156 | 35,326 | 48,436 | 48,035 | 54,921 | 43,370 | 39,975 | 45,220 | 50,699 | 527,415 | 601,542 | (74,128) | 555,826 | (28,411) | 1,004,131 | (476,716) |

*Actual/Forecast*
*Management Fees*
*2019*
*Currency - Local*

06/04/21
7:26 PM

| | Actual January | Actual February | Actual March | Forecast April | Forecast May | Forecast June | Budget July | Budget August | Budget September | Budget October | Budget November | Budget December | 2019 Projected | 2019 Budget | Variance | 2018 Actual | Variance | Previous Forecast | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Management Fees* | | | | | | | | | | | | | | | | | | | |
| Management Fee - Base | 32,631 | 33,334 | 42,197 | 47,890 | 51,752 | 47,559 | 40,421 | 40,052 | 53,603 | 61,703 | 51,167 | 69,587 | 571,896 | 635,356 | (63,460) | 567,068 | 4,828 | 502,309 | 69,587 |
| **TOTAL MANAGEMENT FEES** | **32,631** | **33,334** | **42,197** | **47,890** | **51,752** | **47,559** | **40,421** | **40,052** | **53,603** | **61,703** | **51,167** | **69,587** | **571,896** | **635,356** | **(63,460)** | **567,068** | **4,828** | **502,309** | **69,587** |

**Actual/Forecast**
**Non-Operating Income & Expense**
**2019**
**Currency - Local**

08/04/21
7:25 PM

| | Actual January | Actual February | Actual March | Forecast April | Forecast May | Forecast June | Budget July | Budget August | Budget September | Budget October | Budget November | Budget December | 2019 Projected | 2019 Budget | Variance | 2018 Actual | Variance | Previous Forecast | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RENT** | | | | | | | | | | | | | | | | | | | |
| Land & Buildings | 165,301 | 165,301 | 165,301 | 165,301 | 165,301 | 165,301 | 165,301 | 165,301 | 312,248 | 186,576 | 176,680 | 4,958 | 2,002,866 | 1,983,606 | 19,260 | 1,983,606 | 19,260 | 4,000,774 | (1,997,908) |
| Other Property & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 219 | (219) | 0 | 0 |
| **TOTAL RENTAL** | 165,301 | 165,301 | 165,301 | 165,301 | 165,301 | 165,301 | 165,301 | 165,301 | 312,248 | 186,576 | 176,680 | 4,958 | 2,002,866 | 1,983,606 | 19,260 | 1,983,825 | 19,041 | 4,000,774 | (1,997,908) |
| **INSURANCE** | | | | | | | | | | | | | | | | | | | |
| Liability | 7,161 | 7,161 | 7,420 | 7,420 | 7,420 | 7,420 | 7,420 | 7,420 | 7,420 | 7,420 | 7,420 | 6,206 | 87,305 | 88,902 | (1,597) | 84,203 | 3,102 | 168,404 | (81,099) |
| **Total Insurance** | 7,161 | 7,161 | 7,420 | 7,420 | 7,420 | 7,420 | 7,420 | 7,420 | 7,420 | 7,420 | 7,420 | 6,206 | 87,305 | 88,902 | (1,597) | 84,203 | 3,102 | 168,404 | (81,099) |
| **OTHER** | | | | | | | | | | | | | | | | | | | |
| Other Expense | 10,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (10,000) | 0 | 10,000 | (10,000) | 23,047 | (23,047) | 0 | 0 |
| Owner's Expense - Hotel | 0 | 52,665 | 73,504 | 4,176 | 0 | 0 | 2,000 | 0 | 3,659 | 0 | 0 | 2,265 | 138,268 | 89,000 | 49,268 | 240,933 | (102,665) | 274,273 | (136,005) |
| Owner's Expense - Corporate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,024,228 | 485,864 | 0 | 1,510,092 | 0 | 1,510,092 | 0 | 1,510,092 | 3,020,184 | (1,510,092) |
| **Total Other** | 10,000 | 52,665 | 73,504 | 4,176 | 0 | 0 | 2,000 | 0 | 3,659 | 1,024,228 | 475,864 | 2,265 | 1,648,360 | 99,000 | 1,549,360 | 263,979 | 1,384,381 | 3,294,455 | (1,646,095) |
| **TOTAL EXPENSES** | 182,461 | 225,126 | 246,224 | 176,896 | 172,720 | 172,720 | 174,720 | 172,720 | 323,326 | 1,218,224 | 659,964 | 13,429 | 3,738,531 | 2,171,508 | 1,567,023 | 2,332,007 | 1,406,524 | 7,463,633 | (3,725,102) |

.

*Actual/Forecast*
*Payroll Related Budget*
*2019*
*Currency : Local*

08/04/21
7:26 PM

| | Actual January | Actual February | Actual March | Forecast April | Forecast May | Forecast June | Budget July | Budget August | Budget September | Budget October | Budget November | Budget December | 2019 Projected | 2019 Budget | Variance | 2018 Actual | Variance | Previous Forecast | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PAYROLL TAXES** | | | | | | | | | | | | | | | | | | | |
| National Medical Insurance | 10,897 | 10,195 | 10,072 | 11,261 | 11,185 | 9,358 | 11,866 | 10,945 | 11,024 | 26,762 | 12,614 | 13,564 | 149,744 | 126,187 | 23,558 | 129,857 | 19,887 | 136,180 | 13,564 |
| Ntiotl Retirement Contribution | 46,425 | 43,377 | 53,479 | 48,555 | 47,084 | 39,845 | 50,567 | 45,882 | 46,083 | 32,219 | 44,474 | 44,760 | 542,753 | 539,557 | 3,196 | 546,987 | (4,234) | 497,993 | 44,760 |
| National Unemployment Insurance | 4,048 | 666 | 527 | -550 | 524 | 311 | -440 | 453 | 404 | -509 | 216 | 469 | 6,098 | 6,536 | (437) | 6,627 | (529) | 62,986 | (56,887) |
| State Disability Insurance | -305 | -302 | -305 | -392 | -304 | -305 | -374 | -302 | -304 | -393 | -297 | -368 | -3,952 | 0 | (3,952) | -4,073 | 121 | -3,584 | (368) |
| State Unemployment Insurance | 21,019 | 16,870 | 3,793 | 389 | 1,176 | 845 | -14 | 1,096 | 848 | -306 | 438 | 3,926 | 50,080 | 57,582 | (7,501) | 52,657 | (2,577) | 46,154 | 3,926 |
| Miscellaneous Tax | 2,158 | 2,552 | 2,293 | 2,878 | 2,193 | 2,279 | 2,864 | 2,250 | 2,297 | 6,377 | 3,982 | 3,415 | 35,536 | 26,980 | 8,557 | 29,636 | 5,900 | 204,413 | (168,877) |
| **TOTAL PAYROLL TAXES** | 84,243 | 73,337 | 69,858 | 62,141 | 61,859 | 52,333 | 64,470 | 60,324 | 60,352 | 64,149 | 61,427 | 65,766 | 780,260 | 756,840 | 23,420 | 761,691 | 18,569 | 5,247,595 | (4,467,335) |
| **SUPPLEMENTAL PAY** | | | | | | | | | | | | | | | | | | | |
| Personal Days | 11,332 | 8,823 | 11,905 | 11,493 | 5,033 | 10,664 | 13,871 | 5,330 | 10,981 | 13,228 | 5,397 | 15,822 | 123,878 | 120,249 | 3,629 | 110,287 | 13,591 | 108,057 | 15,822 |
| Sick Pay | 18,103 | 18,103 | 14,728 | 22,479 | 16,110 | 17,094 | 19,021 | 14,372 | 15,137 | 20,199 | 25,624 | 3,044 | 204,013 | 211,735 | (7,722) | 234,526 | (30,513) | 200,969 | 3,044 |
| Holiday Pay | 63,902 | 29,454 | 9,000 | 0 | 29,782 | -882 | 28,542 | 8,006 | 25,415 | 5,328 | 28,211 | 49,096 | 275,854 | 284,832 | (8,978) | 288,552 | (12,698) | 226,758 | 49,096 |
| Vacation | 47,856 | 43,469 | 59,105 | 49,937 | 48,801 | 22,470 | 44,148 | 58,262 | 39,324 | 62,499 | 45,043 | 150,410 | 671,323 | 544,856 | 126,467 | 551,020 | 120,303 | 520,913 | 150,410 |
| **TOTAL SUPPLEMENTAL PAY** | 141,193 | 99,848 | 94,738 | 83,909 | 99,726 | 49,345 | 105,582 | 85,970 | 90,857 | 101,253 | 104,275 | 218,371 | 1,275,068 | 1,161,673 | 113,395 | 1,184,385 | 90,684 | 7,795,885 | (6,520,817) |
| **EMPLOYEE BENEFITS** | | | | | | | | | | | | | | | | | | | |
| Contributory Savings Plan | 1,149 | 2,804 | 923 | 1,048 | 882 | 827 | 959 | 696 | 719 | 878 | 791 | 1,055 | 12,732 | 21,128 | (8,396) | 13,829 | (1,097) | 11,678 | 1,055 |
| Nonunion Insurance | 6,098 | 6,506 | 8,758 | 16,467 | 9,237 | 8,994 | 10,537 | 11,521 | 9,944 | 10,561 | 11,253 | 10,764 | 120,640 | 109,800 | 10,840 | 84,304 | 36,336 | 109,876 | 10,764 |
| Union Insurance | 153,760 | 144,798 | 120,024 | 157,733 | 131,422 | 127,450 | 126,695 | 144,073 | 149,480 | 150,827 | 166,030 | 146,296 | 1,718,587 | 1,576,171 | 142,416 | 1,752,374 | (33,787) | 1,572,291 | 146,296 |
| Union Pension | 61,751 | 57,141 | 51,945 | 63,902 | 59,678 | 40,691 | 51,205 | 63,541 | 60,770 | 58,393 | 68,589 | 59,402 | 694,006 | 647,035 | 46,971 | 712,114 | (18,108) | 634,604 | 59,402 |
| Worker's Comp Insurance | 41,608 | 37,905 | 37,927 | 40,562 | 36,058 | 36,058 | 39,466 | 35,946 | 34,882 | 39,285 | 32,253 | 28,212 | 440,162 | 479,194 | (39,032) | 476,893 | (36,731) | 411,950 | 28,212 |
| **TOTAL EMPLOYEE BENEFITS** | 264,366 | 249,155 | 219,577 | 279,711 | 237,277 | 214,020 | 228,863 | 255,777 | 255,795 | 259,943 | 275,916 | 245,728 | 2,986,128 | 2,833,328 | 152,799 | 3,039,514 | (53,386) | 19,275,249 | (16,289,122) |
| **TOTAL PAYROLL TAXES/** | 489,803 | 422,340 | 384,173 | 425,762 | 398,861 | 315,698 | 398,915 | 402,071 | 407,004 | 425,346 | 441,618 | 529,866 | 5,041,456 | 4,751,841 | 289,615 | 4,985,590 | 55,866 | 32,318,730 | (27,277,274) |

.

**Actual/Forecast**
**Wages and Expenses Related Budget**
**2019**
**Currency - Local**

08/04/21
7:25 PM

| | Actual January | Actual February | Actual March | Forecast April | Forecast May | Forecast June | Budget July | Budget August | Budget September | Budget October | Budget November | Budget December | 2019 Projected | 2019 Budget | Variance | 2018 Actual | Variance | Previous Forecast | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Salaries & Wages** | | | | | | | | | | | | | | | | | | | |
| Rooms | 287,709 | 276,698 | 295,840 | 308,617 | 311,760 | 309,300 | 326,601 | 326,601 | 326,349 | 344,718 | 305,725 | 328,669 | 3,748,588 | 3,414,562 | 334,026 | 3,665,235 | 83,353 | 3,419,919 | 328,669 |
| Food & Beverage | 156,975 | 153,293 | 167,606 | 175,619 | 173,784 | 152,153 | 161,738 | 157,255 | 162,853 | 188,875 | 177,489 | 179,406 | 2,007,045 | 2,055,021 | (47,976) | 1,906,261 | 100,784 | 1,827,639 | 179,406 |
| Administrative & General | 14,995 | 12,773 | 15,008 | 13,075 | 10,742 | 15,212 | 15,000 | 15,709 | 12,374 | 14,290 | 15,204 | 11,460 | 165,841 | 172,199 | (6,358) | 167,339 | (1,498) | 154,381 | 11,460 |
| Sales and Marketing | 25,488 | 26,773 | 30,641 | 30,464 | 29,601 | 28,930 | 24,845 | 28,388 | 26,268 | 30,192 | 29,930 | 23,218 | 334,737 | 353,575 | (18,838) | 320,390 | 14,347 | 311,519 | 23,218 |
| Property Operations | 49,283 | 48,325 | 53,326 | 59,035 | 53,888 | 56,843 | 53,350 | 61,382 | 60,125 | 59,242 | 59,242 | 53,439 | 665,516 | 575,129 | 90,387 | 642,888 | 22,627 | 612,077 | 53,439 |
| House Laundry | 4,906 | 4,431 | 4,862 | 5,315 | 5,517 | 4,590 | 3,174 | 5,525 | 5,064 | 3,038 | 253 | 0 | 46,675 | 13,787 | 32,888 | 52,362 | (5,687) | 46,675 | 0 |
| Contracted, Leased and Outsourced | 1,817 | 1,989 | 1,634 | 1,778 | 2,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9,417 | 0 | 9,417 | 3,660 | 5,757 | 9,417 | 0 |
| Service Charges | 4,726 | 6,588 | -10 | 750 | 8,325 | 7,617 | 4,197 | 0 | 0 | 11,474 | 19,326 | 43,150 | 106,142 | 130,602 | (24,460) | 95,427 | 10,715 | 62,992 | 43,150 |
| Bonus & Commission | 31,219 | 30,887 | 31,197 | 31,306 | 31,377 | 30,826 | 32,223 | 31,845 | 30,829 | 33,300 | 1,106 | -115,177 | 200,933 | 369,056 | (168,123) | 236,345 | (35,412) | 316,110 | (115,177) |
| **Total Salaries and Wages** | 577,116 | 561,757 | 600,105 | 624,401 | 632,140 | 602,516 | 624,621 | 618,674 | 625,114 | 686,011 | 608,273 | 524,165 | 7,284,894 | 7,083,930 | 200,963 | 7,089,908 | 194,986 | 47,140,414 | (39,855,520) |
| **Related Expenses** | | | | | | | | | | | | | | | | | | | |
| Payroll Taxes | 84,243 | 73,337 | 69,858 | 62,141 | 61,859 | 52,333 | 64,470 | 60,324 | 60,352 | 64,349 | 61,427 | 65,766 | 780,260 | 756,840 | 23,420 | 761,691 | 18,569 | 714,493 | 65,766 |
| Personal Days | 11,332 | 8,823 | 11,905 | 11,493 | 5,033 | 10,664 | 13,871 | 5,330 | 10,981 | 13,228 | 5,397 | 15,822 | 123,878 | 120,249 | 3,629 | 110,287 | 13,591 | 108,057 | 15,822 |
| Sick | 18,103 | 18,103 | 14,728 | 22,479 | 16,110 | 17,094 | 19,021 | 14,372 | 15,137 | 20,199 | 25,624 | 3,044 | 204,013 | 211,735 | (7,722) | 234,526 | (30,513) | 200,969 | 3,044 |
| Holiday | 63,902 | 29,454 | 9,000 | 0 | 29,782 | -882 | 28,542 | 8,006 | 25,415 | 5,328 | 28,211 | 49,096 | 275,854 | 284,832 | (8,978) | 288,552 | (12,698) | 226,758 | 49,096 |
| Vacation | 47,856 | 43,469 | 59,105 | 49,937 | 48,801 | 22,470 | 44,148 | 58,262 | 39,324 | 62,499 | 45,043 | 150,410 | 671,323 | 544,856 | 126,467 | 551,020 | 120,303 | 520,913 | 150,410 |
| Contributory Savings Plan | 1,149 | 2,804 | 923 | 1,048 | 882 | 827 | 959 | 696 | 719 | 878 | 791 | 1,055 | 12,732 | 21,128 | (8,396) | 13,829 | (1,097) | 11,678 | 1,055 |
| Nonunion Insurance | 6,098 | 6,506 | 8,758 | 16,467 | 9,237 | 8,994 | 10,537 | 11,521 | 9,944 | 10,561 | 11,253 | 10,764 | 120,640 | 109,800 | 10,840 | 84,304 | 36,336 | 109,876 | 10,764 |
| Union Insurance | 153,760 | 144,798 | 120,024 | 157,733 | 131,422 | 127,450 | 126,695 | 144,073 | 149,480 | 150,827 | 166,030 | 146,296 | 1,718,587 | 1,576,171 | 142,416 | 1,752,374 | (33,787) | 1,572,291 | 146,296 |
| Union Pension | 61,751 | 57,141 | 51,945 | 63,902 | 59,678 | 40,691 | 51,205 | 63,541 | 60,770 | 58,393 | 65,589 | 59,402 | 694,006 | 647,035 | 46,971 | 712,114 | (18,108) | 634,604 | 59,402 |
| Worker's Comp Insurance | 41,608 | 37,905 | 37,927 | 40,562 | 36,058 | 36,058 | 39,466 | 35,946 | 34,882 | 39,285 | 32,253 | 28,212 | 440,162 | 479,194 | (39,032) | 476,893 | (36,731) | 411,950 | 28,212 |
| **Total Payroll-Related Expenses** | 489,803 | 422,340 | 384,173 | 425,762 | 398,861 | 315,698 | 398,915 | 402,071 | 407,004 | 425,346 | 441,618 | 529,866 | 5,041,456 | 4,751,841 | 289,615 | 4,985,590 | 55,866 | 32,318,730 | (27,277,274) |
| **Total Wages & Related Expenses** | 1,066,919 | 984,097 | 984,278 | 1,050,163 | 1,031,001 | 918,214 | 1,023,536 | 1,020,745 | 1,032,118 | 1,111,357 | 1,049,891 | 1,054,031 | 12,326,349 | 11,835,772 | 490,578 | 12,075,498 | 250,852 | 79,459,143 | (67,132,794) |

.

**ARTICLE IV: DIS**

Section 4.1    Withdrawals.  Provided n
continuing, on each Payment Date during a Cash
on deposit in the Cash Management Account and
follows:

(a)    Disbursements from Custo
funds on deposit in the Custodial Funds Subacc
Custodial Funds in accordance with Section 3.6 of

(b)    Disbursements from Tax a
disburse funds on deposit in the Tax and Insu
payment of Taxes and Insurance Premiums i
Agreement.

(c)    Disbursements from the C
disburse funds on deposit in the Operating Expen

9

086485.0000034 DMS 300001766v-1

payable by Borrower or Operating Lessee and
succeeding month, as set forth in the Approved A
Annual Budget if no Approved Annual Budget is a

(d)    Disbursements from Agent
deposit in the Agent Subaccount and apply such a
Agreement.

(e)    Disbursements from Debt S
on deposit in the Debt Service Subaccount to Len
Amount due on such Payment Date, with the rer
with the remainder to any interest accruing at the l
any other amounts due under the Loan Document
Section 4.1).

(f)    Disbursements from the D
disburse funds on deposit in the Debt Service Res
forth in Section 7.4 of the Loan Agreement.

(g)    Disbursements from the R
disburse funds on deposit in the Replacement Res
forth in Section 7.3 of the Loan Agreement.

(h)    Disbursements from the Ex
disburse funds on deposit in the Extraordinary
Extraordinary Expenses approved by Lender in v
written request for payment submitted by Operati
Extraordinary Expenses in a form acceptable to Le

(i)    Disbursements from Mezz
disburse funds on deposit in the Mezzanine Debt
applied first to the Monthly Debt Service Paymer
Agreement) due on such Payment Date, with the r
in the Mezzanine Loan Agreement), and further w

Default Rate (as defined in the Mezzanine Loan
any other amounts due under the Mezzanine Loan

(j)    Disbursements from the M
Agent shall disburse funds on deposit in the Me
Mezzanine Lender for the purposes set forth in Se

SBURSEMENTS

o Event of Default shall have occurred and be
Sweep Period, Agent shall withdraw all funds
in the Subaccounts and disburse such funds as

dial Funds Subaccount.    Agent shall disburse
count to Operating Lessee for the payment of
? the Loan Agreement.

nd Insurance Escrow Subaccount.    Agent shall
surance Escrow Subaccount to Lender for the
n accordance with Section 7.2 of the Loan

Operating Expense Subaccount.    Agent shall
use Subaccount to Operating Expenses due and

l approved by Lender in writing during the
Annual Budget (or the most recently Approved
available for such period).

t Subaccount.    Agent shall disburse funds on
mounts to Agent's fees and expenses under this

ervice Subaccount.  Agent shall disburse funds
der to be applied first to the Monthly Payment
nainder applied to Servicing Fees, and further
Default Rate, late payment charges (if any) and
ts (other than as otherwise provided for in this

ebt Service Reserve Subaccount.    Agent shall
erve Subaccount to Lender for the purposes set

eplacement Reserve Subaccount.    Agent shall
erve Subaccount to Lender for the purposes set

traordinary Expense Subaccount.    Agent shall
Expense Subaccount to Operating Lessee for
writing for the applicable period pursuant to a
ing Lessee to Lender specifying the individual
ender.

anine Debt Service Subaccount.    Agent shall
Service Subaccount to Mezzanine Lender to be
nt Amount (as defined in the Mezzanine Loan
emainder applied to Servicing Fees (as defined
ith the remainder to any interest accruing at the

Agreement), late payment charges (if any) and
Documents.

Mezzanine Debt Service Reserve Subaccount.
ezzanine Debt Service Reserve Subaccount to
ction 7.4 of the Mezzanine Loan Agreement.

| | January | February | March | April | May | June | July | August | September | October | November | December | Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupied Rooms | 2,421 | 2,489 | 2,646 | 2,811 | 2,865 | 2,944 | 2,986 | 3,241 | 3,240 | 3,295 | 2,884 | 2,807 | 34,629 |
| Available Rooms | 3,534 | 3,192 | 3,534 | 3,420 | 3,534 | 3,420 | 3,534 | 3,534 | 3,420 | 3,534 | 3,420 | 3,534 | 41,610 |
| Occupancy | 68.5 | 78.0 | 74.9 | 82.2 | 81.1 | 86.1 | 84.5 | 91.7 | 94.7 | 93.2 | 84.3 | 79.4 | 83.2 |
| ADR | 294.34 | 325.75 | 368.03 | 433.27 | 499.58 | 465.80 | 399.65 | 394.18 | 571.25 | 534.52 | 484.59 | 532.54 | 447.40 |
| REVPAR | 201.64 | 254.01 | 275.56 | 356.11 | 405.00 | 400.97 | 337.68 | 361.50 | 541.18 | 498.37 | 408.57 | 422.99 | 372.33 |
| GOPAR | (54.29) | (12.02) | 10.17 | 111.52 | 137.34 | 111.04 | 83.23 | 100.75 | 261.03 | 225.67 | 133.50 | 174.10 | 107.29 |
| | | | | | | | | | | | | | |
| **REVENUE** | | | | | | | | | | | | | |
| Rooms | 712,607 | 810,793 | 973,814 | 1,217,909 | 1,431,287 | 1,371,314 | 1,193,350 | 1,277,545 | 1,850,851 | 1,761,241 | 1,397,298 | 1,494,833 | 15,492,842 |
| Food & Beverage | 17,246 | 24,191 | 15,528 | 21,090 | 25,688 | 19,572 | 47,051 | 24,650 | 44,423 | 27,370 | 22,430 | 21,821 | 308,859 |
| Other Operating Departments | 1,624 | 1,268 | 1,469 | 1,666 | 2,153 | 2,057 | 1,393 | 1,576 | 1,351 | 1,323 | 2,027 | 922 | 18,828 |
| Miscellaneous Income | 67,270 | 60,753 | 60,951 | 71,214 | 71,241 | 71,840 | 87,526 | 110,637 | 124,107 | 104,613 | 91,630 | 106,184 | 1,027,967 |
| | | | | | | | | | | | | | |
| **Total Revenue** | **798,747** | **897,005** | **1,051,762** | **1,311,878** | **1,528,169** | **1,464,782** | **1,329,320** | **1,414,408** | **2,020,732** | **1,894,546** | **1,513,385** | **1,623,760** | **16,848,495** |
| | | | | | | | | | | | | | |
| **DEPARTMENTAL EXPENSES** | | | | | | | | | | | | | |
| Rooms Expense | 499,500 | 456,749 | 517,162 | 498,457 | 531,281 | 572,965 | 525,589 | 565,105 | 579,538 | 571,178 | 583,957 | 552,231 | 6,451,331 |
| Food & Beverage Expense | 56,850 | 83,592 | 71,832 | 72,059 | 88,577 | 69,772 | 78,328 | 66,714 | 60,448 | 71,226 | 63,659 | 77,495 | 860,553 |
| Other Operating Department Expense | 760 | 867 | 823 | 411 | 4,839 | 9,554 | 14,467 | 2,362 | 11,847 | 1,675 | 768 | 713 | 49,063 |
| | | | | | | | | | | | | | |
| **Total Departmental Expenses** | **557,110** | **541,208** | **589,817** | **570,927** | **624,696** | **651,891** | **618,384** | **634,182** | **651,832** | **644,078** | **646,383** | **630,439** | **7,360,947** |
| | | | | | | | | | | | | | |
| **Total Departmental Profit** | **241,637** | **355,797** | **461,945** | **740,951** | **903,473** | **812,891** | **710,937** | **780,226** | **1,368,900** | **1,250,469** | **867,002** | **993,321** | **9,487,549** |
| | | | | | | | | | | | | | |
| **UNDISTRIBUTED OPERATING EXPENSES** | | | | | | | | | | | | | |
| Administrative and General | 126,910 | 117,577 | 158,176 | 100,635 | 146,928 | 141,547 | 130,828 | 136,210 | 156,074 | 166,432 | 143,660 | 127,180 | 1,630,557 |
| IT/Telecom | 14,793 | 16,595 | 11,946 | 22,647 | 17,448 | 20,243 | 17,877 | 15,255 | 19,139 | 34,138 | 15,870 | 19,847 | 225,797 |
| Sales and Marketing | 158,357 | 145,190 | 144,038 | 129,687 | 129,364 | 157,316 | 135,138 | 122,162 | 143,846 | 120,837 | 139,857 | 103,205 | 1,608,996 |
| Property Operations and Maint. | 104,706 | 82,753 | 101,072 | 87,409 | 94,572 | 96,160 | 94,986 | 99,899 | 110,558 | 111,107 | 105,889 | 113,278 | 1,202,188 |
| Utilities | 48,719 | 32,054 | 30,764 | 19,161 | 29,814 | 17,875 | 37,977 | 50,640 | 46,376 | 20,422 | 7,144 | 14,557 | 355,505 |
| | | | | | | | | | | | | | |
| **Total Undistributed Expenses** | **433,485** | **394,169** | **425,996** | **359,540** | **418,126** | **433,141** | **416,807** | **424,165** | **476,192** | **452,936** | **410,419** | **378,067** | **5,023,042** |
| | | | | | | | | | | | | | |
| **Gross Operating Profit** | **(191,849)** | **(38,372)** | **35,949** | **381,411** | **485,347** | **379,750** | **294,130** | **356,061** | **892,708** | **797,533** | **456,583** | **615,255** | **4,464,506** |
| | | | | | | | | | | | | | |
| **OTHER EXPENSES** | | | | | | | | | | | | | |
| Management Fees | 24,421 | 26,451 | 31,553 | 39,329 | 45,920 | 43,961 | 39,779 | 42,410 | 60,024 | 57,308 | 45,485 | 48,759 | 505,399 |
| Income | 0 | 0 | 0 | 0 | 0 | 249 | 0 | 0 | 0 | 0 | 0 | 0 | 249 |
| Rent | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 166,667 | 2,000,000 |
| Personal and Other Expenses | 0 | 842 | 28 | 402 | 403 | 440 | 979 | 872 | 1,015 | 296 | 1,336 | 1,992 | 8,605 |
| Real Estate | 116,665 | 102,688 | 88,711 | 102,688 | 102,688 | 102,688 | 92,314 | 140,730 | 116,522 | 116,522 | 116,522 | 116,522 | 1,315,261 |
| Insurance | 18,444 | 19,608 | 19,608 | 24,446 | 21,870 | 27,097 | 22,046 | 23,498 | 32,091 | 22,288 | 22,288 | 37,208 | 290,491 |
| Pre-Opening Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Gains/Losses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Income | 0 | (30,000) | (30,000) | (30,000) | (30,000) | (31,800) | 0 | (41,800) | (30,000) | (30,000) | (30,900) | (30,900) | (337,200) |
| Owner's Expense | 104,732 | 446,567 | 120,254 | 146,025 | 116,022 | 138,092 | 116,684 | 148,275 | (319,313) | 96,091 | 154,220 | 276,912 | 1,524,562 |
| Other Expense | 0 | 5,000 | 0 | (5,000) | 0 | 0 | 0 | 0 | 0 | 0 | 95 | 0 | 95 |
| | | | | | | | | | | | | | |
| **Total Other Expenses** | **430,930** | **737,822** | **396,821** | **444,557** | **423,570** | **447,394** | **438,468** | **460,652** | **26,106** | **428,271** | **455,713** | **617,158** | **5,307,462** |
| | | | | | | | | | | | | | |
| **EBITDA before FF&E Reserve** | **(622,779)** | **(776,194)** | **(360,871)** | **(63,146)** | **61,777** | **(67,644)** | **(144,338)** | **(104,591)** | **866,602** | **369,262** | **870** | **(1,904)** | **(842,955)** |
| | | | | | | | | | | | | | |
| FF&E Reserve | 32,562 | 55,880 | 42,070 | 52,439 | 61,115 | 58,615 | 53,197 | 56,546 | 80,199 | 75,670 | 60,647 | 65,011 | 673,952 |
| | | | | | | | | | | | | | |
| **EBITDA after FF&E Reserve/NOI** | **(655,340)** | **(832,074)** | **(402,942)** | **(115,585)** | **662** | **(126,259)** | **(197,535)** | **(161,137)** | **786,403** | **293,592** | **(59,777)** | **(66,915)** | **(1,516,907)** |
| | | | | | | | | | | | | | |
| **FIXED CHARGES** | | | | | | | | | | | | | |
| Interest Expense | 413,070 | 415,088 | 388,261 | 411,279 | 418,332 | 442,231 | 377,661 | 421,989 | 397,619 | 415,598 | 397,877 | 416,740 | 4,915,764 |
| Depreciation & Amortization | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 792,524 | 88,058 | 88,058 | 88,058 | 1,056,699 |
| | | | | | | | | | | | | | |
| **Total Fixed & Other Charges** | **413,070** | **415,088** | **388,261** | **411,279** | **418,332** | **442,231** | **377,661** | **421,989** | **1,190,143** | **503,656** | **485,935** | **504,818** | **5,972,462** |
| | | | | | | | | | | | | | |
| **Income Before Taxes** | **(1,035,849)** | **(1,191,282)** | **(749,132)** | **(474,425)** | **(356,555)** | **(599,875)** | **(521,999)** | **(526,580)** | **(323,541)** | **(134,394)** | **(485,065)** | **(506,722)** | **(6,815,418)** |
| | | | | | | | | | | | | | |
| **Net Income (Loss)** | **(1,035,849)** | **(1,191,282)** | **(749,132)** | **(474,425)** | **(356,555)** | **(599,875)** | **(521,999)** | **(526,580)** | **(323,541)** | **(134,394)** | **(485,065)** | **(506,722)** | **(6,815,418)** |

.

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Tax - 8.875% | 70,889 | 79,609 | 93,344 | 116,429 | 135,625 | 129,999 | 117,977 | 125,529 | 179,340 | 168,141 | 134,313 | 144,109 |
| NYC Occupancy Tax - 5.875% | 41,866 | 47,634 | 57,212 | 71,552 | 84,088 | 80,565 | 70,109 | 75,056 | 108,737 | 103,473 | 82,091 | 87,821 |
| NYC Room Tax - $2/room | 4,842 | 4,978 | 5,292 | 5,622 | 5,730 | 5,888 | 5,972 | 6,482 | 6,480 | 6,590 | 5,768 | 5,614 |
| Javits Fee - $1.50/room | 3,632 | 3,734 | 3,969 | 4,217 | 4,298 | 4,416 | 4,479 | 4,862 | 4,860 | 4,943 | 4,326 | 4,211 |
| | | | | | | | | | | | 58,357 | |

**Sample Hotel**
**Intercompany Payment Schedule**

**2023 Impact**

| | Asset Management Fee | Owner's Expense - Hotel | Operating Cash | Other Adjustments |
|---|---|---|---|---|
| January | | | | |
| February | 266,236 | 179,068 | | 1,371,003 |
| March | 41,585 | 82,121 | 200,000 | 355,000 |
| April | 39,020 | 107,105 | | |
| May | 41,280 | 73,474 | | |
| June | 54,747 | 68,783 | | |
| July | 51,927 | 68,783 | | |
| August | 42,215 | 68,783 | | |
| September | 40,581 | (288,358) | | |
| October | 51,627 | 25,000 | | |
| November | 44,882 | 25,000 | | |
| December | 49,898 | 25,000 | | |
| | **723,998** | **434,759** | **200,000** | **1,726,003** |

**Previously Recorded Intercompany Transactions**

| | Asset Management Fees | Additional Fees | Funds for Refi | Equity Contr. |
|---|---|---|---|---|
| Jan-21 | 18,566 | | | |
| Feb-21 | 18,566 | | | |
| Mar-21 | 19,123 | | | |
| Apr-21 | 19,227 | | | |
| May-21 | 19,276 | | | |
| Jun-21 | 21,781 | | | |
| Jul-21 | 19,246 | | | |
| Aug-21 | 19,123 | | | |
| Sep-21 | 19,266 | | | |
| Oct-21 | 19,123 | | | |
| Nov-21 | 19,576 | | | |
| Dec-21 | 19,123 | | | |
| Jan-22 | 19,225 | | | |
| Feb-22 | 19,549 | | | |
| Mar-22 | 20,059 | | | |
| Apr-22 | 20,096 | | | |
| May-22 | 20,633 | | | |
| Jun-22 | 19,983 | | | |
| Jul-22 | 19,696 | | | |
| Aug-22 | 20,115 | | | |

| | | | | |
|---|---|---|---|---|
| Sep-22 | 19,770 | | | |
| Oct-22 | 20,718 | | 400,000 | |
| Nov-22 | 19,696 | | | 500,000 |
| Dec-22 | 20,572 | 339,808 | | |
| | 472,108 | 339,808 | 400,000 | 500,000 |
| adjusted | | 242,580 | | |
| credit | | (97,228) | | |

| Intercompany Impact | Payments to Owner for I/C Liabilities | PropCo I/C Reimb from Opco (Funds distributed to Opco | Intercompany Impact (Net) |
|---|---|---|---|
| - | | | - |
| 1,816,307 | | | 1,816,307 |
| 678,706 | | | 678,706 |
| 146,125 | | | 146,125 |
| 114,754 | | | 114,754 |
| 123,530 | | | 123,530 |
| 120,710 | | | 120,710 |
| 110,998 | | | 110,998 |
| (247,777) | | | (247,777) |
| 76,627 | (1,249,978) | | (1,173,351) |
| 69,882 | (1,424,978) | | (1,355,096) |
| 74,898 | (279,305) | (234,000) | (438,407) |
| **3,084,760** | **(2,954,262)** | **(234,000)** | **(103,502)** |

| PropCo Equity Reimb. | Total PropCo Reimb. | | |
|---|---|---|---|
| | - | | |
| | - | | |
| | - | | |
| | - | | |
| | - | | |
| | - | | |
| | - | | |
| | - | | |
| | - | (714,688) | 1 |
| | - | | |
| (500,000) | (734,000) | | |
| **(500,000)** | **(734,000)** | | |

**Sample Hotel**
**Intercompany Payment Schedule**

**GL on P&L**          Asset Management

| Months | Asset Management Fee - Actuals | Asset Management Fee - Accrued | Variance |
|---|---|---|---|
| Jan-21 | 18,566 | 18,566 | - |
| Feb-21 | 18,566 | 18,566 | - |
| Mar-21 | 19,123 | 19,123 | - |
| Apr-21 | 19,227 | 19,227 | - |
| May-21 | 19,276 | 19,276 | - |
| Jun-21 | 21,781 | 21,781 | - |
| Jul-21 | 19,246 | 19,246 | - |
| Aug-21 | 19,123 | 19,123 | - |
| Sep-21 | 19,266 | 19,266 | - |
| Oct-21 | 19,123 | 19,123 | - |
| Nov-21 | 19,576 | 19,576 | - |
| Dec-21 | 19,123 | 19,123 | - |
| **Total 2021** | **231,994** | **231,994** | **-** |
| Jan-22 | 19,225 | 19,225 | - |
| Feb-22 | 19,549 | 19,549 | - |
| Mar-22 | 20,059 | 20,059 | - |
| Apr-22 | 20,096 | 20,096 | - |
| May-22 | 20,633 | 20,633 | - |
| Jun-22 | 19,983 | 19,983 | - |
| Jul-22 | 19,696 | 19,696 | - |
| Aug-22 | 20,115 | 20,115 | - |
| Sep-22 | 19,770 | 19,770 | - |
| Oct-22 | 20,718 | 20,718 | - |
| Nov-22 | 19,696 | 19,696 | - |

| | | | | |
|---|---|---:|---:|---:|
| | Dec-22 | **20,572** | **20,572** | **-** |
| **Total 2022** | | **240,114** | **240,114** | **-** |
| | Jan-23 | **25,000** | **20,000** | **5,000** |
| | Feb-23 | **21,027** | **20,000** | **1,027** |
| | Mar-23 | **20,871** | **20,000** | **871** |
| | Apr-23 | **20,360** | **20,000** | **360** |
| | May-23 | **21,340** | **20,000** | **1,340** |
| | Jun-23 | **27,382** | **20,000** | **7,382** |
| | Jul-23 | **20,287** | **20,000** | **287** |
| | Aug-23 | **20,000** | **20,000** | **-** |
| | Sep-23 | | | **-** |
| | Oct-23 | | | **-** |
| | Nov-23 | | | **-** |
| | Dec-23 | | | **-** |
| **Total 2023** | | **176,267** | **160,000** | **16,267** |
| **Grand Total (2021-2023 YTD)** | | **648,375** | **632,108** | **16,267** |
| **Total to be paid** | **$** | **628,375.03** | | |

| Asset Management | | | Owners Expense | |
| --- | --- | --- | --- | --- |
| Owner 1% - Actuals | Owner 1% - Accrued | Variance | Owner Fees ( alloc) · Actuals | Owner Fees ( alloc) · Accrued |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| - | - | - | - | - |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| 26,290 | 51,575 | (25,285) | 62,820 | 62,820 |
| 25,827 | 51,575 | (25,748) | 36,530 | 36,530 |
| 20,110 | | 20,110 | 38,118 | 38,118 |

| | | | | |
|---|---|---|---|---|
| 25,002 | 25,002 | - | 105,111 | 45,663 |
| 97,228 | 128,152 | (30,924) | 242,580 | 183,131 |
| 12,356 | 13,500 | (1,144) | 16,736 | 68,783 |
| 13,758 | 15,000 | (1,242) | 25,307 | 68,783 |
| 17,473 | 16,871 | 603 | 33,710 | 68,783 |
| 18,820 | 19,019 | (199) | 26,026 | 68,783 |
| 24,141 | 21,281 | 2,860 | 29,002 | 68,783 |
| 24,718 | 24,406 | 312 | 18,411 | 68,783 |
| 21,336 | 21,732 | (396) | 25,000 | 90,516 |
| 22,215 | 22,215 | 0 | 25,000 | 68,783 |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| 154,817 | 154,023 | 794 | 199,193 | 572,000 |
| | | | | |
| 252,045 | 282,176 | (30,130) | 441,773 | 755,131 |
| | | | | |
| $ 229,830.41 | | | $ 391,772.87 | |

| | Owners Expense | |
|---|---|---|
| **Variance** | **Other Owners Expense *Non Reimbursables (paid on behalf of Owner)** | **Comments** |
| - | | |
| - | | |
| - | 672 | |
| - | 2,642 | |
| - | 5,664 | |
| - | 17,995 | |
| - | 13,948 | |
| - | 6,294 | |
| - | 11,548 | |
| - | | |
| - | | |
| - | 614 | |
| **-** | **59,376** | **-** |
| - | 25,738 | |
| - | 11,425 | |
| - | 14,402 | |
| - | 20,463 | |
| - | 7,116 | |
| - | 25,390 | |
| - | 138,709 | *$165k related to 120 months of Billboard full term & other Misc Owner Misc. Exp - this is the net against accruals |
| - | 234,636 | Ramsfield entry - Good Faith + Underwriting Fee |
| 0 | 26,686 | AR adging invoices adj per DI and othe Misc. Owner + Patricia invcs |
| 0 | 38,110 | Patricia Lynch + Fine Art Services + United Corp Srvcs + Other misc |
| 0 | (169,656) | Owner Resverations + Fred Frank Harris inv + Wachtel |

| | | |
|---|---|---|
| 59,448 | (372,752) | *$300k Refinance Adj* |
| 59,449 | 267 | - |
| (52,047) | 45,077 | *Brunch holdings, Preveyor, Ideaworks* |
| (43,476) | 5,173 | *Brand Budget Accrual + Misc. Owner invoices* |
| (35,073) | 12,768 | *NYC det. Of Fin + Margino + Tee Pee Sign* |
| (42,757) | 38,321 | *Fried Frank Harris, Patricia Lynch, Zapken & Loeb etc* |
| (39,781) | (5,308) | |
| (50,372) | 24,903 | *Zapken & Loeb, United Corp Srvcs, Ziello* |
| (65,516) | 3,841 | *Jj Flights + Misc. Owner exp* |
| (43,783) | 37,081 | |
| - | | |
| - | | |
| - | | |
| - | | |
| (372,807) | 161,856 | - |

| | |
|---|---|
| (313,358) | 221,500 |

| | |
|---|---|
| | $   1,249,978.31 |
| *Owner AR Ledger* | 175,000 |
| | 1,424,978 |
| *Invoices  not on AR Ledger* | (69,005) |
| | 1,493,984 |

**TOTAL REVENUE**

**INCOME**
490005-Miscellaneous Revenue
897010-Other Income

**TOTAL INCOME**

**RENT**
Land & Buildings
Other Property & Equipment

**TOTAL RENTAL**

**PROPERTY AND OTHER TAXES**
Real Estate Taxes

**TOTAL PROPERTY AND OTHER TAXES**

**INSURANCE**
Building & Contents
Liability
Cyber
General Insurance

**TOTAL INSURANCE**

**OTHER**
856500-Asset Management Fee
857005-Loan Service Fees
859005-Pre-Opening Costs
897500-Other Expense
895004-Owner's Expense - Hotel
895005-Owner's Expense - Corporate

**TOTAL OTHER**

**NET NON-OPERATING**

(INCOME) EXPENSE

9/08/23

*2350-ModernHaus Soho*
*Non-Operating Income & Expense*
*For the Period Ending August 2023*
*Amounts in USD*

| ACTUAL | % | BUDGET | % | LAST YEAR | % | ACTUAL | |
|---|---|---|---|---|---|---|---|
| | | | *August 2023* | | | | |
| 1,391,757 | 100.0% | 1,495,261 | 100.0% | 1,261,474 | 100.0% | 9,614,296 | 10 |
| (0) | 0.0% | (0) | 0.0% | (0) | 0.0% | (249) | C |
| 61,800 | (4.4)% | 30,000 | 2.0% | 30,000 | 2.4% | 213,600 | 2 |
| 61,800 | 4.4% | 30,000 | 2.0% | 30,000 | 2.4% | 213,351 | 2 |
| 166,667 | 12.0% | 166,667 | 11.1% | 166,667 | 13.2% | 1,333,333 | 1. |
| 872 | 0.1% | 529 | (0.0)% | (418) | (0.0)% | 3,966 | (C |
| 167,539 | 12.0% | 167,196 | 11.2% | 166,249 | 13.2% | 1,337,300 | 1. |
| 140,730 | 10.1% | 92,314 | 6.2% | 89,625 | 7.1% | 849,174 | 8 |
| 140,730 | 10.1% | 92,314 | 6.2% | 89,625 | 7.1% | 849,174 | 8 |
| 0 | (0.0)% | 15,024 | 1.0% | 13,064 | 1.0% | 27,307 | C |
| 21,814 | 1.6% | 4,056 | 0.3% | 3,526 | 0.3% | 137,809 | 1 |
| 0 | (0.0)% | 95 | (0.0)% | 83 | (0.0)% | (1,163) | (C |
| 1,684 | 0.1% | 1,400 | 0.1% | 1,217 | 0.1% | 12,664 | C |
| 23,498 | 1.7% | 20,575 | 1.4% | 17,890 | 1.4% | 176,617 | 1 |
| 42,215 | 3.0% | 47,958 | 3.2% | 51,575 | 4.1% | 522,874 | 5 |
| 198 | (0.0)% | 9,629 | 0.6% | 5,716 | 0.5% | 9,906 | C |
| 0 | (0.0)% | 0 | (0.0)% | 0 | (0.0)% | 0 | (C |
| 0 | (0.0)% | 2,083 | 0.1% | (299,348) | (23.7)% | 0 | (C |
| 105,863 | 7.6% | 68,783 | 4.6% | 672,899 | 53.3% | 803,872 | 8 |
| 0 | (0.0)% | 0 | (0.0)% | 0 | (0.0)% | 0 | (C |
| 148,275 | 10.7% | 128,453 | 8.6% | 430,842 | 34.2% | 1,336,652 | 1. |

| 418,242 | 30.1% | 378,538 | 25.3% | 674,606 | 53.5% | 3,486,391 | 3( |
|---------|-------|---------|-------|---------|-------|-----------|----|

| % | YEAR TO DATE BUDGET | % | LAST YEAR | % |
|---|---|---|---|---|
| 0.0% | 11,728,330 | 100.0% | 9,447,711 | 100.0% |
| ).0% | (0) | 0.0% | (0) | 0.0% |
| 2.2% | 240,000 | 2.0% | 129,000 | 1.4% |
| --------- | ----------------- | --------- | ----------------- | --------- |
| :.2% | 240,000 | 2.0% | 129,000 | 1.4% |
| 3.9% | 1,333,336 | 11.4% | 1,333,333 | 14.1% |
| ).0% | 4,232 | (0.0)% | 12,863 | 0.1% |
| --------- | ----------------- | --------- | ----------------- | --------- |
| 3.9% | 1,337,568 | 11.4% | 1,346,197 | 14.2% |
| 3.8% | 738,512 | 6.3% | 708,147 | 7.5% |
| --------- | ----------------- | --------- | ----------------- | --------- |
| 1.8% | 738,512 | 6.3% | 708,147 | 7.5% |
| ).3% | 120,192 | 1.0% | 81,119 | 0.9% |
| 1.4% | 32,448 | 0.3% | 40,517 | 0.4% |
| ).0)% | 760 | (0.0)% | 549 | (0.0)% |
| ).1% | 11,200 | 0.1% | 7,716 | 0.1% |
| --------- | ----------------- | --------- | ----------------- | --------- |
| ..8% | 164,600 | 1.4% | 129,902 | 1.4% |
| 5.4% | 366,272 | 3.1% | 410,151 | 4.3% |
| ).1% | 77,032 | 0.7% | 79,922 | 0.8% |
| ).0)% | 0 | (0.0)% | 740 | (0.0)% |
| ).0)% | 16,667 | 0.1% | (105,637) | (1.1)% |
| 3.4% | 550,264 | 4.7% | 916,142 | 9.7% |
| ).0)% | 0 | (0.0)% | 10,000 | 0.1% |
| --------- | ----------------- | --------- | ----------------- | --------- |
| 3.9% | 1,010,235 | 8.6% | 1,311,319 | 13.9% |
| --------- | ----------------- | --------- | ----------------- | --------- |

5.3%       3,010,915   25.7%      3,366,565   35.6%
====       ==========  =====      ==========  =====