UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re

560 Seventh Avenue Owner Primary LLC

Debtor.

------------------------------------------------------------x

Garment Center Congregation,

       Plaintiff

v.

560 Seventh Avenue Owner Primary LLC,

       Defendant.

------------------------------------------------------------x

Chapter 11

Case No. 23-11289-PB

Adv. Pro. No. 23-01211-PB

**ORDER APPROVING DEBTOR'S SETTLEMENT WITH
GARMENT CENTER CONGREGATION PURSUANT TO FED. R. BANKR. P. 9019**

Upon the motion (the "Motion")[1] of 560 Seventh Avenue Owner Primary LLC (the "Debtor"), as debtor and debtor-in-possession, for the entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), approving the Settlement between the Debtor and Garment Center Congregation ("Congregation") to resolve the adversary proceeding styled *Garment Center Congregation v. 560 Seventh Avenue Owner Primary LLC* (Adv. Pro. No. 23-01211-PB); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion; and due and proper notice of the Motion having been provided; and no objections to the relief sought in the Motion having been timely filed; and the Court having

---

[1] To the extent not otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

determined that the Settlement is fair and reasonable, and in the best interests of the Debtor's estate; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. The Settlement is approved.

3. Congregation and the Debtor are authorized and empowered to take such actions as may be reasonably necessary to effectuate the terms of the Settlement, including the submission of the Escrow Letter to the Escrow Agent.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       August 6, 2024

/s/ Philip Bentley
Hon. Philip Bentley
United States Bankruptcy Judge