Gregory M. Petrick
Thomas J. Curtin
Anthony L. Greene
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, New York 10281
Telephone:    (212) 504-6000
Facsimile:    (212) 504-6666

*Counsel to OWS CRE Funding I, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 23-11289-PB |
| 560 Seventh Avenue Owner Primary LLC, | Chapter 11 |
| Debtor. | |

**AMENDED NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND PAPERS**

**PLEASE TAKE NOTICE** that Cadwalader, Wickersham & Taft LLP hereby enters its appearance as counsel for OWS CRE Funding I, LLC ("OWS"), pursuant to section 1109 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests that all papers served or required to be served in this case and in any cases consolidated or administered herewith, be given and served upon:

Gregory M. Petrick
Thomas J. Curtin
Anthony L. Greene
Cadwalader, Wickersham & Taft LLP
200 Liberty St.
New York, NY 10281
Facsimile: (212) 504-6666
Gregory.Petrick@cwt.com
Thomas.Curtin@cwt.com
Anthony.Greene@cwt.com

This request encompasses all notices, copies, and pleadings referred to in section 1109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 3017, or 9007 including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before this Court or in this case and the proceedings herein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, facsimile or otherwise which affect or seek to affect the above captioned case and any proceedings therein or the property of or in the possession, custody or control of 560 Seventh Avenue Owner Primary LLC or which is otherwise filed or given with regard to the above-captioned case.

Neither this Amended Notice of Appearance and Request for Notice and Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of OWS: (i) to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters

so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claims, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated:    January 15, 2025
          New York, New York

/s/ *Thomas J. Curtin*
Gregory M. Petrick
Thomas J. Curtin
Anthony L. Greene
**Cadwalader, Wickersham & Taft LLP**
200 Liberty Street
New York, New York 10281
Telephone:    (212) 504-6000
Facsimile:    (212) 504-6666
Gregory.Petrick@cwt.com
Thomas.Curtin@cwt.com
Anthony.Greene@cwt.com

*Counsel to OWS CRE Funding I, LLC*