## EXHIBIT B

## FRANCHISE AGREEMENT (REDACTED)