**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
In re                                                                           Chapter 11

560 Seventh Avenue Owner Primary LLC,                Case No. 23-11289-PB

        Debtor.
----------------------------------------------------------x

**ORDER SCHEDULING HEARING ON SHORTENED NOTICE TO CONSIDER DEBTOR'S AGREED MOTION, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3018(A), TO CHANGE THE VOTES OF MARGARITAVILLE ENTERPRISES, LLC AND U.S. SPECIALTY INSURANCE COMPANY**

Upon the motion (the "Scheduling Motion") of 560 Seventh Avenue Owner Primary LLC ("Primary" or the "Debtor"), as debtor and debtor-in-possession in the above-captioned case (the "Chapter 11 Case"), for entry of an order pursuant to Local Bankruptcy Rule 9006-1, seeking a hearing on shortened notice for Debtor's *Agreed Motion, Pursuant To Federal Rule Of Bankruptcy Procedure 3018(a), To Change The Votes Of Margaritaville Enterprises, LLC And U.S. Specialty Insurance Company* (the "Voting Motion"); and it appearing that good cause exists for the relief requested in the Scheduling Motion; and due and proper notice having been given;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted, as set forth herein.

2. The notice period otherwise applicable to the Voting Motion is hereby shortened pursuant to Local Bankruptcy Rule 9006-1. A hearing to consider the relief sought in the Voting Motion shall be held before the Honorable Philip Bentley at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 on **March 28, 2025 at 10:00 a.m. ET** (the "Hearing"). The Hearing will be conducted by Zoom. Parties wishing

to participate in and/or listen to the Hearing can register using the Court's "eCourt appearances" tool on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

3. Notice of the Hearing shall be sufficient if copies of the Scheduling Motion and the Voting Motion, together with all exhibits thereto, are sent by email (to the extent email addresses are known), or otherwise by FedEx overnight to: (i) the Office of the United State Trustee, Attn: Tara Tiantian at Tara.Tiantian@usdoj.gov; (ii) counsel to OWS CRE Funding I, LLC; (iii) counsel to Margaritaville Enterprises, LLC; (iv) counsel to U.S. Specialty Insurance Company; (v) the twenty largest general unsecured creditors in this Chapter 11 Case; and (vi) all parties requesting notice under Bankruptcy Rule 2002.

4. Objections, if any, to the relief sought in the Voting Motion shall be filed on or before **March 28, 2025, at 10:00 a.m. ET**. The Bankruptcy Court will entertain any objections at the Hearing.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
       March 27, 2025

/s/ Philip Bentley
**Hon. Philip Bentley**
**United States Bankruptcy Judge**